UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JON LUER, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No. 4:17-CV-767 NAB |
| COUNTY OF ST. LOUIS, MO, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion for Leave to File First Amended Complaint. [Doc. 16.] A party may amend its pleadings only with the opposing party's written consent or the court's leave if more than 21 days have passed since service of the complaint or a responsive pleading. Fed. R. Civ. P. 15(a). The Court should freely give leave when justice so requires. Fed. R. Civ. P. 15(a)(2). The Case Management Order of April 25, 2017 set a July 28, 2017 deadline for filing amended pleadings or joining additional parties. Plaintiffs' motion is timely filed. Plaintiffs seek to amend the complaint to add the name of the defendant previously identified with a pseudonym as Officer John Doe 1. Therefore, the Court will grant Plaintiff's Motion for Leave to File First Amended Complaint. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File First Amended Complaint is **GRANTED**. [Doc. 16.]

Dated this 5th day of June, 2017.

      /s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE