UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JON LUER, et al., | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Case No. 4:17-CV-767 NAB |
| COUNTY OF ST. LOUIS, MO, et al., | ) ) ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiffs' Motion to Compel, filed March 2, 2018. [Doc. 43.] Plaintiffs' motion sought to compel Defendants to respond to Interrogatories Numbers 8, 11, and 13; produce verification forms for all interrogatories; produce all responsive, non-privileged documents in response to Plaintiffs' First and Second Request for Production of Documents Directed to All Defendants; produce a privilege log in compliance with Rule 26(b)(5); and provide mutually acceptable dates for depositions. A status conference was held in the chambers of the undersigned on March 28, 2018. The Court and counsel discussed the discovery disputes between the parties, and the parties reached an agreement concerning outstanding items. Therefore, the Court will grant Plaintiff's Motion to Compel. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion to Compel is **GRANTED**. [Doc. 43.]

**IT IS FURTHER ORDERED** that, to the extent such items remain outstanding as of the date of this order, and as discussed at the status conference, Defendants shall, no later than **April 7, 2018**: (1) respond in full to the outstanding discovery requests as summarized by Defendants as "Unresolved Issues" in their Response to Plaintiffs' Motion to Compel [Doc. 45.]; (2) provide

verification pages to their interrogatory responses; (3) provide a privilege log in compliance with Rule 26(b)(5) listing any responsive documents withheld by Defendants based on a claim of privilege; (4) coordinate with Plaintiffs' counsel regarding deposition dates for the two individual defendants, Defendants' expert witness, and any other appropriate witnesses; and (5) resend responses to Plaintiffs' Second Request for Production Numbers 1 and 6.

Dated this 28th day of March, 2018.

/s/ Nannette A. Baker
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE