UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JON LUER, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | No. 4:17-CV-00767-NAB |
| | ) | |
| ST. LOUIS, MISSOURI, COUNTY OF, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

## NOTICE OF APPOINTMENT OF NEUTRAL

Upon selection by parties, pursuant to the procedures outlined in E. D. Mo.  L. R.  6.03,

the Clerk of the court hereby notifies

Name of Neutral/Firm:    DUNNE, PETER J.

Firm Address:        100 S. 4th St. Suite 400 St. Louis, MO  63102-1821

Email:            dunne@pspclaw.com

that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that

the referral has been concluded.

The Attorneys of Record in this case are:

Lead Counsel:   Anthony E. Rothert (for pla)
AMERICAN CIVIL LIBERTIES UNION OF MISSOURI
FOUNDATION
960 Olive St.
Suite 1130
St. Louis, MO  63101-1448
Ph: 314-669-3420  FAX: 314-652-3112

Other Counsel:   Carl W. Becker (for dft)
ST. LOUIS COUNTY COUNSELOR'S OFFICE
41 S. Central Avenue
Clayton, MO  63105
Ph: 314-615-7029  FAX: 314-615-3732

**The completion deadline for this ADR referral is June 27, 2018.  The neutral shall file**

**an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might

exist which would require disqualification pursuant to 28 U.S.C. § 455.

May 10, 2018.                                    *Gregory J. Linhares*                    /
Date                                             Clerk of Court

                                    By:   /s/ Carrie Abrams         /
                                          CARRIE ABRAMS
                                          Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JON LUER, et al., | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. 4:17-CV-00767-NAB |
| | ) | |
| ST. LOUIS, MISSOURI, COUNTY OF, et al., | ) | |
| | ) | |
| | ) | |
| Defendant(s). | ) | |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

### Option 1

☐ The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

### Option 2

☐ An ADR conference was held on: _____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:
_____.

The ADR referral was concluded on _____.
The parties [☐ did ☐ did not] achieve a settlement. Check one

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____      Neutral: _____

DUNNE, PETER J.
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JON LUER, et al., | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| v. | )  Case No. 4:17-CV-00767-NAB |
| | ) |
| ST. LOUIS, MISSOURI, COUNTY OF, et al., | ) |
| | ) |
| | ) |
| Defendant(s). | ) |

EMAIL ADDRESS FORM FOR PARTIES WHO PARTICIPATED IN AN ALTERNATIVE DISPUTE
RESOLUTION CONFERENCE

**PLEASE DO NOT FILE THIS FORM THROUGH CM/ECF**

**YOU MAY EITHER:**

**1) SEND THE EMAIL ADDRESSES IN AN EMAIL DIRECTLY TO; OR**

**2) EMAIL THIS FORM TO:**

Betty Ann Skrien, Executive Assistant at:

**Betty_Ann_Skrien@moed.uscourts.gov**

Please provide the email addresses of **parties** participating in the ADR conference.  The participants will be sent an email with a link to a brief (5 minute), anonymous survey. A participant is defined as a plaintiff, defendant, insurance representative, in-house counsel or corporate representative.  **Counsel of record need not provide name and email address.**

Name (printed):                                        Email address:

_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____
_____        _____

Date_____ Neutral_____