# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JON LUER, and | ) |
| | ) |
| ANDREA STEINEBACH, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No.:  4:17-cv-767 NAB |
| | ) |
| ST. LOUIS COUNTY, MISSOURI, | ) |
| | ) |
| MICHAEL CLINTON, and | ) |
| | ) |
| BENJAMIN SELZ, | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR SUMMARY JUDGMENT
## BY DEFENDANTS ST. LOUIS COUNTY, MISSOURI
## OFFICER MICHAEL CLINTON, AND OFFICER BENJAMIN SELZ

Come now Defendants St. Louis County, Missouri, Officer Michael Clinton, and Officer Benjamin Selz (collectively, "Defendants"), pursuant to Federal Rule of Civil Procedure 56 and move for summary judgment on all pending claims for the reasons stated in the statement of uncontroverted material facts and the law related thereto, and as set out in the accompanying memorandum in support of this motion.  In addition, Defendants file and attach and incorporate by reference County Exhibits A through Y.

WHEREFORE, Defendants ask that they be granted summary judgment, and for such other relief as the Court deems appropriate.

Respectfully submitted,

PETER J. KRANE,
COUNTY COUNSELOR

*/s/Carl W. Becker*

Carl W. Becker #37585 MO
Associate County Counselor
41 S. Central Avenue, 9th Floor
Clayton, MO 63105
314.615.7042; 314.615.7029 (direct dial)
314.615.3732 (fax)
cbecker@stlouisco.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served via the Court's electronic filing system to all counsel of record on June 8, 2018:

American Civil Liberties Union
of Missouri Foundation:
Anthony E. Rothert, #44827
Jessie Steffan, #64816
Omri E. Praiss, #41850
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: 314/652-3114 \ Fax: 314/652-3112
arothert@aclu-mo.org; jsteffan@aclu-mo.org; Jessie.steffan@gmail.com
opraiss@aclu-mo.org

American Civil Liberties Union
of Missouri Foundation:
Gillian R. Wilcox, #61278
406 West 34th Street, Suite 420
Kansas City, Missouri 64111
gwilcox@aclu-mo.org
*Attorneys for Plaintiffs Jon Luer and Andrea Steinebach*

*/s/Carl W. Becker*

Carl W. Becker