**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| JON LUER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.:  4:17-cv-767 NAB |
| | ) |
| ST. LOUIS COUNTY, MISSOURI, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFFS' LIST OF EXHIBITS**

Come now Plaintiffs, Jon Luer and Andrea Steinebach, and provide this Court with the following list of exhibits that may, or will, be offered at trial by Plaintiffs in connection with the claims asserted in their Complaint:

| Exhibit # | Description | Will Be Introduced | May Be Introduced |
|---|---|---|---|
| Pltf-1 | Photograph of front of Luer-Steinebach residence | | X |
| Pltf-2 | First photograph of pathway next to Luer-Steinebach residence | | X |
| Pltf-3 | Second photograph of pathway next to Luer-Steinebach residence | | X |
| Pltf-4 | Third photograph of pathway next to Luer-Steinebach residence | | X |
| Pltf-5 | Photograph of side door of Luer-Steinebach residence | | X |
| Pltf-6 | Photograph of garage door of Luer-Steinebach residence | | X |

1

| | | | |
|---|---|---|---|
| Pltf-7 | Photograph of Luer-Steinebach living room | | X |
| Pltf-8 | Photograph of hallway between living room and bedrooms | | X |
| Pltf-9 | Second photograph of hallway to bedrooms | | X |
| Pltf-10 | Officer Selz's Individual Basic Recruit Record | | X |
| Pltf-11 | Officer Selz's Continuing Education Training Records | | X |
| Pltf-12 | Officer Clinton's Individual Basic Recruit Record | | X |
| Pltf-13 | Officer Clinton's Continuing Education Training Records | | X |
| Pltf-14 | St. Louis County and Municipal Police Academy Police Basic Training Program Curriculum | | X |
| Pltf-15 | Objectives of Constitutional Law Course | | X |
| Pltf-16 | Lesson Plan for Constitutional Law Course | | X |
| Pltf-17 | Search and Seizure Presentation | | X |
| Pltf-18 | St. Louis County Police Departmental General Order 07-53 | | X |
| Pltf-19 | Portions of The Law Officer's Pocket Manual | | X |
| Pltf-20 | July 25, 2016 Citizen Complaint | | X |
| Pltf-21 | Dispatch Recording | | X |

| Pltf-22 | CAD Report | | X |
| --- | --- | --- | --- |
| Pltf-23 | Aerial view of Luer-Steinebach street | | X |

Respectfully submitted,

/s/ Anthony E. Rothert
ANTHONY E. ROTHERT, #44827MO
JESSIE STEFFAN, #64861MO
OMRI E. PRAISS, #41850 MO
ACLU of Missouri Foundation
906 Olive Street, Suite 1130
St. Louis, Missouri 63101
Phone: 314-652-3114
Fax:     314-652-3112
trothert@aclu-mo.org
jsteffan@aclu-mo.org
opraiss@aclu-mo.org

GILLIAN R. WILCOX, #61278MO
ACLU of Missouri Foundation
406 W 34th Street
Suite 420
Kansas City, Missouri 64111
Phone: (816) 470-9938
gwilcox@aclu-mo.org

ATTORNEYS FOR PLAINTIFFS

4

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 21, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and a copy was made available to all electronic filing participants:

                                            /s/ Anthony E. Rothert