**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| JON LUER | ) |
| and | ) |
| ANDREA STEINEBACH, | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 4:17-cv-767 |
| ST. LOUIS COUNTY, MISSOURI, | ) **JURY TRIAL DEMANDED** |
| OFFICER JOHN DOE I, | ) |
| OFFICER JOHN DOE II, | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Comes now Emily R. Lazaroff of the American Civil Liberties Union of Missouri Foundation and enters her appearance as co-counsel for Plaintiffs in the above-captioned cause.

Anthony Rothert remains lead counsel.

        Respectfully submitted,

        /s/ Emily R. Lazaroff
        Emily R. Lazaroff, #73811
        ACLU of Missouri Foundation
        906 Olive Street, Suite 1130
        St. Louis, MO 63101
        Phone: 314-652-3114
        Fax:    314-652-3112
        elazaroff@aclu-mo.org
        Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically and served by operation of the CM/ECF system on all counsel of record on November 5, 2021.

/s/ Emily R. Lazaroff