IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JON LUER AND ANDREA            )
STEINEBACH,                    )
                               )
   Plaintiffs,                 )Cause No. 4:17-CV-767-NAB
                               )
vs.                            )
                               )
ST. LOUIS COUNTY, MISSOURI,    )
MICHAEL CLINTON, AND           )
BENJAMIN SELZ,                 )
                               )
   Defendants.                 )

DEPOSITION OF JON LUER
TAKEN BY CARL W. BECKER, ESQ.
ON BEHALF OF THE DEFENDANTS
APRIL 26, 2018

----------------------------------------------------------

REPORTED BY KAREN M. RUSSO
CERTIFIED COURT REPORTER MO No. 628
CERTIFIED SHORTHAND REPORTER IL No. 084.004526
REGISTERED PROFESSIONAL REPORTER

RUSSO REPORTING, LLC
645 BARSTOW PLACE
ST. LOUIS, MISSOURI 63119
(314)346-0141
www.RussoReportingLLC.com

DEFENDANT'S EXHIBIT

B

Jon Luer
4/26/2018

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JON LUER AND ANDREA STEINEBACH, | ) ) ) |
| Plaintiffs, | )Cause No. 4:17-CV-767-NAB ) |
| vs. | ) ) |
| ST. LOUIS COUNTY, MISSOURI, MICHAEL CLINTON, AND BENJAMIN SELZ, | ) ) ) ) |
| Defendants. | ) |

        DEPOSITION OF JON LUER, produced, sworn, and
examined on April 26, 2018, at the offices of ACLU of
Missouri Foundation, 906 Olve Street, Suite 1130, St.
Louis, Missouri, 63101, before Karen M. Russo, Certified
Shorthand Reporter within and for the State of Missouri,
in a certain cause now pending in the United States
District Court, Eastern District of Missouri, Eastern
Division, between Jon Luer and Andrea Steinebach,
Plaintiffs, vs. St. Louis County, Missouri, Michael
Clinton, and Benjamin Selz, Defendants.

Jon Luer
4/26/2018

```
 1                      APPEARANCES

 2     FOR THE PLAINTIFFS:

 3     ACLU of Missouri Foundation
       Omri Praiss, Esq.
 4     Jesse Steffan, Esq.
       906 Olve Street
 5     Suite 1130
       St. Louis, Missouri 63101
 6     3141.652.3114

 7     FOR THE DEFENDANTS:

 8     Office of the County Counselor
       Carl W. Becker, Esq.
 9     41 South Central Avenue
       9th Floor
10     St. Louis, Missouri 63105
       314.615.7042
11
       ALSO PRESENT:
12
       Benjamin Selz
13     Michael Clinton
       Richard Lawson
14     Andrea Steinebach

15                  ------------------------

16

17

18

19

20

21

22

23

24

25
```

Jon Luer
4/26/2018

Page 4

1                        I N D E X
2
                                                   Page
3
Direct Examination by Mr. Becker                    5
4
Cross-Examination by Mr. Praiss                    83
5
6                      E X H I B I T S
7
Exhibit       Description                          Page
8
7             search and seizure procedures        66
9
9             citizen complaint                    46
10
10            guide to making complaints           57
11
11            complaint review procedure           57
12
12            photograph                           58
13
13            photograph                           59
14
14            photograph                           59
15
15            previously marked photograph         60
16
16            previously marked photograph         62
17
17            previously marked photograph         66
18
23            firearms license                     18
19
24            photograph                           78
20
25            photograph                           78
21
26            photograph                           80
22
27            photograph                           81
23
28            photograph                           82
24
25

Jon Luer
4/26/2018

1               S T I P U L A T I O N

2          IT IS HEREBY STIPULATED AND AGREED by and between

3    counsel for the parties that this deposition may be taken

4    in shorthand by Karen M. Russo, CSR, RPR, and afterwards

5    transcribed into printing, and signature by the witness

6    is not waived.

7                         JON LUER,

8    of lawful age, being first duly sworn to tell the truth,

9    the whole truth, and nothing but the truth, deposes and

10   says on behalf of the Defendants as follows:

11                     DIRECT EXAMINATION

12   BY MR. BECKER:

13        Q.    Good morning.  Would you please state your

14   name?

15        A.    Jon Hamil Luer.

16        Q.    And Mr. Luer, I just want to identify everyone

17   in the courtroom.  The court reporter is Karen Russo.

18   Your attorney Omri Praiss,is here, correct?

19        A.    Uh-huh.

20        Q.    Correct?

21        A.    Correct.

22        Q.    And your wife Andrea Steinebach is here,

23   correct?

24        A.    Correct.

25        Q.    I'm Carl Becker, and I represent the defendants

Jon Luer
4/26/2018

```
 1    in Luer versus County, Clinton, and Selz.  You understand
 2    that, correct?
 3         A.    Correct.
 4         Q.    Also in the room to my left is Defendant Selz,
 5    correct?
 6         A.    Yes.
 7         Q.    And also police Officer Defendant Michael
 8    Clinton, correct?
 9         A.    Yes.
10         Q.    And Captain Kevin Lawson is at the end of the
11    table, correct?
12         A.    I believe you.
13         Q.    Have you ever given your deposition before?
14         A.    I have not.
15         Q.    And you sat through part of Officer Selz's
16    deposition Tuesday; is that correct?
17         A.    Officer Clinton, I believe.
18         Q.    Just Officer Clinton's depo?
19         A.    The afternoon deposition.
20         Q.    So did you hear the ground rules that Ms.
21    Steffan set forth with respect to the witness and so
22    forth in the preceding of the depo?
23         A.    I was there at the beginning so that would have
24    been the ground rules.  I could not repeat them.
25         Q.    I'm going to for you just so we understand each
```

Jon Luer
4/26/2018

```
 1    other.  Please answer out loud, not a shake of the head,
 2    not an uh-huh or huh-uh, but rather a yes, no, or
 3    whatever the answer is, fair?
 4         A.    Yes.
 5         Q.    If you don't understand a question please ask
 6    me to repeat it, okay?
 7         A.    Very good.
 8         Q.    If you do answer a question I'll assume you
 9    understand it; is that fair?
10         A.    Yes.
11         Q.    If you need to take a break at anytime, you
12    have a cup of coffee in front of you, right, feel free, I
13    get it, and we'll be happy to take a break.  Is that
14    fair?
15         A.    Yes.
16         Q.    All right.  As you sit here today, do you have
17    any physical conditions that would inhibit your ability
18    to testify truthfully and completely today?
19         A.    None.
20         Q.    And did you get enough sleep last night?
21         A.    I did.
22         Q.    You feel rested enough to be able to answer
23    truthful and completely this morning?
24         A.    I do.
25         Q.    How about have you taken any medications or
```

Jon Luer
4/26/2018

```
 1    anything like that that might inhibit your ability to
 2    answer the questions truthfully and completely this
 3    morning?
 4         A.    None at all.
 5         Q.    You're aware that you have been sworn under
 6    oath to tell the truth and the court reporter is taking
 7    your testimony, correct?
 8         A.    I do.
 9         Q.    And what did you do for preparation for this
10    deposition?
11         A.    Last Sunday my wife and I were on a conference
12    phone call with Jessie Steffan, lawyer with the ACLU, for
13    about a half hour.  She knew that neither one of us had
14    been through one of these before and she was just telling
15    us what to expect.
16         Q.    How long did that phone call last?
17         A.    About a half hour.
18         Q.    Did you do anything else to prepare for the
19    deposition today?
20         A.    My wife and I reviewed the original complaint
21    that we put in shortly after the incident happened.
22         Q.    When you say the original complaint --
23         A.    We wrote it down while it was still fresh in
24    our mind.  Now several years have gone by.  Went back and
25    just reviewed it to refresh ourselves exactly.  I had
```

Jon Luer
4/26/2018

 1    prepared it so it was my viewpoints, but things sort of
 2    get foggy with time.  It was just like, yeah, that's how
 3    I remembered it.  It was to refresh myself.
 4         Q.    Just so I'm clear, I think that document has
 5    been produced to the defendants, but the document you're
 6    referring to, those are just your notes that you wrote
 7    down, not anything you gave to the police department; is
 8    that correct?
 9         A.    Those notes that I wrote down were 100 percent,
10    I believe, transmitted to the police department through
11    the police department's website for the -- where you
12    could file an accommodation or a complaint.  I didn't
13    shorten them or modify them in any way that I recall.
14         Q.    We're going to get to that document, I
15    appreciate that.  But did you cut and paste it then and
16    just put it into the complaint?
17         A.    I believe that's how I did it.
18         Q.    Thank you.  Anything else you did for
19    deposition prep?
20         A.    No.
21         Q.    When did you first meet with a lawyer to
22    discuss this case?  I don't want to know what you
23    discussed, just when you first met with a lawyer.
24         A.    It was quite sometime afterwards.  I don't
25    remember exactly, but I would say it was very late of the

Jon Luer
4/26/2018

1    year 2016, probably Thanksgiving time frame.

2        Q.    All right.  And the incident happened July 10,

3    2016, correct?

4        A.    Yes.

5        Q.    And why did you wait five months to talk to a

6    lawyer?

7        A.    It took me a while through self deliberation,

8    discussion with my spouse, what do we want to do for

9    this, what good would come.  And so we deliberated, and

10   approaching the ACLU was one thought that we had because

11   it's -- we know that they represent a lot of cases.  We

12   don't have a lot of resources to fund something, and if

13   they believed it was a good case they would have taken it

14   on their own.

15           It did take also the ACLU a little bit of time

16   to respond and get back with me.  So by the time I first

17   had contact months would have gone by.

18       Q.    So what was your first contact?  Was it in

19   writing then or did you make a phone call?

20       A.    I believe it was through e-mail.

21       Q.    All right.  Was that in December of 2016?

22       A.    The submission of my statement of what I

23   believed happened was prior to that, and then it took

24   them a while.  I guess they get a lot of cases, is my

25   understanding.  Then they filter through which ones they

Jon Luer
4/26/2018

Page 11

```
 1    believe have merit, which ones don't.  They selected mine
 2    to proceed, and then they contacted me and we went
 3    forward from there.
 4          Q.    So they contacted you in December of 2016?
 5          A.    Or a little bit before then, but it was several
 6    months after I shared my case with them.
 7          Q.    Did you discuss your case with any other
 8    lawyers other than the ACLU lawyers?
 9          A.    I did not.
10          Q.    And did you approach any other lawyers?
11          A.    I did not.
12          Q.    How long have you lived on Van Loon?
13          A.    Since 2001.
14          Q.    And your height and weight?  I could guess, but
15    I won't.
16          A.    Well, I can guess probably better than you.
17    Just a little over 6-foot, 6-foot, 6-foot one, right in
18    that vicinity, in between the two.  Weigh about 270.
19          Q.    Has your weight changed significantly at all
20    since July 10, 2016?
21          A.    No, it hasn't.
22          Q.    And I know you have a stepson Luca.  Do you
23    have any children of your own?
24          A.    I do.
25          Q.    Can you name them and just tell me their age?
```

Jon Luer
4/26/2018

1       A.     Kirsten Elizabeth Luer, daughter from my first

2    marriage, she was born in 1988.  I have a son Jonathan

3    Adam Luer, also from my first marriage.  He was born in

4    1991.

5       Q.     And they were not present -- your two children

6    from your first marriage, they were not present during

7    the incident, correct?

8       A.     That's correct.

9       Q.     Were they there that evening?

10      A.     They were not.

11      Q.     And you were married once before, correct?

12      A.     Yes, I was.

13      Q.     From when to when?  Years are fine.

14      A.     Married in 1984, divorce was finalized in the

15   year 2000.

16      Q.     And what is your ex-wife's name?

17      A.     Christine Marie Luer.

18      Q.     She still goes by Luer?

19      A.     She does.

20      Q.     Thank you.  And can you just tell me briefly

21   your education?  I'm from St. Louis so I'm going to ask,

22   where did you go to high school?

23      A.     Lindbergh High School, graduated in 1979.

24      Q.     And then how about college?

25      A.     Afterwards I attended the University of

Jon Luer
4/26/2018

1    Missouri at Rolla.  That name is now Missouri University

2    of Science and Technology.  Graduated with a degree in

3    civil engineering in the year 1984.

4         Q.    And any postgraduate work?

5         A.    No.

6         Q.    And you're a PE now, correct?

7         A.    Yes.

8         Q.    Professional engineer?

9         A.    That's what it stands for, yes.

10        Q.    Just briefly describe, to earn that

11   certification tell me what it takes.

12        A.    Once you graduate from an accredited college

13   you have to take an exam.  It's a whole day exam to

14   basically show that you've mastered the fundamentals of

15   engineering.  It's science, math, chemistry, computer

16   engineering.  And then you enter the working world and

17   work under the direction of somebody who already is a

18   licensed professional engineer for four years.  And at

19   that time you go back and take part two of the

20   examination and that's the principles and practices

21   component to show that you can apply what you've learned

22   in school and on the job to everyday problem solving.

23        Q.    And you've kept up that certification?

24        A.    I have.

25        Q.    What does it take every year?  Does it take

Jon Luer
4/26/2018

1   some continuing education every year or every two years?

2        A.    It does.  The renewal cycle for the license is

3   on in a two-year period, and in that two-year period

4   you're required to have a minimum of 30 hours of

5   continuing education.

6        Q.    Do you have any other training?

7        A.    For the business that I'm in, I attended a

8   variety of number of workshops and gotten a variety

9   number of certifications.

10       Q.    What other certifications?

11       A.    I've gotten one from the Missouri Department of

12  Transportation to manage federally-funded government

13  projects, and other ones to supervise the construction

14  portion of projects, make sure we understand the

15  documentations that are necessary.

16       Q.    So you're very familiar with grants, that tape

17  of thing?

18       A.    Grants and then audits, review the federal

19  money is being spent properly.

20       Q.    Any other training or certifications?

21       A.    There's some technical training that I've been

22  to to enhance abilities to do design, like how to

23  establish the appropriate lengths of guardrail need on

24  sides of highways, stuff like that.  It tends to get

25  pretty specialized.

Jon Luer
4/26/2018

```
1        Q.      So you're currently employed by ABNA
2   Engineering, correct?
3        A.      That is correct.
4        Q.      Is that primarily a highway construction firm?
5        A.      It's a civil engineering consulting firm.
6   Their clients are very predominantly government agencies,
7   cities, counties, some state DOT's, and Illinois would
8   also include Illinois toll way authority.  So it's a lot
9   of government clients.  But there's also some private
10  clients.  Monsanto would fall into that category and a
11  few other ones too.  The jobs that I'm assigned to
12  predominantly have a large component of street and
13  highway design to them.
14       Q.      Do you work down an Lindell at their office on
15  Lindell?
16       A.      I do.
17       Q.      They have offices world wide or employees world
18  wide?
19       A.      Just Illinois and Missouri.
20       Q.      Do you ever get to work from home?
21       A.      Rarely.  If I'm out of the office attending a
22  meeting or something and it's close to the end of the
23  day, I don't have to drive into the city.  If I'm out in
24  the county I can go home and work the remaining couple of
25  hours from the house.  I never work a full day from the
```

Jon Luer
4/26/2018

Page 16

1    house though.

2        Q.    So you're a transportation manager, is your

3    title at ABNA, correct?

4        A.    Yes.

5        Q.    Describe briefly for me what those duties

6    entail.

7        A.    So I worked up to that position coming through

8    the ranks of doing it as highway designer and then

9    project manager.  I still do some project manager, but as

10   manager of the department I also oversee other people

11   that have the duties I once held that now report to me

12   from down below.  So they are also civil engineers,

13   design technicians, and other project managers.  So I

14   oversee them, the projects they're doing, as well as I

15   still manage some projects myself.

16       Q.    When the title is transportation manager, is

17   that the management of the transportation of the company?

18       A.    No.  If it were more fully described it would

19   be transportation engineering department manager.  So the

20   people that I oversee are engineers overseeing the design

21   of highway projects, pretty much just the design.

22   Sometimes there's a survey element.  Sometimes there is a

23   construction and inspection and management element.

24       Q.    How long have you been employed there?

25       A.    Since 2010.

Jon Luer
4/26/2018

 1     Q.     Let's go backwards, your previous employment.
 2  Who was your previous employer?
 3     A.     Going backwards, prior to that it was another
 4  consulting engineering company called Burns & McDonnell,
 5  M-C-D-O-N-N-E-L-L, and I was with them from 1992 to 2010.
 6  Prior to that I worked for the Missouri Department of
 7  Transportation, now MoDOT or -- yeah, that is the current
 8  name.  MHTD was the previous name.  And with them from
 9  graduation with college in 1984 until 1992.  So this is
10  my third employment.
11     Q.     Burns & McDonnell, huge engineering firm,
12  right?
13     A.     That one is international.
14     Q.     How many employees would you say they had in
15  2010?
16     A.     At that time 3,000.
17     Q.     And your duties at Burns & McDonnell similar to
18  what you're doing now?
19     A.     At the end they were similar.  I was there
20  17 years, and so I worked up the ranks.  They initially
21  hired me just as an engineering to produce highway plans,
22  specifications, cost estimates, and worked up to
23  managing, you know, the assistant manager on projects
24  managing projects, and at the very end I was a department
25  manager overseeing others that prepared that which are

Jon Luer
4/26/2018

1    the exact same duties I currently hold with ABNA.

2        Q.    And then at MoDOT what were your duties?

3        A.    I had two different main assignments.  My first

4    several years there I was an inspector for materials and

5    aggregates, concrete and asphalt.  About three and a half

6    years of doing that.  And then the last, roughly, five

7    years I had moved in and taken an office job and was

8    responsible for designing highways being at a drafting

9    board.

10       Q.    What personal hobbies do you have?

11             MR. PRAISS:  Object to the form, relevance.

12       Q.    (By Mr. Becker)  You can answer.

13       A.    I would say there's probably two -- there are

14   three.  I do like to travel, I do love history, and I do

15   read a lot of books related to history.  And when I do

16   travel I try to mingle the two together, visit places

17   that I've read about.  And my other one is I'm a firearms

18   enthusiast and a gun collector and have a license to

19   actually deal in firearms.  That was to go hand in hand.

20             MR. BECKER:  I'm just going to keep the

21   sequence, so this will be 23.

22       (Exhibit 23 was marked for identification.)

23       Q.    (By Mr. Becker) I've handed you what's been

24   marked deposition Exhibit 23.  And do you recognize this

25   document?

Jon Luer
4/26/2018

```
 1        A.     I do.

 2        Q.     And what is it?

 3        A.     This is a copy of my federal firearms license.

 4        Q.     And it indicates the name is Waffenhaus

 5   W-A-F-F-E-N-H-A-U-S, correct?

 6        A.     Correct.

 7        Q.     What is that?  The name of your company?

 8        A.     Yes.  I don't have an LLC or have an

 9   incorporated firm.  I found that when filing going

10   through the process of buying and selling firearms, if I

11   deal with wholesalers, if people know that you're

12   affiliated or think you're affiliated with a business you

13   get treated with a little bit more respect versus being a

14   basement gun dealer.  So I established this name.  It's

15   German based upon my family origins.  Waffen is just the

16   weapons house, is how it would translate.  I stayed with

17   it ever since, and that name is registered as a

18   fictitious name with the state of Missouri.

19        Q.     And then the type of license in the center

20   there, it indicates 01-dealer in firearms other than

21   destructive devices, correct?

22        A.     Correct.

23        Q.     And what does that mean?

24        A.     This is the most common type of federal

25   firearms license that is issued, and it basically is the
```

Jon Luer
4/26/2018

```
 1    same one you would find in a general retail store.  And
 2    it allows you to buy and sell through the mail weapons
 3    but not machine guns or silencers or anything that would
 4    fall in the destructive device categories, the standard
 5    weapon.  If I do sell to any private individual, they
 6    have to fill out a federal 4473 form and have to go
 7    through the FBI background check called NICS, National
 8    Instant Crime Check System.
 9        Q.    Is it strictly a hobby or do you profit from
10    it?
11        A.    I do profit from it.  I don't sell many
12    firearms to others, but I do sell a few here, and I do
13    charge a small fee for the service of doing the
14    transaction and the background check.
15        Q.    So you primarily collect, correct?
16        A.    I am primarily a collector.
17        Q.    To be clear, I know you were talking about the
18    mail.  Does this license permit you to possess automatic
19    weapons?
20        A.    That one does not.
21        Q.    And does it permit you to possess a rifle or a
22    weapon that has a very large magazine, something over 15
23    or 20 rounds?
24        A.    Actually, there's no restrictions for anybody
25    on that, private individual or license there's no
```

Jon Luer
4/26/2018

```
1    restriction.
2        Q.    There's no federal restriction either?
3        A.    No, there is not.
4        Q.    All right.  And how many guns do you own?
5    Strike that.  Let me ask you, on July 10, 2016, how many
6    guns did you own, roughly?
7        A.    I would estimate 150.
8        Q.    And some of those are historical weapons,
9    correct?
10       A.    Virtually all of them.  Not exclusively but 90,
11   95 percent would be in that category.  When I say
12   historical, made before 19 -- 1945 or earlier.
13       Q.    And how many of those 150 guns would be
14   operable?
15       A.    I would say the majority of them are operable.
16   If you could get the ammunition for them they would fire.
17       Q.    And do you typically fire each of your weapons?
18       A.    No.
19       Q.    Or is it just a collection?
20       A.    Collection.  I do fire some, but I have -- the
21   vast majority have never been fired.
22       Q.    I see that Exhibit 23, it expired January 1,
23   2017.  Did you renew it?
24       A.    It is renewed and it's active, but this was the
25   copy that was active at the time of the event in
```

Jon Luer
4/26/2018

1   question.

2        Q.    And then so would your current license expire

3   what?  January 1, 2020?

4        A.    These are three-year licenses so that would be,

5   yeah, 20.

6        Q.    How much does it cost to obtain this license?

7        A.    It is $90 for a three-year cycle.

8        Q.    Is it difficult to obtain?

9        A.    Very.

10       Q.    And why do you say that?

11       A.    There is an intense scrutiny that I have to go

12   through, finger printing, FBI background checks,

13   photographing, where they want to make sure the people

14   getting this class of license they're not falling into

15   any high risk category.  That's the part that the, I'll

16   put it back on firearms goes through.  And then they also

17   make sure that there's no problems with any state or

18   local laws that are being violated.  I had to get waivers

19   from St. Louis county because this is a business license

20   and I'm in a residential area.  Make sure there's no

21   zoning conflict, so I had to get that done.  I had to get

22   a sales tax number filled out with the state of Missouri,

23   Department of Revenue, that if I were to sell anything

24   retail they would collect sales tax.  I had to get the

25   name Waffenhaus filed as a fictitious name.  There's a

Jon Luer
4/26/2018

 1   lot of paperwork to go through.  But the hardest one is
 2   just getting it through the ATF and then keeping it
 3   active.  I do go through an audit every three years where
 4   they come into my residence and they go through all of my
 5   books, everything in my possession, and make sure
 6   everything in my possession has been logged in through my
 7   acquisition distribution record, logged out through the
 8   same record, or if it's logged in and not logged out that
 9   it's in my possession.
10       Q.    When the ATF comes to your home how long are
11   they there?
12       A.    I've had audits as short as an hour and a half
13   and I've had them as long as two and a half hours.
14             MR. PRAISS:  Carl, if you don't mind me
15   interrupting, we've been going for about a half hour, and
16   we haven't even gotten close to the subject.  I don't
17   want to start objecting on relevance, but can we just
18   focus in on what's happened in this incident?
19             MR. BECKER:  I have some more questions,
20   but yeah.
21       Q.    (By Mr. Becker)  How long have you had the
22   license?
23       A.    Since I was 21, so that would be 1981.  I
24   initially had a Curios license, and then about three to
25   six years later I had it converted to the 01 dealer

Jon Luer
4/26/2018

```
 1   license.
 2        Q.    With respect to any type of firearm training of
 3   firing any firearms, do you have any training in that
 4   regard?
 5        A.    I do.  I have multiple training.  The one that
 6   was the most formal and documented, military, going
 7   through ROTC, I had firearms training.  I have a
 8   concealed carry permit, and that required a full day of
 9   training including partial legal training and partial
10   firearms proficiency training.  And then I'm also a
11   member, currently president, of a German shooting club
12   called Schuetzenverein.
13        Q.    Can you spell that for the court reporter,
14   please?
15        A.    S-C-H-U-E-T-Z-E-N-V-E-R-E-I-N.
16        Q.    And any other training then with firearms?
17        A.    Nothing that I can think of at the moment.
18        Q.    Do you shoot often at ranges and so forth?
19        A.    I do.
20        Q.    Do you hunt?
21        A.    I do.
22        Q.    And how frequently do you hunt?
23        A.    One weekend a year, and it's deer season.
24        Q.    And that's all for the hunting?
25        A.    That's the only thing I hunt.
```

Jon Luer
4/26/2018

1    Q.    And then how frequently would you say you go to

2  a range?

3    A.    To shoot high power weapons it's almost never,

4  but through the Schuetzenverein we do shoot once a month.

5  But they're airguns, so they're high grade, Olympic

6  quality airguns.  It's competitive shooting.

7    Q.    Do you have any training in martial arts?

8    A.    I do not.

9    Q.    You mentioned ROTC.  Did you complete ROTC at

10  Rolla?

11    A.    I did not.  I completed three years of ROTC at

12  Rolla.

13    Q.    And so you did not earn a commission, correct?

14    A.    I did not.  I did sign up for military service,

15  but I failed my physical based upon an inability to hear

16  high frequencies and I did not get my commission.

17    Q.    Do you keep a diary?

18    A.    I do not.

19    Q.    On the date of the incident how was your

20  memory?  Do you consider it normal?

21         MR. PRAISS:  Object to the form of the

22  question.

23    A.    I would consider it an average day.  It was the

24  day I went to pick my son up at the airport, so I was

25  looking forward to that.  Nothing that would inhibit my

Jon Luer
4/26/2018

Page 26

```
 1   memory that I could think of.  I remember the incident
 2   pretty well.
 3       Q.    But on that date you had no memory issues,
 4   correct?
 5       A.    No.
 6       Q.    And then how was your eyesight on that date?
 7       A.    Like it is today.  I wear reading glasses, but
 8   other than that I see just fine.
 9       Q.    So your vision at a distance is 20/20 you
10   believe?
11       A.    I would not say 20/20, but I can drive without
12   corrected vision, so it's at least 20/40.
13       Q.    Will you go to the firing range and hunt
14   without glasses?
15       A.    I do.
16       Q.    And your hearing, you mentioned that you had
17   difficulty with high frequency from an ROTC testing,
18   correct?
19       A.    Yeah, 3,000 hertz was -- once it gets above
20   that, start experiencing hearing loss.
21       Q.    So you just don't hear those high pitched
22   sounds then?
23       A.    It's not a definitive it stops at one level.
24   Once you get to that level all of a sudden I need to have
25   a greater number of decibels or a loudness has to be
```

Jon Luer
4/26/2018

```
 1   increased, but eventually you get to a certain point it
 2   doesn't matter how loud it is I don't hear it at all.
 3   But once you're below 3,000 I hear just fine.
 4        Q.    Your hearing on July 10, 2016, was fine?
 5        A.    It was.
 6        Q.    You don't wear hearing aids, correct?
 7        A.    I do not.
 8        Q.    Have you had any treatment from doctors
 9   regarding your hearing?
10        A.    I have not.  I've been to people to inquire
11   about hearing aids, but they said all they do is make the
12   tones louder.  And it doesn't matter how loud they are,
13   if you're at 5,000 hertz I won't hear it.
14        Q.    You are not making a claim for any emotional
15   distress; is that correct?
16        A.    I am not.
17        Q.    The night or the morning of the incident
18   July 10, 2016, at about 2:30 in the morning who was
19   present in your home besides yourself?
20        A.    I didn't awaken until 3:00 in the morning, so I
21   can't talk about what happened at 1:00, 2:00.  I just
22   know that I had gone to bed, and I'll assume that the
23   same people were in the house at the time I woke up.  So
24   3:00 in the morning it was my stepson Luca, my wife
25   Andrea, and myself.
```

Jon Luer
4/26/2018

Page 28

```
 1        Q.    And you have a cat, right?
 2        A.    We have cats, two.
 3        Q.    So on July 10, 2016, you had two cats; is that
 4   correct?
 5        A.    Yes.
 6        Q.    No dogs?
 7        A.    Not living with us.
 8        Q.    Any other animals in the house?
 9        A.    No.
10        Q.    And your bedroom, your master bedroom, is
11   located in what portion of the home?
12        A.    It's at the extreme southwestern corner of the
13   house.
14        Q.    And at 3:00 in the morning was your wife also
15   in that bedroom?
16        A.    We were in bed together.
17        Q.    And where is Luca's bedroom in the home?
18        A.    It's the center of three bedrooms that are in a
19   row, so it's the western edge of the house.  So either
20   the north or the south so let's call it the center
21   western edge.
22        Q.    So does your bedroom window face south or west?
23        A.    South.
24        Q.    And Luca's bedroom window faces north?
25        A.    West.
```

Jon Luer
4/26/2018

```
1        Q.    The cats, do they tend to roam around at night?
2        A.    They have roam of the house except for the
3  bedrooms.  We keep the bedroom doors closed so we don't
4  have cat hair on the beds.
5        Q.    Do they typically roam around at night like
6  cats do?
7        A.    Yes, except for those closed areas, they have
8  the run of the house.
9        Q.    And when they do sleep where do they sleep at,
10 typically?
11       A.    They have a variety of places, but we have the
12 one gray cat specifically likes to sleep on the top of
13 the sofa in the living room next to the window, maybe
14 just to keep an eye what's happening outside.  Hard to
15 say what's going through a cat's mind.
16       Q.    And the living room window faces north?
17       A.    It does.
18       Q.    Prior to Tuesday, April 24, 2018, besides the
19 incident, had you ever come into contact with Defendant
20 Selz or Defendant Clinton?
21       A.    This week Tuesday, no, just that night.
22       Q.    Did you ever speak in person with Sergeant
23 Vaughn?
24       A.    I did over the phone.
25       Q.    But never in person face to face, correct?
```

Jon Luer
4/26/2018

```
 1        A.    No, just over the phone.

 2        Q.    How about Captain Lawson, have you ever met him

 3   prior to Tuesday, April 24, 2018?

 4        A.    Did not.

 5        Q.    How about Sergeant Dale Johnson, have you ever

 6   met her?

 7        A.    I don't know the name.

 8        Q.    Amin, the cab driver, do you know his last

 9   name?

10        A.    I do not.

11        Q.    And do you have any contact information, where

12   he lives, his phone number?

13        A.    I do not.

14        Q.    And have you had any other contact with him

15   other than what you've described the morning of the

16   incident?

17        A.    No.  I've had no conversation with him, and I

18   only know of his name and phone number because of the

19   recording that I've heard through this discovery process.

20        Q.    And the closest you got to the cab driver that

21   morning was about 20, 30 feet, correct?

22        A.    I was approximately -- we were not in close

23   proximity to each other.  He was maybe half way up the

24   driveway, and I was standing in front of the garage door.

25        Q.    Can you describe the cab driver to me, male,
```

Jon Luer
4/26/2018

1   his height, weight, race?

2        A.    He was a male, petite.  He spoke with an

3   accent.  I would have guessed, and I'm not an expert on

4   accents, but maybe an Indian or Pakistani-style accent.

5        Q.    When you say petite, 5' 5", something like

6   that?

7        A.    He was short.  It would be hard for me to guess

8   at a height, but definitely shorter than me but also very

9   thin, slender build.

10       Q.    How about facial hair?

11       A.    I can't recall that kind of detail.

12       Q.    Glasses?

13       A.    Don't recall.

14       Q.    So his skin color was brown?

15       A.    I would not -- I can't say that for sure.

16       Q.    Just so we're clear on the record because there

17  might have been some confusion on Tuesday, the location

18  of your home, the front faces north, correct?

19       A.    It does.

20       Q.    The rear faces south?

21       A.    That's correct.

22       Q.    You've already described Luca's bedroom as a

23  western facing window, correct?

24       A.    Yes.

25       Q.    And yours is a southern facing window, your

Jon Luer
4/26/2018

Page 32

```
 1   bedroom?
 2        A.    It is.
 3        Q.    And the living room would be in the northeast
 4   corner, more or less, of the home, correct?
 5        A.    I would call it's in the center of the home
 6   northern facing.  If you were to look at the frontal
 7   picture of the house which was shown previously, if
 8   you're looking at the front door, the window immediately
 9   to the right of that front door is the living room.  The
10   window immediately to the left is the dining room.
11        Q.    And the garage is on the eastern side of the
12   home, correct?
13        A.    It is.
14        Q.    When you woke up that morning at 3:00, I
15   believe you said, correct?
16        A.    Yes, sir, I'm pretty sure.
17        Q.    What were you wearing?
18        A.    I was just sleeping in my underwear which is
19   rather normal, and I did hear the noises.  I was going to
20   investigate.  I did not know the noises were coming from
21   within the house, otherwise I would have put some clothes
22   on.  I was planning on going to the front of the house
23   and look out the window to see what was going on.
24        Q.    Could you be very specific as to what you were
25   wearing?  When you say underwear, what do you mean?
```

Jon Luer
4/26/2018

Page 33

1       A.    Boxer shorts.  I don't know exactly which pair
2   I had on, but it was just tight fitting underwear.
3       Q.    Definitely boxers?
4       A.    No, they were probably whitey tighties or a
5   color version thereof.
6       Q.    Or maybe boxers too?
7       A.    I don't think they were boxers.
8       Q.    Just so it's clear, when you say tighty whities
9   you mean the white standard briefs?
10      A.    Yeah, but I also have some that are colorized.
11  I don't know exactly which one I had on.  I can say I had
12  nothing else on, no socks or anything.
13      Q.    And no shirt?
14      A.    No shirt.
15      Q.    But you don't recall if the briefs or white or
16  colored; is that correct?
17      A.    I do not.
18            MR. PRAISS:  Object to the form, relevance.
19  Let's move on, please.
20      A.    I do not recall.
21      Q.    (By Mr. Becker)  Thank you.  What time did Luca
22  arrive home?
23      A.    So there was two arrivals for him.  We picked
24  him up at the airport at 5:00.  Amazingly enough he
25  didn't want to spend time with us.  He wanted to go out

Jon Luer
4/26/2018

Page 34

1    with his friends.  He left about 6:00.  His friends had

2    picked him up and he was gone.  He had just arrived from

3    an internal flight, so he was jet lagged.  I guess that's

4    why he came back early.  He was home at 10:00.  My wife

5    and I were in the living room watching a movie at the

6    time.  So we were very aware of the time that he arrived

7    home, and he went to bed.  Later, I'm not sure exactly

8    what time it was, but after we finished the movie we

9    ourselves went to bed.

10       Q.    Do you remember what movie it was?

11       A.    Pleasantville.

12       Q.    So when Luca returned home the second time

13   could you tell if he had been drinking?

14       A.    Could not.

15       Q.    One way or the other you couldn't tell,

16   correct?

17       A.    I have no idea.  He came in, hi, I'm here, went

18   to bed.

19       Q.    And how did he arrive home the second time?

20       A.    The friend who picked him up dropped him off.

21       Q.    And what time did you go to bed that evening?

22       A.    I can't say for sure.  I would estimate though

23   11:00, 12:00.

24       Q.    Would you say you fell asleep right away?

25       A.    Yes.

Jon Luer
4/26/2018

1       Q.    And did you -- from 11:00 or 12:00 until
2   3:00 a.m. did you wake up at all?
3       A.    I don't believe I did.
4       Q.    Would you consider yourself a heavy sleeper?
5       A.    Sound.  I can be woken up, but generally small
6   noises and stuff don't arouse me.
7       Q.    How about your wife, is she a heavy sleeper?
8       A.    My experience is that she's a light sleeper.
9       Q.    And how about Luca, is he a heavy sleeper?
10       A.    I don't sleep with him, so it would be
11   difficult for me to answer that question.
12       Q.    And around 2:30, 3:00 in the morning did you
13   hear the doorbell ring?
14       A.    I did not.
15       Q.    Was your doorbell operable at the time?
16       A.    It was operable.
17       Q.    And did you hear knocking at the front door
18   that morning?
19       A.    There were noises that I heard.  I couldn't
20   identify what or where they were from.  And I hesitate to
21   speculate what noise it was that woke me up.
22       Q.    So you do not know which noise woke you up,
23   correct?
24       A.    That's correct.
25       Q.    And did you ever hear the officers calling out

Jon Luer
4/26/2018

```
 1    St. Louis county police or county police, something to
 2    that effect?
 3         A.    I did, but only as the confrontation happened.
 4         Q.    And when you say confrontation, you mean when
 5    you --
 6         A.    Face to face, when we met face to face was the
 7    first time, and it was very clearly annunciated and I
 8    heard it very well, but prior to that the noises and
 9    stuff I heard I didn't know if they were inside the house
10    or outside.
11         Q.    The noises you heard, can you describe those
12    please?
13         A.    My speculation is voices and banging, but no
14    voices I could understand, no banging that I could
15    precisely identify the location.  It wasn't close by.  We
16    were sleeping with the windows open.  I didn't know if
17    they were coming from outside.  That's why I was making
18    my way to the window to look outdoors to see if something
19    was happening with one of the neighbors.  It could be,
20    but it's purely my speculation, that the noise was when
21    they had come across a locked door in the basement, that
22    they were banging on that and announcing who they were.
23    That's probably one of the last times that -- if they
24    were banging outside the door I wouldn't have heard that.
25    I don't know if they were doing any more banging since
```

Jon Luer
4/26/2018

Page 37

```
 1    that time.
 2         Q.    But you're not certain of that, the banging on
 3    the door in the basement?
 4         A.    I am not.  I am not.  That's purely speculation
 5    on my part, that they were banging on the basement door
 6    and announcing who they were.
 7         Q.    What windows were open that night?
 8         A.    The only one I can say for certainty was our
 9    bedroom window.
10         Q.    You only have one bedroom window; is that
11    correct?
12         A.    We do.
13         Q.    So to be clear, did you hear officers knocking
14    on the west side of the house?
15         A.    Did not.
16         Q.    Did you hear officers calling out St. Louis
17    county police or county police, something to that effect
18    on the west side of the house?
19         A.    I didn't hear that called out until the
20    confrontation.
21         Q.    And so on the south side of the home you heard
22    no officers calling out, either county police or St.
23    Louis county police?
24         A.    I didn't hear anything, no.
25         Q.    And how about any knocking on the south side of
```

Jon Luer
4/26/2018

1    the home, did you hear that?

2        A.    I did not.

3        Q.    Did you hear officers calling out St. Louis

4    county police or county police at the pedestrian door

5    leading into the house from the garage?

6        A.    I did not.

7        Q.    And did you hear voices in the basement around

8    that time?

9        A.    Well, it's hard to say where voices emanated

10   from and what time they emanated from.  I will just say I

11   heard voices and noises while I laid in bed.  It was

12   enough to wake my wife and myself up, but I cannot say

13   location, you know, the origin or what was being said.

14   So I got up to investigate.

15       Q.    So what do you believe finally woke you up?

16       A.    It's my speculation at the time that they were

17   -- had come across the locked room in the basement and

18   they were knocking on that door and announcing who they

19   were in case there was somebody inside, they would come

20   out.

21       Q.    When you say knocking on the basement door --

22       A.    This is the door to the secured room in the

23   basement where my firearms are stored.

24       Q.    And so when you did wake up what did you do

25   next?

Jon Luer
4/26/2018

```
 1       A.    Well, my wife and I looked at each other and
 2  acknowledged something was wrong.  I don't remember the
 3  exact words we had.  I immediately just got out of bed.
 4  I do keep a loaded handgun, but I didn't -- if I thought
 5  there was intruders in the house I may have taken it, but
 6  I didn't realize that to be the case, therefore I just
 7  got out of bed, didn't change anything, didn't put any
 8  clothes on, didn't grab anything, just to walk out to
 9  look out the window, and that's when the confrontation
10  took place.
11       Q.    The handgun is easily accessible, correct?
12       A.    Yes.
13       Q.    When you say you looked at your wife, was there
14  lighting in the room at the time?
15       A.    We do keep the house minimally lit at all
16  times, night lights and stuff like that.  And there's
17  also plenty of light that comes in from the outside.
18  There's a school property behind us that's fairly well
19  lit, and there's a lot of overflow or trespass lighting
20  from the lights from the school drive that get into our
21  house and yard.
22       Q.    Have you had problems with trespassers from the
23  school?
24       A.    No.
25       Q.    And so you came out of your bedroom, and from
```

Jon Luer
4/26/2018

Page 40

```
 1   the bedroom door to where you first saw the officers,
 2   what is that distance roughly?
 3        A.     Three feet, four feet.
 4        Q.     So the hallway is a short hallway?
 5        A.     It's a T-shaped hallway.  The bedrooms are
 6   along what would be the cross of the T, left, center, and
 7   right.  And then the stem of the T is approximately eight
 8   feet.  So I would have been at the apex of where the two
 9   parts of the T come together, and the officers were at
10   the other end or the base of the T about an 8-foot
11   distance.
12        Q.     Three bedroom house?
13        A.     It is.
14        Q.     And when you first saw the officers where were
15   they standing?
16        A.     They were standing right at the entrance way to
17   the hallway where the family room and corner of the
18   family room where the hallway begins.  That's about an
19   8-foot distance.  They had not begun down the hallway at
20   that point.
21        Q.     Describe what they were doing right when you
22   first saw them?
23        A.     As soon as I turned the corner I just saw the
24   weapons and flashlights pointed at me, and they announced
25   themselves as the St. Louis county police.
```

Jon Luer
4/26/2018

1    Q.    Were both officers holding flashlights?

2    A.    They were, left hand.

3    Q.    In the left hand, each of them?

4    A.    Yes.

5    Q.    And firearms in their right hands?

6    A.    Right hand, correct, extended.

7    Q.    Describe how they were pointing them at you?

8    A.    Well, the right hand was extended.  Left hand

9    also appeared to be fairly extended but at a raised

10   position.  So it was a slightly offset elevation between

11   the two.  The officers were in a staggered formation

12   where they could easily have, if they were going to go

13   down the hallway, fallen right behind each other.  But at

14   that position they had the ability of side by side

15   protection of one another.

16   Q.    Do you remember which officer was more in the

17   front?

18   A.    I could not tell you.

19   Q.    Are you familiar with a low ready position?

20   A.    I am only through the process of discovery.

21   Q.    Would you describe to me in your own words what

22   your understanding of a low ready position is?

23   A.    A low ready position is that the handgun is

24   unholstered.  It is in the firing hand, but the weapon is

25   held against the chest with muzzle pointed down to the

Jon Luer
4/26/2018

Page 42

1    left.

2        Q.    Do you understand what the sul position is?

3        A.    I do not.

4        Q.    That's S-U-L.  And how were the officers

5    holding their flashlight?  In what position?

6        A.    It appeared to me it was in their left hand,

7    left hand a little bit above the firing hand, so they

8    were not at the same elevation, and then directed towards

9    me.  I would assume arm extended.  I can't say that

10   100 percent, but it appears -- my recollection is that

11   arm was also extended, just not extended completely

12   forward.  It was more forward and left at the same time.

13       Q.    So would you say the flashlights were held at

14   about shoulder level then?

15       A.    Higher than firearm level.  I could not tell

16   you exactly what that was.

17       Q.    Were the flashlights being shined in your eyes?

18       A.    They were being shined in my direction.  They

19   weren't shined in my eye because I was still able to

20   clearly see the silhouette of the two officers and their

21   position.  And there were other lights on in the house

22   from behind them also, further helping me identify their

23   stance and position.

24       Q.    When you first saw them could you clearly

25   identify them as police officers?

Jon Luer
4/26/2018

Page 43

```
 1        A.    They had uniforms on, and they were identifying
 2    themselves as police officers.  Once the guns were
 3    holstered, flashlights went down, and we got closer they
 4    definitely were uniformed St. Louis police officers.
 5        Q.    How long did it take you to make that
 6    determination?
 7        A.    Well, not too long.  We went through a very
 8    short round of questioning about me being armed and
 9    weapons in the house, and once we finished that the
10    tension eased drastically at that point.  The flashlights
11    and weapons lowered and we could come closer and we began
12    further dialog.
13        Q.    So that time period, how long would you say
14    that is?
15        A.    15 seconds.  Wasn't that long.  Estimation.
16        Q.    And what -- who spoke first?
17        A.    The police officers.  They announced who they
18    were.
19        Q.    What did they say?
20        A.    St. Louis county police.  I'm frozen at this
21    time, standing, hands out to the side, clearly palms
22    open, and they asked if I was armed.  I informed them I
23    was not armed.  And they asked if I had weapons in the
24    house, and stuttered a little bit as I was trying to
25    answer, yes, I have arms in the house, but where,
```

Jon Luer
4/26/2018

1   multiple places.  That was the end of that line of

2   questioning.  Then it moved you had any weapons near you,

3   correct?

4       A.   No, if I had weapons in the house is how I

5   recall it.

6       Q.   And when you say you had your hands out to the

7   side, do you mean at your waist with your palms facing

8   them?

9       A.   Yeah, 4:00 and 7:00 position.  They were

10  lowered and extended.

11      Q.   And then it was at that point, are you

12  testifying, that they lowered their weapons?

13      A.   After we finished the line of discussion about

14  the firearms, then the tension dropped and they hostered

15  their weapons and we began discussion of why they were

16  there.

17      Q.   And then what did they tell you?

18      A.   I was then asked where is my son, was the next

19  words after that.  And he was right behind me sleeping in

20  the room.  So I went and knocked on his door, it then

21  opened, went in, didn't wait for him to ask.  He was

22  fully awake laying in bed as he also was awakened by the

23  noise, and I asked him to come out.

24      Q.   Why did you ask him to come out?

25      A.   I didn't know at that point.  I just knew where

Jon Luer
4/26/2018

Page 45

```
 1   is my son and I produced him.
 2        Q.   And what was -- Luca, your son, correct?
 3        A.   Yes.
 4        Q.   What was Luca wearing?
 5        A.   He was dressed very similar to myself, nothing
 6   but his underwear, shorts.
 7        Q.   Were they boxers or briefs?
 8        A.   I'm sorry, I couldn't tell you.  It was one or
 9   the other, yes, but that was all.
10        Q.   Do you remember what color?
11        A.   I do not.
12        Q.   So you got Luca from his room and then what
13   happened?
14        A.   So now we're both standing at that same
15   position in the hallway where the two parts of the T
16   would come together, and they ask him to put some clothes
17   on and accompany them outside.  I put some clothes on
18   also and also went outside at the same time.
19        Q.   At the time when you first made contact with
20   the police officers where was your wife?
21        A.   She was in bed.
22        Q.   So she did not witness the initial contact; is
23   that correct?
24        A.   Unless there was something she could have seen
25   through an open door, no.
```

Jon Luer
4/26/2018

1      Q.    And when you woke Luca up -- strike that.  When
2  you entered Luca's room was the door completely closed?
3      A.    It was.
4      Q.    Was Luca sleeping?
5      A.    Not when I went in.
6      Q.    Did Luca say anything to you when you entered
7  his room?
8      A.    I don't recall him saying anything.
9      Q.    What did you say to him?
10      A.    Luca, get out here, something to that effect,
11  some attempt.  The exact words I couldn't say.  I told
12  him get out here.
13      Q.    Did the officers ask you who else was in the
14  home?
15      A.    They did not.
16          MR. BECKER:  We've been going about an
17  hour.  Why don't we take a short break.
18              (A short break was taken.)
19      (Exhibit 9 was previously marked for
20  identification.)
21      Q.    (By Mr. Becker) Back on the record.  We took
22  about a ten-minute break.  Mr. Luer, I've handed you what
23  has previously been marked Exhibit 9.  Do you recognize
24  that document?
25      A.    I definitely remember filling out the

Jon Luer
4/26/2018

1   complaint.  I don't remember if I saw it in this format

2   or not, but the data appears to be accurate.

3        Q.    Have you since filing it seen it in this

4   format?

5        A.    I can't say for sure if I have or not.

6        Q.    And this is the document that you previously

7   testified that you essentially cut and pasted your

8   account of the events, correct?

9        A.    That's correct.

10       Q.    And when you filed this how did you determine

11  where to file this?

12       A.    It was just doing a little bit of search on the

13  internet, and I believe my wife had found the link to the

14  St. Louis county website where this could be submitted

15  and then I acted upon that.

16       Q.    And in this document, Exhibit 9, are you asking

17  for a particular remedy or action to be taken by the

18  police department?

19       A.    I was not.  It was informing the police of what

20  happened.  I was not happy with the way things turned

21  out, and I was unhappy that I couldn't get a copy of the

22  report for that night to inform me of the rest of the

23  details.  That's why I went this route.

24       Q.    And besides what you've already testified to,

25  when you say you were unhappy with the outcome of that

Jon Luer
4/26/2018

```
 1   night, what do you mean?
 2        A.    Well, I almost died, and after I thought about
 3   it later, two of us almost died.  The place where Luca
 4   was sleeping in that center bedroom was directly behind
 5   where I was standing.  If any shots had been fired in my
 6   direction, those that would not have hit me would have
 7   gone through that hollow wall into the bed where Luca was
 8   sleeping which was positioned directly the other side of
 9   that with his head right at the wall.  And there could
10   have been two casualties that night and that really
11   distressed me.
12        Q.    You came to realize that after that evening?
13        A.    Yes, I did.
14        Q.    At what point did you realize that?
15        A.    It was shortly.  It was maybe later that night
16   or the next day.  The more I thought about it the more
17   bothered I was by it.  And that's why I attempted to get
18   copies of what was going on, what justified this.
19   Obviously I heard just a part of what happened and I'm
20   just trying to fill in the holes.
21        Q.    So let's back up again to you got Luca out of
22   his room, and he cooperated, correct?
23        A.    He did.
24        Q.    And then what happened after that?
25        A.    He returned to his room to get dressed.  I
```

Jon Luer
4/26/2018

```
 1   returned to my room to get dressed.  My wife also got
 2   dressed at the time.  The three of us accompany the two
 3   officers out the front door.
 4        Q.    Excuse me, let me stop you there.  When you
 5   went to get dressed, when Luca went to get dressed in his
 6   bedroom, did the officers follow you?
 7        A.    They did not.
 8        Q.    Go ahead.
 9        A.    We rejoined there in the hallway, and the five
10   of us walked together out to the front door, made a
11   right, went to just in front of the garage door which was
12   closed at that time, the car garage door, not the main
13   garage door.
14        Q.    Then what happened?
15        A.    This is when the taxi driver joined us or
16   attempted to join us.  He came in our direction.
17        Q.    Let me stop you there.  Where did you first see
18   him?
19        A.    I was at the end of the driveway or just
20   stepping on to the end of the driveway.
21        Q.    And when you say the end of the driveway,
22   toward the street you mean?
23        A.    The house end of the driveway.
24        Q.    So near your garage then?
25        A.    Correct.
```

Jon Luer
4/26/2018

Page 50

```
 1        Q.    Were there any vehicles parked in your
 2   driveway?
 3        A.    There was a white pickup truck parked on the
 4   driveway.  It's a double wide drive, and it was on the
 5   eastern side, I believe backed in so it would be facing
 6   outwards.
 7        Q.    Is that your vehicle?
 8        A.    It's my wife's vehicle.
 9        Q.    Were there any vehicles parked in the garage
10   that night?
11        A.    Yes, there was my primary vehicle, Toyota
12   Camry.
13        Q.    It's a two-car garage, correct?
14        A.    It is.
15        Q.    Do you park the Camry in the center of the
16   garage or to one side?
17        A.    Center.
18        Q.    So you're at the garage.  You first see the cab
19   driver, and he's where?
20        A.    He's approaching from the street coming towards
21   us, but he never makes contact.  He stops short of coming
22   all the way up the driveway.  He comes about half way up
23   the driveway.
24        Q.    How long is your driveway, roughly?
25        A.    Two car lengths, so 40 feet.
```

Jon Luer
4/26/2018

Page 51

1      Q.    Did you see his cab?

2      A.    I saw a vehicle I could not recognize.  It was

3  parked slightly to the east of our driveway apron.

4  There's a street light directly there also, and he was in

5  front of that street light.

6      Q.    But you could not tell whether it was a cab or

7  not?

8      A.    I would only say it was a vehicle.  Which way

9  he was faced, what manufacturer or what company he was

10  affiliated with I have no idea.

11      Q.    Then what happened?

12      A.    Well, he had positively identified my son,

13  "that's the one."

14      Q.    Let me back up.  When you use pronouns

15  sometimes it's kind of difficult to ascertain it later.

16  When you say he, you mean the cab driver?

17      A.    The taxi driver thought that my son Luca was

18  definitely the person that was his fare that jumped

19  paying.

20      Q.    What did he say?

21      A.    I just remember it was like "that's him," to

22  this effect.  Very short, no big long sentences.

23      Q.    Was he pointing also?

24      A.    I believe so, but I can't say that for sure.

25      Q.    All right.  What happened after that?

Jon Luer
4/26/2018

Page 52

```
 1        A.     Then we split into two groups.  The one officer
 2   remained outside with my -- with Luca and my wife.  The
 3   second officer went back into the house with me.  I had
 4   opened the garage door at this time, the car garage door,
 5   and we walked over to the person garage door that had
 6   been left open that night to see if there was any signs
 7   of forced entry or stuff.  There was no signs there.
 8   Then we went into the house.  So I'm accompanied just by
 9   one officer at this time.  And we went into Luca's room,
10   and did a very brief search of it just looking for a
11   white hat that the perpetrator was reported wearing.
12   Didn't look in any drawers or closets, just a brief
13   search of the room to see if something was out obvious.
14   Nothing was there.
15             We also did go down to the basement and just
16   opened allowed access to the one room that was reported
17   locked earlier just to make sure there was nobody hiding
18   in there and then we returned outside.
19        Q.     So a lot of pronouns there, so I just want to
20   understand who's who.
21        A.     Okay.
22        Q.     The officer that remained outside with your
23   wife and son, who was that?
24        A.     I don't want to say because I could get it
25   backwards.  I would not positively know which one it was.
```

Jon Luer
4/26/2018

Page 53

```
 1    I will just say there were two officers, one remained
 2    outside, one with me.
 3         Q.    Obviously you don't know who went inside with
 4    you, what officer, correct?
 5         A.    That is correct.
 6         Q.    And when the -- when one of the officers --
 7    strike that.  One of the officers offered to go through
 8    your house with you, correct?
 9              MR. PRAISS:  Object to the form,
10    mischaracterizes prior testimony.
11         A.    I don't remember it being phrased that way.  I
12    know there was interest in looking for the white hat in
13    Luca's room, and I did not object to that search taking
14    place and I can accompanied that search.
15         Q.    (By Mr. Becker) And you don't remember who that
16    officer was, correct?
17         A.    I do not.
18         Q.    And how was it phrased requesting -- the
19    officer's request to go back into the house?
20         A.    I don't remember that.
21         Q.    And you did go downstairs in the basement --
22         A.    Yes.
23         Q.    -- with the officer, correct?
24         A.    Correct.
25         Q.    All right.  And what did you do down in the
```

Jon Luer
4/26/2018

Page 54

```
 1   basement?
 2        A.    The only place we went to the basement was the
 3   only area that was not accessible without opening a
 4   secured door and unlocked the door and just a single
 5   room, large room.  It's a single room, and there was
 6   nobody in that room.  It was an unoccupied room.
 7        Q.    That's where your guns are kept, correct?
 8        A.    That's correct.
 9        Q.    Why did you open up that door?
10        A.    There was -- the way it was presented there
11   could have been somebody in the house, an intruder, and
12   just to make sure that there was no intruder in the
13   house, they apparently thought somebody had taken refuge
14   in that room.  It had been locked.  It shouldn't have
15   happened, but what if I had left that door unlocked?  So
16   this was a way to unlock it just to make sure that indeed
17   there was no intruder in the house.
18        Q.    There was no one inside the room, correct?
19        A.    There was not.
20        Q.    Did you have discussion with the officer inside
21   that room?
22        A.    I don't remember many words being said.  I do
23   remember sort of the little bit of the reaction once they
24   saw the quantity of firearms like oh, wow, or something
25   like that.  A little bit of shock but not real
```

Jon Luer
4/26/2018

Page 55

 1    discussion.

 2         Q.    When you say they, you just mean one officer?

 3         A.    The one person who accompanied me.

 4         Q.    Again, you don't remember who that officer was?

 5         A.    Do not.

 6         Q.    And other than the exclamatory statement, any

 7    further discussion in the gun room with the officer?

 8         A.    I don't recall any.

 9         Q.    After looking in the gun room then what

10    happened?

11         A.    Resecured the room and went back and joined the

12    others outside.

13         Q.    And then what happened?

14         A.    While I had been away there was some discussion

15    going on I was not privy to.  We had come back up, and I

16    believe I witnessed the very end of a sobriety test being

17    given to my son.  Wasn't there for the whole thing, just

18    joining towards the end.  It was apparent to me that they

19    did not at this point no longer believe my son to be the

20    perpetrator, that we were released to go back into our

21    house, and then the officers went out to have discussion

22    with the taxi driver which I was not privy to.

23         Q.    And why do you believe your son was a suspect?

24         A.    Well, he was -- he fit the rough age that was

25    initially identified as the -- that the cab driver had

Jon Luer
4/26/2018

1    said his passenger was.  So age wise was about right.

2    When he came out the front door he identified him

3    positively, so now there's two components to it.  It

4    starts to fall apart quickly thereafter, that he could

5    pass the sobriety test, didn't have the white hat, he was

6    witnessed coming home at this time.  And it just started

7    pretty rapidly, I think, becoming evident that they had

8    the wrong person.

9         Q.    But did the officers tell you that they thought

10   your son was the suspect?

11        A.    I don't remember them saying that.  There was a

12   conversation where they said just give this guy $55 and

13   we'll go away and pretend it never happened.  So that

14   would lend me to believe that they did believe my son was

15   the suspect, was guilty of the larceny.

16        Q.    Was there ever a point where the officers

17   stated to you or your wife or to Luca or the cab driver

18   that your son was not the suspect?

19        A.    I don't remember ever being told he was no

20   longer a suspect.

21        Q.    When you say a sobriety test was being

22   administered to Luca, can you describe that?

23        A.    I just saw the very end of it, and I believe it

24   was where you have the eyes trace a finger path.

25        Q.    So that Luca was being asked to follow the

Jon Luer
4/26/2018

Page 57

```
 1   officer's finger?

 2        A.    I just saw the very end of it.  It appeared to

 3   be the style of test that was being administered.

 4        Q.    Do you know what that's called?

 5        A.    Sobriety test?  No.

 6        Q.    Were there any other tests that you saw

 7   administered to Luca?

 8        A.    No, because I had separated from the rest.

 9            (Exhibit 10 was previously marked for

10   identification.)

11        Q.    (By Mr. Becker) This is Exhibit 10, previously

12   been marked.  And do you recognize this document?

13        A.    I have never seen it before up close.  It was

14   presented at the deposition on Tuesday.  I just saw it

15   from across the table.

16        Q.    That's the first time you seen this document?

17        A.    Correct.

18            (Exhibit 11 was previously marked for

19   identification.)

20        Q.    (By Mr. Becker) This is previously marked

21   Exhibit 11, and do you recognize that document?

22        A.    I do not.

23        Q.    Have you ever seen it before?

24        A.    No, sir.

25            (Exhibit 12 was previously marked for
```

Jon Luer
4/26/2018

1    identification.)

2        Q.    (By Mr. Becker) Previously marked Exhibit 12,

3    can you identify that?

4        A.    This is the front northward facing exposure of

5    my house.

6        Q.    And the vegetation immediately to the east of

7    the garage, what type of tree or bush is that?

8        A.    At the extreme left, the large leafed plant is

9    a Magnolia tree, very heavily foliaged all times of the

10   year.  And then the tall short-leafed plants that are

11   south of that immediately against the eastern garage wall

12   is bamboo.  There's a very heavy bamboo thicket there.

13       Q.    And no issues in July with the foliage?  It

14   doesn't wither or dry, either of those plants?

15       A.    They are extremely hardy year round plants.

16   Only in the winter does the bamboo turn a little bit

17   brownish color.

18       Q.    This photograph was taken by your attorney,

19   Jesse Steffan, correct?

20       A.    I believe it was.

21       Q.    It was taken in November 2017, correct?

22       A.    I could not say to the date it was taken.

23       Q.    But you believe it was November of 2017?

24       A.    She came to the house, I'm sorry I don't

25   remember when.

Jon Luer
4/26/2018

1        (Exhibit 13 was previously marked for

2   identification.)

3        Q.    (By Mr. Becker) Previously marked Exhibit 13,

4   and can you identify that photograph?

5        A.    This is an up-close view of the portal or the

6   entryway into the heavily wooded bamboo thicket that is

7   between our house and the house immediately to the east.

8        Q.    And is your garage to the west of this

9   photograph?

10       A.    It's to the right side of the photograph, and

11  the bamboo is also the plant you see to the right side.

12  To the left, the larger leaf, is the magnolia tree that

13  sits in front of the forward or leading edge of the

14  house.

15       Q.    As far as you know, is your neighbor's property

16  line depicted in this photograph?

17       A.    It is not.

18       (Exhibit 14 was previously marked for

19  identification.)

20       Q.    (By Mr. Becker) Previously marked Plaintiff's

21  Exhibit 14, and can you identify that photograph please?

22       A.    If you were to proceed down the walkway in the

23  Exhibit No. 13 and the walkway turns to the right and

24  faces southerly, then you would see this exposure.  This

25  would be the view, southern-looking view.  You see the

Jon Luer
4/26/2018

1    neighbor's house on the left.  Behind the bamboo on the

2    right would be the garage, but it is out of view.  And

3    then in the center there's a close line by wife uses to

4    hang her laundry up on.

5        Q.    And it looks like an air conditioner on the

6    left side of the photograph?

7        A.    Correct.  The conditioning compressing unit

8    belongs to our neighbor.

9        Q.    Where is the property line between your

10   neighbor and your home?

11       A.    What you're saying is mostly our property.

12   There is a row of stones in front of the air conditioning

13   compressor unit and almost aligned with the center, our

14   side of the stones is where the property line runs.

15       Q.    And then in the background of this photograph

16   is Parkway South Middle School, correct?

17       A.    That is correct.

18           (Exhibit 15 was previously marked for

19   identification.)

20       Q.    (By Mr. Becker) Previously marked Plaintiff's

21   Exhibit 15, and would you please identify that

22   photograph?

23       A.    Yes.  If you were to walk further down the

24   stone path, which is entirely on our property, in the

25   previous exhibit there is some large grasses there and

Jon Luer
4/26/2018

Page 61

1    there's a small frog pond there.  The path loops a little
2    bit around that and continues heading south towards the
3    school.  This is the view from the immediate other side
4    of that frog pond where the tall grasses are growing.  So
5    still facing south and you see the school athletic fields
6    in the background.  This is all our property.
7         Q.    And there is no fence for your backyard,
8    correct?
9         A.    That is correct.
10        Q.    And in roughly the center of the photograph,
11   Exhibit 15, a small wooden structure, is that a compost
12   pile?
13        A.    That's exactly what it is.
14        Q.    And then immediately to the right of that is
15   firewood, correct?
16        A.    There is some firewood, yes.
17        Q.    And the item to the right of that, is that a
18   chair?
19        A.    It's a folding chair leaned against a square
20   table.
21        Q.    And then all the way over to the right in front
22   of the fire pit, what is that item?
23        A.    That's just a piece of wood, a tree trunk about
24   2-foot tall, yet to be burned.
25        Q.    Was this photograph taken around the same time

Jon Luer
4/26/2018

 1   by your attorney?

 2        A.    All the photographs I've seen I believe were

 3   taken on the same day.

 4             (Exhibit 16 was previously marked for

 5   identification.)

 6        Q.    (By Mr. Becker) And previously marked

 7   Plaintiff's Exhibit 16, would you identify that

 8   photograph, please?

 9        A.    This is the man door entrance to the garage

10   from the outside.  This is immediately to the right of

11   where the folded clothes line, perhaps looks like an

12   upside down umbrella that was visible in one of the

13   previous exhibits, immediately to the right or the west

14   of that is where this door is located.

15        Q.    And the photograph depicts an exterior storm

16   door, correct?

17        A.    That's correct.

18        Q.    And then an interior solid door, but it appears

19   to have a window in it, correct?

20        A.    That's correct.

21        Q.    And that interior door swings into the garage,

22   correct?

23        A.    That's correct.

24        Q.    And it is standing open at roughly a 90-degree

25   angle in this photograph, correct?

Jon Luer
4/26/2018

Page 63

```
 1        A.    That's correct.
 2        Q.    Prior to going to sleep at night do you have a
 3   particular routine in regard to securing the house?
 4        A.    I do.
 5        Q.    And what is that?
 6        A.    There are three, at this time, three main doors
 7   to the outside, and we would go around and check and make
 8   sure they're all locked.  It's the front door.  It's the
 9   open door that you see here.  The outside door we don't
10   lock.  Then it's the sliding glass door that comes from
11   the back yard into the family room.  So we lock those and
12   then we go to bed.
13        Q.    When you say we check them, who do you mean?
14        A.    It depends who is the later one to go to bed.
15   This night I know I had gone around and I had secured --
16   about the time we sat down to watch a film, I had gone
17   and secured all three doors.  But it could be my wife if
18   she was after me.
19        Q.    I believe you testified at this time, I assume
20   referring to July 10, 2016, that there were three
21   separate entrances to the home that you would secure; is
22   that correct?
23        A.    That's correct.
24        Q.    Are there fewer now or more now?
25        A.    There's double layers of security now.  We now
```

Jon Luer
4/26/2018

Page 64

1   secure every night before we go to bed the door from the

2   garage to the kitchen.  That one used to always remain

3   open, and when my son would come home he could open the

4   garage door and come in that way.  He's not living at

5   home anymore.  He's away at school.  Seems like it's just

6   a best practice for security to go ahead and secure that

7   one now before we retire for the evening.

8        Q.    So at the time, July 10, 2016, you kept the

9   interior garage door unlocked, correct?

10       A.    That's correct.

11       Q.    And the sliding glass door, does it have a bar

12  that would prevent someone from sliding the door open?

13       A.    It does not.  That sliding door had recently

14  been replaced and upgraded, and we were told by the sales

15  person who sold us the door that we no longer needed to

16  use that extra line of security, that the more modern

17  doors have a much more rigid restraint system built into

18  them, so we retired that system.

19       Q.    So July 10, 2016, you did not have that bar; is

20  that correct?

21       A.    That's correct.

22       Q.    Looking back at Exhibit 16, the storm door,

23  does that door lock?

24       A.    It does.

25       Q.    And is there a keyhole depicted in the

Jon Luer
4/26/2018

1  photograph?

2      A.    I'm not sure.  I don't see a keyhole depicted

3  there.  The lock is a -- there's a bar that slides up and

4  down.  The bar is sort of parallel with the door panel

5  itself on the inside.  We rarely keep that door locked.

6  We normally rely on the second door to provide the level

7  of security.  This is more for animals.  We have pets in

8  the house and we want to make sure that they stay inside.

9  And it's also to keep flies and mosquitos from entering

10  too.

11      Q.    Then the night of the incident, do you

12  specifically recall securing the house?

13      A.    I do.

14      Q.    What time was that at?

15      A.    It would have been about 9:00.  My wife had

16  already gone in for the evening and I made the rounds and

17  secured the three doors in question.

18      Q.    Would you specifically describe those three

19  doors?

20      A.    The front door which has two locks to it, it

21  has a lock in the handle itself as well as a dead bolt.

22  Then I went to this door.  I only secured the lock in the

23  handle.  It does have a dead bolt.  I did not secure that

24  one.  The sliding door just has a single lock built into

25  it.  It's a lever that goes up.  It's either in the

Jon Luer
4/26/2018

Page 66

```
 1    upward or downward position.  It was in the downward
 2    position which is the locked position.
 3            (Exhibit 17 was previously marked for
 4    identification.)
 5        Q.    (By Mr. Becker) Handing you what's been
 6    previously marked as Exhibit 17.  Can you identify that
 7    photograph?
 8        A.    This is the doorway from the garage into the
 9    kitchen and the view is from the garage side.  So you're
10    looking at the exterior side of that door.
11        Q.    And the door in the photograph is completely
12    closed, correct?
13        A.    It is and this is the same door.  We haven't
14    changed it, that or the locks, exactly how it was that
15    night.
16        Q.    Is there an interior light switch -- strike
17    that.  Is there a light switch in the garage area to turn
18    the light on and off in the garage?
19        A.    There is.  It's obscured by this picture, but
20    if you could look at where the handle of the door is,
21    it's probably located about nine inches to the left of
22    that.
23        Q.    Thank you.
24            (Exhibit 7 was previously marked for
25    identification.)
```

Jon Luer
4/26/2018

1    Q.    (By Mr. Becker) Previously marked Exhibit 7 I'm

2  handing you.  Have you seen that document before?

3    A.    I have not.

4    Q.    After you made the complaint via the e-mail on

5  July 25, 2016, did someone from the county police contact

6  you?

7    A.    Sergeant Vaughn contacted me and we had a phone

8  conversation.  It was no written correspondence or

9  face-to-face correspondence.

10    Q.    So you spoke to Sergeant Vaughn on the phone?

11    A.    I did.

12    Q.    How long did that conversation last?

13    A.    I know it was late of the day.  I believe I was

14  still in the office, so maybe 6:00 at night and maybe ten

15  minutes.  I did not record the start or stop time or the

16  exact details of the conversation.

17    Q.    You're not recording this now; are you?

18    A.    No.  It's turned off actually so it doesn't

19  ring.

20    Q.    Just wondering.  Sergeant Vaughn was polite,

21  correct?

22    A.    He was.

23    Q.    Officer Clinton and Officer Selz, they were

24  polite also?

25    A.    Yes.  I only dealt with them that evening, but

Jon Luer
4/26/2018

 1   yes, they were both very polite.

 2        Q.    So back to the telephone conversation with

 3   Sergeant Vaughn, tell me what was said.

 4        A.    I expressed my concern that there were people

 5   in my house uninvited.  It's always a very scareful [sic]

 6   position to get out of bed and find strangers in your

 7   house.  I do recall him sort of saying that it's the

 8   county's -- it's their duty to protect us from bad guys.

 9   And I expressed that a lot of things just don't make

10   sense.  Why would a burglar take a taxi to my house.  He

11   responded we deal with people that are high on drugs or

12   drunk or mentally disabled and they see all kinds of

13   things that don't make sense.  That I found disturbing,

14   that he was justifying that away.

15        Q.    What was he justifying?

16        A.    The fact that the police officers had the right

17   to be in my house and it was for my own good that they

18   did this.  The most disturbing part of it was he made

19   light of the situation at the very end of our

20   conversation when I told him about my fear that had I

21   been armed, had I known intruders were in my house, I may

22   have come out armed not knowing who they were.  I'm

23   afraid if that would have happened the confrontation

24   would have ended badly.  And I think the badly would be,

25   you know, my son or myself, one or both of us ending up

Jon Luer
4/26/2018

Page 69

1    dead.  I said what would have happened if I would have

2    been killed, and he answered, well, then we would have

3    some explaining to do.  That really discouraged me.  He

4    was either making light of the situation or saying only

5    when I was dead would they have to answer for their

6    actions.

7         Q.    Why didn't you grab your handgun?

8         A.    I didn't realize the noises were emanating from

9    within the house, otherwise I would have put clothes on

10   and armed myself.

11        Q.    Were you thinking at the time when you first

12   heard the noises that it could be an intruder trying to

13   get in from the outside?

14        A.    No.  We were sleeping with open windows and we

15   thought it was maybe something with one of the neighbors

16   going on.

17        Q.    I think you testified that Luca went to sleep

18   at about 10:00; is that correct?

19        A.    He arrived home at 10:00.  We remained in front

20   of the television.  I assume he probably just made

21   himself ready for bed and went straight to bed.  Exact

22   order what he did after he went down the hall I can't

23   say.

24        Q.    From 10:00 to the time you fell sleep you do

25   not believe he left the home, correct?

Jon Luer
4/26/2018

```
 1      A.    That's correct.
 2      Q.    You do not recall specifically what the
 3 officers said in regard to waking up Luca, correct?
 4      A.    They asked me where my son was.  I told them
 5 he's in his room.  They asked me to retrieve him, which I
 6 did.  When they saw he wasn't dressed, they ordered him
 7 to put clothes on and accompany them outside.
 8      Q.    When you found out that no report was filed
 9 what did you think?
10      A.    There was a couple things that went through my
11 head.  I actually called twice thinking the first time
12 they just haven't gotten around to it yet.  I was
13 wondering at one time were they even real police
14 officers, but the one lady said yeah, somebody was
15 dispatched and they found nothing.  So then I knew at
16 least they were genuine police officers versus somebody
17 just coming in to scope out the house.  But then I
18 wondered why nothing was being filed, to have something
19 severe enough to justify coming into a person's house and
20 then also to have drawn weapons and hold somebody at gun
21 point, something just wasn't adding up over a $55 cab
22 fare.
23          I was really getting discouraged wondering is
24 something trying to hide this, somebody embarrassed by
25 activities.  I didn't know what was going on, but this
```

Jon Luer
4/26/2018

```
 1   had to be elevated, and that's why I went through the
 2   county process of filing the complaint.
 3        Q.    What dollar amount of damages are you seeking?
 4        A.    I don't know that I can specify what a dollar
 5   amount is.  I know the troubles that we had sleeping,
 6   especially the first couple nights afterwards.  I know my
 7   wife, she doesn't act like she did before.  She's still
 8   very jittery and skittish.  She now when I'm gone for
 9   business is pushing furniture in front of the doors.  We
10   put an alarm system in the house because of this.  So we
11   don't feel that level of confidence in the police that
12   you always grow up having respect for, they're there for
13   you, and now we feel like there's a fear factor that
14   comes from within.  I think that I'm not one to try and
15   figure out what's a dollar amount to that.
16        Q.    And what is your fear of the police
17   specifically?
18        A.    I was brought up a very law and order type
19   individual having a lot of respect for first responders
20   of all kinds, even to the point that I wanted to go into
21   the military myself and join those ranks, always holding
22   them to the highest standards, somebody that the public
23   would be very proud of.  And now I don't know that I have
24   that.  Now when a police officer confronts me, I realize
25   that they're people too, that they make mistakes too, and
```

Jon Luer
4/26/2018

 1   you just got to hope that you're not a victim of one of

 2   those mistakes.

 3        Q.    I know you testified about your ROTC time.  Any

 4   other military service?

 5        A.    No, just those three years.

 6        Q.    And once Officer Clinton and Officer Selz left

 7   your home you and Officer Clinton shook hands, correct?

 8        A.    Possibly.  I don't remember.  It was very

 9   cordial interaction with one another.  I was not

10   belligerent or confrontational, and it seemed like they

11   were just interested in moving on and keeping as low key

12   as possible, would be my take on it.

13        Q.    And when you say cordial, the officers were

14   cordial too, correct?

15        A.    They were.

16        Q.    When they left you thanked them, correct?

17        A.    I don't remember thanking them.  I remember a

18   relief, after we looked through the house, that there was

19   no bad person in there.

20        Q.    And Luca is in college in Passau, Germany,

21   right?

22        A.    Yes.

23        Q.    Is that near Munich?

24        A.    About an hour east of Munich.  It's right on

25   the Austrian border.

Jon Luer
4/26/2018

1    Q.    Small town?

2    A.    Yes.

3    Q.    Do you expect him to come to the trial to

4    testify?

5          MR. PRAISS:  Object to the form of the

6    question.

7    A.    If it would mean taking him away from his

8    studies, no.  He is in the country twice a year.  He's

9    not an American citizen.  He's on a green card.  He was

10   just here last month for three weeks.  Six months he'll

11   be back again, and then I expect six-month cycles

12   thereafter.

13   Q.    So do you believe -- as you sit here today you

14   don't believe he's going to attend the trial?

15         MR. PRAISS:  Object to the form of the

16   question.

17   A.    I don't believe he'll attend the trial because

18   I think it's scheduled to take place while classes are in

19   session.

20   Q.    (By Mr. Becker) And what is his major at

21   Passau?

22   A.    Media and communications.

23   Q.    When Luca was selling Welk Luxury Resort

24   traveling packages during in the summer where was his

25   base of operations?  Out of his house or where?

Jon Luer
4/26/2018

Page 74

 1        A.     No.  I don't think he was doing it this summer.
 2   I think that was last summer he was doing that.  So that
 3   was just a part-time job for him between his studies.
 4   They had a headquarter office in the vicinity of Union
 5   Station.  I'm not sure which of the buildings associated
 6   with Union Station or the suite.  And then they would
 7   have people go to the field to sell these, and that field
 8   could be going to six flags, there or working out of
 9   kiosks at a variety of the different shopping malls
10   around the area.
11        Q.     You've indicated that you received a warning
12   for speeding on Big Bend in December of 2017, correct?
13        A.     I did.
14        Q.     And what police department was that from?
15        A.     St. Louis county.
16        Q.     Did you actually receive a written warning or
17   just a verbal warning?
18        A.     It was a written warning.
19        Q.     And how was that encounter?
20        A.     It was very cordial.
21        Q.     Did you bring it with you?  May I?
22        A.     I've never had one before.  I found it
23   interesting.
24        Q.     Would you mind if I had a copy of that today?
25   Is that okay?

Jon Luer
4/26/2018

```
 1        A.     Sure.

 2        Q.     Thank you.

 3               MR. PRAISS:  You want us to make a copy of

 4   this for you?

 5               MR. BECKER:  Please.

 6        Q.    (By Mr. Becker) Getting close to the end here.

 7   Why don't we take another short break and then I think

 8   I'll wrap up.  Off the record.

 9                    (A short break was taken.)

10        Q.    (By Mr. Becker) Back on the record.  We took a

11   short break and we're back on the record.  Mr. Luer,

12   prior to July 10, 2016, did you have any contact with a

13   police officer?

14        A.     These two in specific?

15        Q.     No, any police officer.

16        A.     I've had several contacts through my life with

17   police officers, being pulled over for minor traffic

18   violations.  When I worked for the highway department

19   they had a lot of shared resources with the state highway

20   patrol, so I had very close relations with some of them

21   that would attend various credit union meetings and other

22   things.

23        Q.     Prior to July 10, 2016, any negative contact

24   with the police department?

25        A.     I go back to my teenage years, yes.
```

Jon Luer
4/26/2018

```
 1        Q.    Just briefly describe that.
 2        A.    I would say there were two instances.  One of
 3   them -- high school both times.  The jurisdiction was
 4   city of Crestwood, and they had pulled myself over.  I
 5   was with another friend of mine in high school, was
 6   cruising around, must have thought we were up to no good,
 7   and they stopped us, searched the car, found nothing and
 8   ending up letting us go.  In the meantime they excused us
 9   of trying to run them over and other kinds of things.
10   That was very distressing.
11        Q.    Any other negative contact?
12        A.    Yes, also high school years, Jack In The Box
13   restaurant, St. Louis county police officer down 55 and
14   Telegraph Road, I believe there were St. Louis county
15   police officers working there probably maybe in security.
16   I'm not sure why they were there.  There was a
17   confrontation with a patron who was maybe just getting
18   disgruntled.  And the police showed up, lights and
19   sirens.  They ended up taking the person away.
20            I, sitting in a corner with some of my friends,
21   walked over to one of the uniformed officers to volunteer
22   my name as a witness to what happened because I didn't
23   know being plain clothed exactly who was a police officer
24   or not at that point.  But from what we saw we wanted to
25   give our names, and we were threatened with arrest if we
```

Jon Luer
4/26/2018

1    didn't immediately leave the premises.

2        Q.    Anything else?

3        A.    Those would be the two what I would call

4    negative instances.

5        Q.    And when you left ROTC you didn't receive a DD

6    214; did you?

7        A.    No, those are only for people that receive

8    commissions or active.  I was never on the payroll,

9    otherwise I probably would have.

10       Q.    Since July 10, 2016, other than the contact

11   with Sergeant Vaughn and Officer Ming with the warning,

12   have you had any contact with the police after that?

13       A.    I don't believe I have.

14       Q.    And why did you give permission for the officer

15   to look in Luca's room?

16       A.    They were looking for a white hat that was

17   reportedly being worn by the person of interest.  This is

18   where he was.  He came in, as you can see here, he just

19   opened up his suitcase and scattered everything around.

20   If he had been wearing a white hat I'm sure it would have

21   been laying on the mounds of other clothes he had around.

22   It was a good opportunity to find out if indeed this was

23   the person they were looking for.

24       Q.    They did not find a white hat; did they?

25       A.    They did not.

Jon Luer
4/26/2018

```
 1        Q.    As far as you know Luca was not intoxicated,
 2   correct?
 3        A.    As far as I know he was not.
 4            (Exhibit 24 was marked for identification.)
 5        Q.    (By Mr. Becker) So I'm handing you Exhibit 24.
 6   It's a photograph produced by you through discovery.  Can
 7   you describe that photograph?
 8        A.    This is standing at the entryway to the
 9   basement.  The door that's barely visible on the right
10   side, you can see the doorjamb around there, this is the
11   kitchen and looking down the stairs into the unlit
12   basement.  If you were to enter through the garage door
13   that we talked about earlier, you would take two steps
14   and you would be standing right at this very point.
15        Q.    Is the basement finished?
16        A.    It has a finished room and that's it, just a
17   single room that's fully finished.  There's a storage
18   room that's unfinished.
19        Q.    Is there a light switch anywhere at the top of
20   the stairs here?
21        A.    Yes, it looks like there's a rag or something
22   wedged in the left bannister and immediately above that
23   rag on that left bannister is the light switch.
24            (Exhibit 25 was marked for identification.)
25        Q.    (By Mr. Becker) And then this is Exhibit 25,
```

Jon Luer
4/26/2018

1   also a photograph produced by you through discovery.

2   Would you identify what's depicted in the photograph?

3       A.    This is the hallway where the confrontation

4   took place.  The viewpoint of the person taking the

5   photograph is roughly the same position where the two

6   officers were standing looking in the same direction the

7   two officers were standing.  At the end of that T hallway

8   there's that round mirror with some decorative on it, and

9   I was standing down there facing back in the direction of

10  the person taking the photograph.

11      Q.    How far from the mirror were you standing?

12      A.    I was in the middle hallway.  It's just about a

13  3 foot wide hallway, so I'm going to say a foot, foot and

14  a half in front of the mirror towards the person taking

15  the picture.

16      Q.    When you first saw the officers you were

17  standing about a foot and a half from that mirror?

18      A.    From that, yes, right in the center of that T

19  that you see in the photograph.

20      Q.    Would the location of the officers be depicted

21  in this photograph, Exhibit 25?

22      A.    They would -- from this photograph I would say

23  they could be the one taking the picture.  It's that

24  precise to where they were standing.  That's about an

25  8-foot long hallway, by the way.

Jon Luer
4/26/2018

Page 80

1    Q.    Thank you.

2          (Exhibit 26 was marked for identification.)

3    Q.    (By Mr. Becker) Exhibit 26, also a photograph

4    produced by you, would you describe what's depicted in

5    that photograph?

6    A.    Going backwards from where the point of view of

7    Exhibit 25, you would be entering into our family room.

8    This picture is pretty much not exactly but very close to

9    the center of that family room.  So looking forward you

10   see the hallway, but to the rear of the observer would be

11   another doorway into the kitchen.

12   Q.    And if you were standing in the location where

13   you first saw the officers that night would you be

14   depicted in this photograph?

15   A.    I would.  Not completely, but at least my left

16   side would be.

17   Q.    Would the location of the officers be depicted

18   in this photograph when you first saw them?

19   A.    Yes, it would.

20   Q.    Where would they have been standing when you

21   first saw them?

22   A.    They were standing about in the -- the center

23   of this picture is where the hallway begins, and they're

24   standing right at the beginning of the hallway facing to

25   the west down towards that mirror you saw before, and I

Jon Luer
4/26/2018

1  would have been standing the opposite side in that
2  hallway.
3      Q.    Would they have been east of the lamp depicted
4  in the picture?
5      A.    That's correct.  They would -- west, they would
6  be west of the lamp depicted in the picture.  The lamp
7  would be behind them.  The kitchen light would be behind
8  them.
9      Q.    Thank you.
10         (Exhibit 27 was marked for identification.)
11     Q.    (By Mr. Becker) And then Exhibit 27, another
12  photograph, what does that depict?
13     A.    That's almost an identical picture of Exhibit
14  No. 25, maybe a little bit more advanced as you begin
15  down the hallway.  It's a little more tighter view, but
16  you do see the intersection T of the hallway.  The center
17  bedroom would be straight ahead if you could go straight
18  through that wall.  The master bedroom would be down the
19  hall to the left, the two bathrooms down the hall to the
20  left, and then the third empty bedroom down the hall to
21  the right.
22     Q.    Is this the doorway to Luca's bedroom?
23     A.    No, that's sliding doors to a closet where
24  linens are stored.
25     Q.    Is the door to Luca's bedroom depicted in this

Jon Luer
4/26/2018

 1    photograph?

 2         A.    It is not.

 3         Q.    And the wall to the right on the photograph,

 4    what is that the wall of?

 5         A.    That is a common wall, the other side of that

 6    being the living room.

 7         Q.    How about this wall to the left?

 8         A.    The wall to the left, that's closet area and on

 9    the other side of the closet is the first bathroom.  It's

10    the common bathroom.

11              (Exhibit 28 was marked for identification.)

12         Q.    (By Mr. Becker) And then Exhibit 28, identify

13    what's depicted in that photo, please.

14         A.    This is again behind our house standing in our

15    yard but not too far from the property line facing south

16    with the Parkway South Junior High School parking lot in

17    the background.  We previously looked at a compost pile,

18    a square wooden structure.  This picture, my estimation

19    is the person taking this picture is probably standing

20    immediately adjacent to that square wooden frame compost

21    pile.

22         Q.    In the photograph by my thumb there's a very

23    faint thin green line going across.  Do you see that?

24         A.    I do.

25         Q.    Is that something just in the photo reprint or

Jon Luer
4/26/2018

```
 1    is that some type of wire going across your backyard?

 2        A.    There is no wire going across the backyard.  I

 3    think it's just in the quality of the printer itself.

 4              MR. BECKER:  No further questions.

 5              MR. PRAISS:  I do have a few follow-up

 6    questions.

 7                        CROSS-EXAMINATION

 8    BY MR. PRAISS:

 9        Q.    First, Mr. Luer, I'm going to show you what I

10    believe is a compilation of all the photographs that have

11    been marked as exhibits so far.  For the record that's

12    Plaintiff's Exhibit 12, 13, 14, 15, 16, 17, and today we

13    have 24, 25, 26, and 27.  Am I correct the attorney from

14    the ACLU came to your house to take these pictures?

15        A.    Ms. Steffan, yes.

16        Q.    Do you believe that all these pictures

17    accurately represent the condition of both the outside of

18    your house and the inside of your house as of July 2016

19    when the incident took place?

20        A.    They very closely represent -- we've had a

21    change of flooring in the kitchen and family room.  Other

22    than that you would find the furniture, shrubbery,

23    everything else to be very similar.

24        Q.    Obviously the only difference being that events

25    took place around 3:00 in the morning and it would have
```

Jon Luer
4/26/2018

1    been dark outside, correct?

2        A.    That's correct.

3        Q.    Now if I can go through a few of the pictures

4    and I have some more specific questions.  On Exhibit 13,

5    again can you just for the record describe exactly where

6    that is with respect to the front of your house,

7    Plaintiff's Exhibit 12?

8        A.    If you were to walk behind the vehicle parked

9    in the driveway, that is an entryway.  It's a walkway.

10   It makes a 90-degree turn.  It's a very heavily vegetated

11   area with a defined pathway through it, and that

12   vegetation is something that we use as part of our

13   privacy.

14       Q.    Let me, first of all, ask you a question.  The

15   walkway, is that something that you yourself put during

16   the time you've lived in the house?

17       A.    Yes, my wife and I built that ourselves.

18       Q.    Approximately when do you think you did that?

19       A.    2013 or '14.

20       Q.    Okay.  Is the entire pathway shown on

21   Plaintiff's Exhibits 13, 14, and continuing on 15?  That

22   pathway, is that the same pathway that you put in?

23       A.    It is a pathway.  There's a little serpentine

24   path which it takes.  It doesn't have a whole lot going

25   around the frog pond that's out there.  Has a little bit

Case: 4:17-cv-00767-NAB  Doc. #: 145-1  Filed: 05/18/22  Page: 85 of 119 PageID #:
2199
Jon Luer
4/26/2018

Page 85

1    of a deviation in it.  That's completely on our property.

2    As a matter of fact our property line extends actually

3    slightly to the east of that.

4        Q.    Let me go back to testimony you just gave with

5    respect to Exhibit 13.  There is a lot of vegetation, but

6    there appears to be like the pathway goes through a

7    covered archway.  Is that a fair description?

8        A.    Yes.

9        Q.    Was there intent by you and your wife when you

10   designed the pathway -- what was your intent?

11       A.    At the other end of the pathway we put a

12   clothes line specifically where it wouldn't be obnoxious

13   view to anybody.  We didn't want it way out back where

14   people would see it.  We sort of tucked it between the

15   houses and then also having an obscured view from the

16   street with the magnolia tree and the bamboo, providing

17   the ability to hang our laundry out without people seeing

18   our dirty laundry.

19       Q.    Plaintiff's Exhibit 16 is the storm door, the

20   entrance to the garage, correct?

21       A.    Yes.

22       Q.    Can you see the storm door from Plaintiff's

23   Exhibit 13?

24       A.    No, you cannot.

25       Q.    Can you see it from Plaintiff's Exhibit 14?

Russo Reporting, LLC
314-346-0141

Jon Luer
4/26/2018

Page 86

```
 1       A.    No, you cannot.
 2       Q.    Okay.  When you're standing -- if someone is
 3  standing on the pathway -- strike that.  If you walk down
 4  the pathway shown in Plaintiff's Exhibit 14, at what
 5  point would you be able to see Plaintiff's Exhibit 16?
 6       A.    You would have to be where that folded clothes
 7  line is before you would see it.
 8       Q.    If somebody was standing on the pathway and
 9  maybe a foot on the grassy area, would that be -- would
10  the person be standing on your property line?
11       A.    Yes, they would.
12       Q.    How far does your property line go?
13       A.    At the end of the photograph there is some
14  vegetation that's shown, a little bit taller vegetation.
15  That's actually an end view of a line of shrubbery.  That
16  entire hedge is on our property.
17       Q.    How far is the pathway from the garage in your
18  house?
19       A.    There's about a 5-foot width of bamboo, the
20  pathway is about another 3-foot in width, and our
21  property line is another foot or two off of that.
22       Q.    So how many feet was the bamboo you said?
23       A.    Five.
24       Q.    So about 6 feet or 8 feet you would be at the
25  pathway away from the house; is that fair?
```

Jon Luer
4/26/2018

Page 87

```
 1        A.    So 8-foot would put you to the other edge of
 2   the pathway, the eastern edge, and then the property line
 3   is another couple foot down.
 4        Q.    Perfect.  Is everything shown on Plaintiff's
 5   Exhibit 16 on your property?
 6        A.    Exhibit 15?
 7        Q.    15.
 8        A.    That is, and here you can see a little bit of
 9   that hedge row, privacy hedge row on the left side of the
10   pathway.
11        Q.    You don't have a fence?
12        A.    Do not.
13        Q.    Does the vegetation serve almost as a purpose
14   of the fence?
15        A.    It's a privacy fence.  We don't use chain link
16   fence because it doesn't provide privacy.  We want to
17   allow openness for animals to go through.  We like to
18   have a very nature friendly yard, so we want to have all
19   the greenery but at the same time having privacy without
20   inhibiting movement of deer and other animals.
21        Q.    There was some testimony about I believe kind
22   of what you described as your routine in terms of
23   securing doors to the house.  Do you recall that?
24        A.    Yes.
25        Q.    I want to make sure that that testimony is very
```

Jon Luer
4/26/2018

 1  clear in terms of that, what exactly transpired on the
 2  night in question.  With respect to -- I don't want to
 3  focus specifically on the doors at issue, so I'm not
 4  looking at the front door to the house or the back
 5  sliding door.  I'm only interested in the entranceway to
 6  the garage and from the garage to the house.  What do you
 7  recall was your -- what steps you took to secure the
 8  doors that night, or your wife?
 9      A.    We had been -- earlier in the evening we had a
10  fire in the fire pit.  My wife had gone inside.  I had
11  smoked a cigar.  It had gone out.  I thought we were done
12  for the evening.  So I had entered the house and secured
13  the doors.  She had gone back outside.  She wanted to sit
14  outside for a little bit more.  She had gone back out
15  through this door and unlocked a previously secured door.
16      Q.    Let me stop you.  When you say this door, which
17  door are you referring to?
18      A.    This is the garage door.
19      Q.    Shown on Plaintiff's Exhibit 16?
20      A.    Correct.  There's two doors there.  The one
21  that is opened, it's my belief that my wife not only went
22  out through this door and unlocked it, that she opened it
23  and left it in the same position as it is shown in that
24  exhibit where it's opened in a 90-degree open angle.
25  Then she went out the door -- the other door closes, it's

Jon Luer
4/26/2018

 1    on a hydraulic closer.  It closed.  And then we went back
 2    in for the night, and I didn't think to go back through
 3    this door and secure it a second time knowing I had
 4    already secured the premises once.
 5         Q.    Is that when after you had the fire pit and you
 6    were inside the house, you watched a movie you mentioned
 7    earlier?
 8         A.    Correct.
 9         Q.    Let me go back to a couple details.  It's your
10    understanding that after your wife came back in she
11    entered through the door shown on Plaintiff's Exhibit 16?
12         A.    Uh-huh.
13         Q.    The outside door, we'll call that the storm
14    door, you mentioned it has a hydraulic unit to it?
15         A.    It has a hydraulic closer.
16         Q.    In your experience has that door ever remained
17    ajar for any reason?
18         A.    Not on its own.  It's actually fairly new and
19    all the equipment and hardware is fairly new and it was
20    functional then and is very functional still to this day.
21         Q.    Do you have any reason to believe it would have
22    been ajar on the night in question?
23         A.    That's not logical.  It would have to be
24    manually propped ajar because everything is functional.
25         Q.    Do you have any reason to believe that you or

Jon Luer
4/26/2018

1    your wife manually propped the storm door open that

2    night?

3         A.    There would be no reason for us to prop any of

4    the doors open because we would be concerned about

5    animals exiting the house.  We have cats.

6         Q.    On the night in question your understanding is

7    that the external storm door would have been completely

8    shut?

9         A.    Yes.

10        Q.    But the interior door to the garage your wife

11   could have left open?

12        A.    Not only unlocked but completely opened in the

13   same position the picture depicts.

14        Q.    I now want to focus on what's shown in

15   Plaintiff's Exhibit 17.  Am I correct that's the view

16   from the garage looking into the house?

17        A.    Correct.

18        Q.    What steps do you normally take -- strike that.

19   The night in question what steps did you take, if any, to

20   secure that door?

21        A.    This door at this time was not part of our

22   normal lock door procedure, but we do check to make sure

23   doors are closed.  And before we went to bed -- before I

24   went to bed I know I went around turning off lights in

25   the house and making sure the doors were closed, front

Jon Luer
4/26/2018

Page 91

```
 1    and back locked.  But this one when I'm standing at the
 2    range in the kitchen, there's a range hood with a light
 3    on it and I'm turning that off.  Just glancing to the
 4    left I see this door from the other side, and I could see
 5    that it was closed.  And that's all I did.  I didn't
 6    check it for locking.
 7        Q.    When did you -- the steps you just described in
 8    terms of checking the kitchen area, turning off the light
 9    on the range, and looking at the door shown on
10    Plaintiff's Exhibit 17, when did that take place?
11        A.    I don't remember when we went to bed.  The
12    movie was over I'm guessing 11:00 or 12:00.
13        Q.    Before going to bed that's the last steps you
14    took?
15        A.    (The witness nodded.)
16        Q.    Do you have any reason to believe that when you
17    went to bed on the night in question that the door from
18    the garage to the kitchen shown on Plaintiff's Exhibit 17
19    was completely closed?
20        A.    That is my understanding, and since I was the
21    last one going to bed there shouldn't be anybody behind
22    me.
23        Q.    Okay.  I'll show you Plaintiff's Exhibit 27.
24    Am I correct this is the hallway from your kitchen living
25    room area to the bedrooms?  Is that a fair description?
```

Jon Luer
4/26/2018

1      A.    That's correct.

2      Q.    Your bedroom is to the right side?

3      A.    To the left.

4      Q.    To the left?

5      A.    Yes.

6      Q.    Your son's bedroom?

7      A.    It's directly ahead, but the door to enter it

8   you have to turn right into the hallway on that cross of

9   the T and then immediately to the left you go into the

10  door.

11     Q.    You mentioned a few times where your son's bed

12  is.  Would it be literally in the center of the picture?

13     A.    That's correct.  His bed was, at that time,

14  oriented to where the headboard -- he didn't have a

15  headboard, but if he had one it would be solid against

16  that wall immediately on the other side.

17     Q.    Where is the doorbell, the actual ringer

18  mechanism in the house?

19     A.    It's actually shown in the photograph, upper

20  center.  There's a air return vent, part of the air

21  conditioning system.  Immediately behind that is the

22  bell.

23     Q.    Top right corner next to the air vent?

24     A.    That's it.

25     Q.    How many feet would you say it is distance from

Jon Luer
4/26/2018

Page 93

```
 1   that doorbell ringer mechanism to where your son sleeps?
 2        A.    Four and a half feet.
 3        Q.    How far is it to where you and your wife sleep?
 4        A.    Our headboard is on the exterior wall.  I'm
 5   going to guess 18 feet.
 6        Q.    Do you have any reason to believe that that
 7   doorbell mechanism ringer unit was not operating and
 8   functioning correctly on the date of the incident?
 9        A.    We know it was functioning because we tested it
10   that night and since.
11        Q.    Now, there was some testimony by you about the
12   fact that you have some hearing loss with respect to, if
13   I took notes correct, when it's over 3,000 hertz,
14   correct?
15        A.    Yeah, frequency.
16        Q.    Do you have an understanding what wave length
17   in hertz magnitude the doorbell ringer mechanism is?
18        A.    That's actually a multi-chime mechanism, so
19   you're going to find it doesn't operate just at a single
20   one but between 800 and 1400 hertz.
21        Q.    Do you have any problem hearing the doorbell
22   normally?
23        A.    None at all.
24        Q.    From your experience do you think it's likely
25   -- strike that.  From your experience do you think it's
```

Jon Luer
4/26/2018

Page 94

```
 1   plausible that the officer rang the doorbell on one or
 2   two occasions that evening and that neither you, your
 3   wife, or your son Luca heard it and were awoken by it?
 4               MR. BECKER:  Objection, calls for
 5   speculation on the part of the two other witnesses, and
 6   asked and answered that the witness already testified he
 7   didn't hear a doorbell ring.
 8       Q.   (By Mr. Praiss)  My question is asking whether
 9   they actually rang a doorbell.  Do you think it's
10   possible that the officers, as they claim, rang a
11   doorbell and that you did not hear it that night?
12               MR. BECKER:  Same objection, and also calls
13   for speculation.
14       A.   I can't answer for other people.  I'll just
15   answer for myself.  I have no problem hearing that
16   doorbell anywhere in the house, but it's possible I slept
17   through it.
18       Q.   (By Mr. Praiss)  I want to direct your
19   attention to what was previously marked Plaintiff's
20   Exhibit 9, and if you don't mind let me find my copy in
21   my pile here a second.  You prepared this approximately
22   how many days after the incident in question?
23       A.   Two.
24       Q.   Okay.  So the events were very recent and fresh
25   in your mind?
```

Jon Luer
4/26/2018

Page 95

```
 1      A.    They were.  I began by just jotting down some
 2   notes, and then by the time I sat down on a computer with
 3   the word processor it was now up to two days.
 4      Q.    If you want, if you take the time to read it if
 5   necessary, but my question is do you believe sitting here
 6   today that all the information contained in Plaintiff's
 7   Exhibit 9 under the comments submitted are truthful and
 8   accurate?
 9      A.    I was very careful to make sure that I believed
10   100 percent of what I was writing.  If I was speculating
11   or wasn't sure, that I would also make that clear at the
12   same time.  So there's no exaggeration at all on my part.
13      Q.    On the second page of this document there is
14   about five lines down some sentences that I'm going to
15   read into the record.  "The police told me that someone
16   who identified our house as his father's home took a cab
17   ride from downtown St. Louis to our house."
18      A.    Uh-huh.
19      Q.    Do you recall when that statement was made to
20   you?
21      A.    Out on the driveway.
22      Q.    Do you recall at that time, were you out there
23   with your wife and your son?
24      A.    We were all outside at that time.
25      Q.    Were you with one or both police officers at
```

Jon Luer
4/26/2018

Page 96

1    the time?

2        A.    Both.

3        Q.    How far away was the taxicab driver at that

4    time from you?

5        A.    He was not in our immediate proximity.  I'm not

6    sure if he returned back to the end of the driveway or

7    had gone back to sit in his car.

8        Q.    It continues, "The police also stated that the

9    customer did not know the exact address of our house

10   since he misidentified the street as Amsterdam, not Van

11   Loon."

12       A.    That's correct.

13       Q.    Is that statement accurate?

14       A.    That is.

15       Q.    The following -- the next two sentences there,

16   "When passing our house he pointed to it telling the

17   driver to stop saying that this is the house and that it

18   is his father's white truck parked in front of it."  Did

19   you have a white truck parked in front of your house?

20       A.    We did.

21       Q.    Do you own that white truck?

22       A.    We do.

23       Q.    "The customer not having the $55 fare said he

24   was going to get the money from his father."  It

25   continues, "The taxi driver did not see this person enter

Jon Luer
4/26/2018

```
 1    our house but instead saw him disappear around the house.
 2    The frustrated cab driver called the police."
 3              All that information I just read, was that all
 4    communicated to you by either Officer Selz or Officer
 5    Clinton?
 6         A.    Yes, it was.
 7         Q.    Do you recall which one of them, by any chance?
 8         A.    No, I don't.
 9         Q.    But you have no doubt that you learned that
10    information the police officers standing outside that
11    night?
12         A.    Yes.
13         Q.    Did you ever have any conversations with the
14    cab driver?
15         A.    No.
16         Q.    You're 100 percent sure the cab driver did not
17    provide you this information?
18         A.    I'm sure.
19         Q.    You did not know it on your own?
20         A.    No, I don't.  I recall that the cab driver made
21    a couple calls to the closest jurisdiction before he got
22    the right one.  And that's also information I learned
23    from the police officers.
24         Q.    A couple more questions.  Back to I think let's
25    use Exhibit 25, I think.  You described previously where
```

Jon Luer
4/26/2018

Page 98

1    you were standing with respect to Exhibit 25 and where

2    the police officers were.  At the time that you turned

3    the corner and you for the very first time saw the two

4    officers, I want to be very clear, how were their guns

5    pointed at that time?

6         A.    They were in their right hand, I believe arm

7    extended, pointed directly at me.

8         Q.    Did the officers at anytime -- strike that.

9    Did the officers take the time to check every room in

10   your house to secure that there wasn't a burglar there?

11        A.    They did not.

12        Q.    Which rooms did they not check to your

13   knowledge?

14        A.    Very positively they checked neither of the

15   bathrooms.  They did not check the master bedroom, and I

16   don't believe they even checked the spare bedroom which

17   is the northern most bedroom.

18              MR. PRAISS:  No further questions.  Thank

19   you.

20              MR. BECKER:  No further questions.

21

22

23

24

25

Jon Luer
4/26/2018

Page 99

1   7th day of May, 2018.

2

3   ACLU of Missouri Foundation
    Omri E. Praiss, Esq.
4   906 Olive Street
    Suite 1130
5   St. Louis, MO 63101

6   Re:  Jon Luer and Andrea Steinebach vs. St. Louis County,
    Missouri, Michael Clinton, and Benjamin Selz
7

    Dear Mr. Praiss:
8
    Enclosed please find a copy of the transcript of Jon
9   Luer's deposition testimony given on April 26, 2018, in
    the above-captioned matter.  I understand you would like
10  him to read and sign the transcript.

11  After he has reviewed the transcript and made any
    necessary corrections on the deposition correction sheet,
12  please have him sign the original signature page in the
    presence of a notary public and forward it, along with
13  the correction sheet, to Carl Becker.

14  If you have any questions regarding this matter, please
    do not hesitate to contact me at (314)346-0141.

15

    Sincerely,
16

17

    Karen M. Russo, CCR, RPR
18

    Enclosures
19  Cc:  All counsel present at deposition

20

21

22

23

24

25

Jon Luer
4/26/2018

```
 1                      JON LUER
 2
                DEPOSITION CORRECTION SHEET
 3
     IN RE:  Jon Luer and Andrea Steinebach vs. St. Louis
 4   County, Missouri, Michael Clinton, and Benjamin Selz
 5   Upon reading the deposition and before subscribing
     thereon, the deponent indicated the following changes
 6   should be made:
 7   Page         Line        Should read:
       Reason assigned for change:
 8
 9   Page         Line        Should read:
       Reason assigned for change:
10
11   Page         Line        Should read:
       Reason assigned for change:
12
13   Page         Line        Should read:
       Reason assigned for change:
14
15   Page         Line        Should read:
       Reason assigned for change:
16
17   Page         Line        Should read:
       Reason assigned for change:
18
19   Page         Line        Should read:
       Reason assigned for change
20
21
22           _____
                 Signature of Deponent
23
24
25
```

Jon Luer
4/26/2018

```
 1

 2
    STATE OF _____)
 3                             )
    COUNTY OF_____)
 4

 5

 6
         I, Jon Luer, do hereby state that the foregoing
 7  statements are true and correct, to the best of my
    knowledge and belief.
 8

 9

10
                    _____
11                        JON LUER

12

13
         Subscribed and sworn to before me this _____ day of
14  _____, 2018.

15

16
                    _____
17                      Notary Public

18
    My commission expires:
19

20

21

22

23

24

25
```

Jon Luer
4/26/2018

1                       C E R T I F I C A T I O N

2              I, Karen M. Russo, Certified Shorthand Reporter,

3       within and for the State of Missouri, DO HEREBY CERTIFY

4       that pursuant to notice/agreement between the parties,

5       the aforementioned witness came before me at the time and

6       place hereinbefore mentioned, and having been duly sworn

7       to tell the whole truth of the witness's knowledge

8       touching upon the matter in controversy aforesaid; that

9       the witness was examined on the day, and said examination

10      was taken in shorthand and later reduced to printing;

11      that signature by the witness is not waived and said

12      deposition is herewith forwarded to the taking attorney

13      for filing with the Court.

14              IN WITNESS WHEREOF, I have hereunto subscribed my

15      name this 7th day of May, 2018.

16

17

18                          _____

19

20                          Karen M. Russo, CSR, RPRs

21

22

23

24

25



Jon Luer
4/26/2018

## A

**a.m** 35:2
**abilities** 14:22
**ability** 7:17 8:1 41:14 85:17
**able** 7:22 42:19 86:5
**ABNA** 15:1 16:3 18:1
**above-captioned** 99:9
**accent** 31:3,4
**accents** 31:4
**access** 52:16
**accessible** 39:11 54:3
**accommodation** 9:12
**accompanied** 52:8 53:14 55:3
**accompany** 45:17 49:2 70:7
**account** 47:8
**accredited** 13:12
**accurate** 47:2 95:8 96:13
**accurately** 83:17
**acknowledged** 39:2
**ACLU** 2:14 3:3 8:12 10:10,15 11:8 83:14 99:3
**acquisition** 23:7
**act** 71:7
**acted** 47:15
**action** 47:17
**actions** 69:6
**active** 21:24,25 23:3 77:8
**activities** 70:25
**actual** 92:17
**Adam** 12:3
**adding** 70:21
**address** 96:9
**adjacent** 82:20

**administered** 56:22 57:3,7
**advanced** 81:14
**affiliated** 19:12,12 51:10
**aforementioned** 102:5
**aforesaid** 102:8
**afraid** 68:23
**afternoon** 6:19
**age** 5:8 11:25 55:24 56:1
**agencies** 15:6
**aggregates** 18:5
**AGREED** 5:2
**ahead** 49:8 64:6 81:17 92:7
**aids** 27:6,11
**air** 60:5,12 92:20 92:20,23
**airguns** 25:5,6
**airport** 25:24 33:24
**ajar** 89:17,22,24
**alarm** 71:10
**aligned** 60:13
**allow** 87:17
**allowed** 52:16
**allows** 20:2
**Amazingly** 33:24
**American** 73:9
**Amin** 30:8
**ammunition** 21:16
**amount** 71:3,5,15
**Amsterdam** 96:10
**Andrea** 1:4 2:3,20 3:14 5:22 27:25 99:6 100:3
**angle** 62:25 88:24
**animals** 28:8 65:7 87:17,20 90:5
**announced** 40:24 43:17
**announcing** 36:22 37:6 38:18

**annunciated** 36:7
**answer** 7:1,3,8,22 8:2 18:12 35:11 43:25 69:5 94:14 94:15
**answered** 69:2 94:6
**anybody** 20:24 85:13 91:21
**anymore** 64:5
**anytime** 7:11 98:8
**apart** 56:4
**apex** 40:8
**apparent** 55:18
**apparently** 54:13
**APPEARANCES** 3:1
**appeared** 41:9 42:6 57:2
**appears** 42:10 47:2 62:18 85:6
**apply** 13:21
**appreciate** 9:15
**approach** 11:10
**approaching** 10:10 50:20
**appropriate** 14:23
**approximately** 30:22 40:7 84:18 94:21
**April** 1:16 2:14 29:18 30:3 99:9
**apron** 51:3
**archway** 85:7
**area** 22:20 54:3 66:17 74:10 82:8 84:11 86:9 91:8 91:25
**areas** 29:7
**arm** 42:9,11 98:6
**armed** 43:8,22,23 68:21,22 69:10
**arms** 43:25
**arouse** 35:6
**arrest** 76:25

**arrivals** 33:23
**arrive** 33:22 34:19
**arrived** 34:2,6 69:19
**arts** 25:7
**ascertain** 51:15
**asked** 43:22,23 44:18,23 56:25 70:4,5 94:6
**asking** 47:16 94:8
**asleep** 34:24
**asphalt** 18:5
**assigned** 15:11 100:7,9,11,13,15 100:17,19
**assignments** 18:3
**assistant** 17:23
**associated** 74:5
**assume** 7:8 27:22 42:9 63:19 69:20
**ATF** 23:2,10
**athletic** 61:5
**attempt** 46:11
**attempted** 48:17 49:16
**attend** 73:14,17 75:21
**attended** 12:25 14:7
**attending** 15:21
**attention** 94:19
**attorney** 5:18 58:18 62:1 83:13 102:12
**audit** 23:3
**audits** 14:18 23:12
**Austrian** 72:25
**authority** 15:8
**automatic** 20:18
**Avenue** 3:9
**average** 25:23
**awake** 44:22
**awaken** 27:20
**awakened** 44:22
**aware** 8:5 34:6

**awoken** 94:3

## B

**B** 4:6
**back** 8:24 10:16 13:19 22:16 34:4 46:21 48:21 51:14 52:3 53:19 55:11 55:15,20 63:11 64:22 68:2 73:11 75:10,11,25 79:9 85:4,13 88:4,13 88:14 89:1,2,9,10 91:1 96:6,7 97:24
**backed** 50:5
**background** 20:7 20:14 22:12 60:15 61:6 82:17
**backwards** 17:1,3 52:25 80:6
**backyard** 61:7 83:1 83:2
**bad** 68:8 72:19
**badly** 68:24,24
**bamboo** 58:12,12 58:16 59:6,11 60:1 85:16 86:19 86:22
**banging** 36:13,14 36:22,24,25 37:2 37:5
**bannister** 78:22,23
**bar** 64:11,19 65:3,4
**barely** 78:9
**BARSTOW** 1:22
**base** 40:10 73:25
**based** 19:15 25:15
**basement** 19:14 36:21 37:3,5 38:7 38:17,21,23 52:15 53:21 54:1,2 78:9 78:12,15
**basically** 13:14 19:25

Jon Luer
4/26/2018

**bathroom** 82:9,10
**bathrooms** 81:19
  98:15
**Becker** 1:15 3:8 4:3
  5:12,25 18:12,20
  18:23 23:19,21
  33:21 46:16,21
  53:15 57:11,20
  58:2 59:3,20
  60:20 62:6 66:5
  67:1 73:20 75:5,6
  75:10 78:5,25
  80:3 81:11 82:12
  83:4 94:4,12
  98:20 99:13
**becoming** 56:7
**bed** 27:22 28:16
  34:7,9,18,21
  38:11 39:3,7
  44:22 45:21 48:7
  63:12,14 64:1
  68:6 69:21,21
  90:23,24 91:11,13
  91:17,21 92:11,13
**bedroom** 28:10,10
  28:15,17,22,24
  29:3 31:22 32:1
  37:9,10 39:25
  40:1,12 48:4 49:6
  81:17,18,20,22,25
  92:2,6 98:15,16
  98:17
**bedrooms** 28:18
  29:3 40:5 91:25
**beds** 29:4
**began** 43:11 44:15
  95:1
**beginning** 6:23
  80:24
**begins** 40:18 80:23
**begun** 40:19
**behalf** 1:15 5:10
**belief** 88:21 101:7
**believe** 6:12,17

9:10,17 10:20
  11:1 26:10 32:15
  35:3 38:15 47:13
  50:5 51:24 55:16
  55:19,23 56:14,14
  56:23 58:20,23
  62:2 63:19 67:13
  69:25 73:13,14,17
  76:14 77:13 83:10
  83:16 87:21 89:21
  89:25 91:16 93:6
  95:5 98:6,16
**believed** 10:13,23
  95:9
**bell** 92:22
**belligerent** 72:10
**belongs** 60:8
**Bend** 74:12
**Benjamin** 1:8 2:8
  2:22 3:12 99:6
  100:4
**best** 64:6 101:7
**better** 11:16
**big** 51:22 74:12
**bit** 10:15 11:5
  19:13 42:7 43:24
  47:12 54:23,25
  58:16 61:2 81:14
  84:25 86:14 87:8
  88:14
**board** 18:9
**bolt** 65:21,23
**books** 18:15 23:5
**border** 72:25
**born** 12:2,3
**bothered** 48:17
**Box** 76:12
**Boxer** 33:1
**boxers** 33:3,6,7
  45:7
**break** 7:11,13
  46:17,18,22 75:7
  75:9,11
**brief** 52:10,12

**briefly** 12:20 13:10
  16:5 76:1
**briefs** 33:9,15 45:7
**bring** 74:21
**brought** 71:18
**brown** 31:14
**brownish** 58:17
**build** 31:9
**buildings** 74:5
**built** 64:17 65:24
  84:17
**burglar** 68:10
  98:10
**burned** 61:24
**Burns** 17:4,11,17
**bush** 58:7
**business** 14:7 19:12
  22:19 71:9
**buy** 20:2
**buying** 19:10

---

**C**

**C** 102:1,1
**cab** 30:8,20,25
  50:18 51:1,6,16
  55:25 56:17 70:21
  95:16 97:2,14,16
  97:20
**call** 8:12,16 10:19
  28:20 32:5 77:3
  89:13
**called** 17:4 20:7
  24:12 37:19 57:4
  70:11 97:2
**calling** 35:25 37:16
  37:22 38:3
**calls** 94:4,12 97:21
**Camry** 50:12,15
**Captain** 6:10 30:2
**car** 49:12 50:25
  52:4 76:7 96:7
**card** 73:9
**careful** 95:9
**Carl** 1:15 3:8 5:25

23:14 99:13
**carry** 24:8
**case** 9:22 10:13
  11:6,7 38:19 39:6
**cases** 10:11,24
**casualties** 48:10
**cat** 28:1 29:4,12
**cat's** 29:15
**categories** 20:4
**category** 15:10
  21:11 22:15
**cats** 28:2,3 29:1,6
  90:5
**cause** 1:5 2:5,18
**Cc** 99:19
**CCR** 99:17
**center** 19:19 28:18
  28:20 32:5 40:6
  48:4 50:15,17
  60:3,13 61:10
  79:18 80:9,22
  81:16 92:12,20
**Central** 3:9
**certain** 2:18 27:1
  37:2
**certainty** 37:8
**certification** 13:11
  13:23
**certifications** 14:9
  14:10,20
**Certified** 1:19,19
  2:16 102:2
**CERTIFY** 102:3
**chain** 87:15
**chair** 61:18,19
**chance** 97:7
**change** 39:7 83:21
  100:7,9,11,13,15
  100:17,19
**changed** 11:19
  66:14
**changes** 100:5
**charge** 20:13
**check** 20:7,8,14

63:7,13 90:22
  91:6 98:9,12,15
**checked** 98:14,16
**checking** 91:8
**checks** 22:12
**chemistry** 13:15
**chest** 41:25
**children** 11:23 12:5
**Christine** 12:17
**cigar** 88:11
**cities** 15:7
**citizen** 4:9 73:9
**city** 15:23 76:4
**civil** 13:3 15:5
  16:12
**claim** 27:14 94:10
**class** 22:14
**classes** 73:18
**clear** 9:4 20:17
  31:16 33:8 37:13
  88:1 95:11 98:4
**clearly** 36:7 42:20
  42:24 43:21
**clients** 15:6,9,10
**Clinton** 1:8 2:7,22
  3:13 6:1,8,17
  29:20 67:23 72:6
  72:7 97:5 99:6
  100:4
**Clinton's** 6:18
**close** 15:22 23:16
  30:22 36:15 57:13
  60:3 75:6,20 80:8
**closed** 29:3,7 46:2
  49:12 66:12 89:1
  90:23,25 91:5,19
**closely** 83:20
**closer** 43:3,11 89:1
  89:15
**closes** 88:25
**closest** 30:20 97:21
**closet** 81:23 82:8,9
**closets** 52:12
**clothed** 76:23

Jon Luer
4/26/2018

**clothes** 32:21 39:8 45:16,17 62:11 69:9 70:7 77:21 85:12 86:6
**club** 24:11
**coffee** 7:12
**collect** 20:15 22:24
**collection** 21:19,20
**collector** 18:18 20:16
**college** 12:24 13:12 17:9 72:20
**color** 31:14 33:5 45:10 58:17
**colored** 33:16
**colorized** 33:10
**come** 10:9 23:4 29:19 36:21 38:17 38:19 40:9 43:11 44:23,24 45:16 55:15 64:3,4 68:22 73:3
**comes** 23:10 39:17 50:22 63:10 71:14
**coming** 16:7 32:20 36:17 50:20,21 56:6 70:17,19
**comments** 95:7
**commission** 25:13 25:16 101:18
**commissions** 77:8
**common** 19:24 82:5,10
**communicated** 97:4
**communications** 73:22
**company** 16:17 17:4 19:7 51:9
**competitive** 25:6
**compilation** 83:10
**complaint** 4:9,11 8:20,22 9:12,16 47:1 67:4 71:2

**complaints** 4:10
**complete** 25:9
**completed** 25:11
**completely** 7:18,23 8:2 42:11 46:2 66:11 80:15 85:1 90:7,12 91:19
**component** 13:21 15:12
**components** 56:3
**compost** 61:11 82:17,20
**compressing** 60:7
**compressor** 60:13
**computer** 13:15 95:2
**concealed** 24:8
**concern** 68:4
**concerned** 90:4
**concrete** 18:5
**condition** 83:17
**conditioner** 60:5
**conditioning** 60:7 60:12 92:21
**conditions** 7:17
**conference** 8:11
**confidence** 71:11
**conflict** 22:21
**confrontation** 36:3 36:4 37:20 39:9 68:23 76:17 79:3
**confrontational** 72:10
**confronts** 71:24
**confusion** 31:17
**consider** 25:20,23 35:4
**construction** 14:13 15:4 16:23
**consulting** 15:5 17:4
**contact** 10:17,18 29:19 30:11,14 45:19,22 50:21

67:5 75:12,23 76:11 77:10,12 99:14
**contacted** 11:2,4 67:7
**contacts** 75:16
**contained** 95:6
**continues** 61:2 96:8 96:25
**continuing** 14:1,5 84:21
**controversy** 102:8
**conversation** 30:17 56:12 67:8,12,16 68:2,20
**conversations** 97:13
**converted** 23:25
**cooperated** 48:22
**copies** 48:18
**copy** 19:3 21:25 47:21 74:24 75:3 94:20 99:8
**cordial** 72:9,13,14 74:20
**corner** 28:12 32:4 40:17,23 76:20 92:23 98:3
**correct** 5:18,20,21 5:23,24 6:2,3,5,8 6:11,16 8:7 9:8 10:3 12:7,8,11 13:6 15:2,3 16:3 19:5,6,21,22 20:15 21:9 25:13 26:4,18 27:6,15 28:4 29:25 30:21 31:18,21,23 32:4 32:12,15 33:16 34:16 35:23,24 37:11 39:11 41:6 44:3 45:2,23 47:8 47:9 48:22 49:25 50:13 53:4,5,8,16

53:23,24 54:7,8 54:18 57:17 58:19 58:21 60:7,16,17 61:8,9,15 62:16 62:17,19,20,22,23 62:25 63:1,22,23 64:9,10,20,21 66:12 67:21 69:18 69:25 70:1,3 72:7 72:14,16 74:12 78:2 81:5 83:13 84:1,2 85:20 88:20 89:8 90:15 90:17 91:24 92:1 92:13 93:13,14 96:12 101:7
**corrected** 26:12
**correction** 99:11,13 100:2
**corrections** 99:11
**correctly** 93:8
**correspondence** 67:8,9
**cost** 17:22 22:6
**counsel** 5:3 99:19
**Counselor** 3:8
**counties** 15:7
**country** 73:8
**county** 1:7 2:7,21 3:8 6:1 15:24 22:19 36:1,1 37:17,17,22,23 38:4,4 40:25 43:20 47:14 67:5 71:2 74:15 76:13 76:14 99:6 100:4 101:3
**county's** 68:8
**couple** 15:24 70:10 71:6 87:3 89:9 97:21,24
**court** 1:1,19 2:1,19 5:17 8:6 24:13 102:13

**courtroom** 5:17
**covered** 85:7
**credit** 75:21
**Crestwood** 76:4
**Crime** 20:8
**cross** 40:6 92:8
**Cross-Examinati...** 4:4 83:7
**cruising** 76:6
**CSR** 5:4 102:20
**cup** 7:12
**Curios** 23:24
**current** 17:7 22:2
**currently** 15:1 18:1 24:11
**customer** 96:9,23
**cut** 9:15 47:7
**cycle** 14:2 22:7
**cycles** 73:11

**D**

**D** 4:1
**Dale** 30:5
**damages** 71:3
**dark** 84:1
**data** 47:2
**date** 25:19 26:3,6 58:22 93:8
**daughter** 12:1
**day** 13:13 15:23,25 24:8 25:23,24 48:16 62:3 67:13 89:20 99:1 101:13 102:9,15
**days** 94:22 95:3
**DD** 77:5
**dead** 65:21,23 69:1 69:5
**deal** 18:19 19:11 68:11
**dealer** 19:14 23:25
**dealt** 67:25
**Dear** 99:7
**December** 10:21

Jon Luer
4/26/2018

11:4 74:12
**decibels** 26:25
**decorative** 79:8
**deer** 24:23 87:20
**Defendant** 6:4,7
  29:19,20
**defendants** 1:9,15
  2:9,22 3:7 5:10,25
  9:5
**defined** 84:11
**definitely** 31:8 33:3
  43:4 46:25 51:18
**definitive** 26:23
**degree** 13:2
**deliberated** 10:9
**deliberation** 10:7
**department** 9:7,10
  14:11 16:10,19
  17:6,24 22:23
  47:18 74:14 75:18
  75:24
**department's** 9:11
**depends** 63:14
**depict** 81:12
**depicted** 59:16
  64:25 65:2 79:2
  79:20 80:4,14,17
  81:3,6,25 82:13
**depicts** 62:15 90:13
**depo** 6:18,22
**deponent** 100:5,22
**deposes** 5:9
**deposition** 1:14
  2:13 5:3 6:13,16
  6:19 8:10,19 9:19
  18:24 57:14 99:9
  99:11,19 100:2,5
  102:12
**describe** 13:10 16:5
  30:25 36:11 40:21
  41:7,21 56:22
  65:18 76:1 78:7
  80:4 84:5
**described** 16:18

30:15 31:22 87:22
  91:7 97:25
**description** 4:7
  85:7 91:25
**design** 14:22 15:13
  16:13,20,21
**designed** 85:10
**designer** 16:8
**designing** 18:8
**destructive** 19:21
  20:4
**detail** 31:11
**details** 47:23 67:16
  89:9
**determination** 43:6
**determine** 47:10
**deviation** 85:1
**device** 20:4
**devices** 19:21
**dialog** 43:12
**diary** 25:17
**died** 48:2,3
**difference** 83:24
**different** 18:3 74:9
**difficult** 22:8 35:11
  51:15
**difficulty** 26:17
**dining** 32:10
**direct** 4:3 5:11
  94:18
**directed** 42:8
**direction** 13:17
  42:18 48:6 49:16
  79:6,9
**directly** 48:4,8 51:4
  92:7 98:7
**dirty** 85:18
**disabled** 68:12
**disappear** 97:1
**discouraged** 69:3
  70:23
**discovery** 30:19
  41:20 78:6 79:1
**discuss** 9:22 11:7

**discussed** 9:23
**discussion** 10:8
  44:13,15 54:20
  55:1,7,14,21
**disgruntled** 76:18
**dispatched** 70:15
**distance** 26:9 40:2
  40:11,19 92:25
**distress** 27:15
**distressed** 48:11
**distressing** 76:10
**distribution** 23:7
**District** 1:1,1 2:1,1
  2:19,19
**disturbing** 68:13
  68:18
**Division** 1:2 2:2,20
**divorce** 12:14
**doctors** 27:8
**document** 9:4,5,14
  18:25 46:24 47:6
  47:16 57:12,16,21
  67:2 95:13
**documentations**
  14:15
**documented** 24:6
**dogs** 28:6
**doing** 16:8,14
  17:18 18:6 20:13
  36:25 40:21 47:12
  74:1,2
**dollar** 71:3,4,15
**door** 30:24 32:8,9
  35:17 36:21,24
  37:3,5 38:4,18,21
  38:22 40:1 44:20
  45:25 46:2 49:3
  49:10,11,12,13
  52:4,4,5 54:4,4,9
  54:15 56:2 62:9
  62:14,16,18 63:1
  63:8,9,9,10 64:1,4
  64:9,11,12,13,15
  64:22,23 65:4,5,6

65:20,22,24 66:10
  66:11,13,20 78:9
  78:12 81:25 85:19
  85:22 88:4,5,15
  88:15,16,17,18,22
  88:25,25 89:3,11
  89:13,14,16 90:1
  90:7,10,20,21,22
  91:4,9,17 92:7,10
**doorbell** 35:13,15
  92:17 93:1,7,17
  93:21 94:1,7,9,11
  94:16
**doorjamb** 78:10
**doors** 29:3 63:6,17
  64:17 65:17,19
  71:9 81:23 87:23
  88:3,8,13,20 90:4
  90:23,25
**doorway** 66:8
  80:11 81:22
**DOT's** 15:7
**double** 50:4 63:25
**doubt** 97:9
**downstairs** 53:21
**downtown** 95:17
**downward** 66:1,1
**drafting** 18:8
**drastically** 43:10
**drawers** 52:12
**drawn** 70:20
**dressed** 45:5 48:25
  49:1,2,5,5 70:6
**drinking** 34:13
**drive** 15:23 26:11
  39:20 50:4
**driver** 30:8,20,25
  49:15 50:19 51:16
  51:17 55:22,25
  56:17 96:3,17,25
  97:2,14,16,20
**driveway** 30:24
  49:19,20,21,23
  50:2,4,22,23,24

51:3 84:9 95:21
  96:6
**dropped** 34:20
  44:14
**drugs** 68:11
**drunk** 68:12
**dry** 58:14
**duly** 5:8 102:6
**duties** 16:5,11
  17:17 18:1,2
**duty** 68:8

---

**E**

**E** 4:1,6 99:3 102:1
**e-mail** 10:20 67:4
**earlier** 21:12 52:17
  78:13 88:9 89:7
**early** 34:4
**earn** 13:10 25:13
**eased** 43:10
**easily** 39:11 41:12
**east** 51:3 58:6 59:7
  72:24 81:3 85:3
**eastern** 1:1,2 2:1,2
  2:19,19 32:11
  50:5 58:11 87:2
**edge** 28:19,21
  59:13 87:1,2
**education** 12:21
  14:1,5
**effect** 36:2 37:17
  46:10 51:22
**eight** 40:7
**either** 21:2 28:19
  37:22 58:14 65:25
  69:4 97:4
**element** 16:22,23
**elevated** 71:1
**elevation** 41:10
  42:8
**Elizabeth** 12:1
**emanated** 38:9,10
**emanating** 69:8
**embarrassed** 70:24

emotional 27:14
employed 15:1 16:24
employees 15:17 17:14
employer 17:2
employment 17:1 17:10
empty 81:20
Enclosed 99:8
Enclosures 99:18
encounter 74:19
ended 68:24 76:19
engineer 13:8,18
engineering 13:3 13:15,16 15:2,5 16:19 17:4,11,21
engineers 16:12,20
enhance 14:22
entail 16:6
enter 13:16 78:12 92:7 96:25
entered 46:2,6 88:12 89:11
entering 65:9 80:7
enthusiast 18:18
entire 84:20 86:16
entirely 60:24
entrance 40:16 62:9 85:20
entrances 63:21
entranceway 88:5
entry 52:7
entryway 59:6 78:8 84:9
equipment 89:19
especially 71:6
Esq 1:15 3:3,4,8 99:3
essentially 47:7
establish 14:23
established 19:14
estimate 21:7 34:22
estimates 17:22

estimation 43:15 82:18
evening 12:9 34:21 48:12 64:7 65:16 67:25 88:9,12 94:2
event 21:25
events 47:8 83:24 94:24
eventually 27:1
everyday 13:22
evident 56:7
ex-wife's 12:16
exact 18:1 39:3 46:11 67:16 69:21 96:9
exactly 8:25 9:25 33:1,11 34:7 42:16 61:13 66:14 76:23 80:8 84:5 88:1
exaggeration 95:12
exam 13:13,13
examination 4:3 5:11 13:20 102:9
examined 2:14 102:9
exclamatory 55:6
exclusively 21:10
Excuse 49:4
excused 76:8
exhibit 4:7 18:22 18:24 21:22 46:19 46:23 47:16 57:9 57:11,18,21,25 58:2 59:1,3,18,21 59:23 60:18,21,25 61:11 62:4,7 64:22 66:3,6,24 67:1 78:4,5,24,25 79:21 80:2,3,7 81:10,11,13 82:11 82:12 83:12 84:4 84:7 85:5,19,23

85:25 86:4,5 87:5 87:6 88:19,24 89:11 90:15 91:10 91:18,23 94:20 95:7 97:25 98:1
exhibits 62:13 83:11 84:21
exiting 90:5
expect 8:15 73:3,11
experience 35:8 89:16 93:24,25
experiencing 26:20
expert 31:3
expire 22:2
expired 21:22
expires 101:18
explaining 69:3
exposure 58:4 59:24
expressed 68:4,9
extended 41:6,8,9 42:9,11,11 44:10 98:7
extends 85:2
exterior 62:15 66:10 93:4
external 90:7
extra 64:16
extreme 28:12 58:8
extremely 58:15
eye 29:14 42:19
eyes 42:17 56:24
eyesight 26:6

**F**

F 102:1
face 28:22 29:25,25 36:6,6,6,6
face-to-face 67:9
faced 51:9
faces 28:24 29:16 31:18,20 59:24
facial 31:10
facing 31:23,25

32:6 44:7 50:5 58:4 61:5 79:9 80:24 82:15
fact 68:16 85:2 93:12
factor 71:13
failed 25:15
faint 82:23
fair 7:3,9,14 85:7 86:25 91:25
fairly 39:18 41:9 89:18,19
fall 15:10 20:4 56:4
fallen 41:13
falling 22:14
familiar 14:16 41:19
family 19:15 40:17 40:18 63:11 80:7 80:9 83:21
far 59:15 78:1,3 79:11 82:15 83:11 86:12,17 93:3 96:3
fare 51:18 70:22 96:23
father 96:24
father's 95:16 96:18
FBI 20:7 22:12
fear 68:20 71:13,16
federal 14:18 19:3 19:24 20:6 21:2
federally-funded 14:12
fee 20:13
feel 7:12,22 71:11 71:13
feet 30:21 40:3,3,8 50:25 86:22,24,24 92:25 93:2,5
fell 34:24 69:24
fence 61:7 87:11,14 87:15,16

fewer 63:24
fictitious 19:18 22:25
field 74:7,7
fields 61:5
figure 71:15
file 9:12 47:11
filed 22:25 47:10 70:8,18
filing 19:9 47:3 71:2 102:13
fill 20:6 48:20
filled 22:22
filling 46:25
film 63:16
filter 10:25
finalized 12:14
finally 38:15
find 20:1 68:6 77:22,24 83:22 93:19 94:20 99:8
fine 12:13 26:8 27:3,4
finger 22:12 56:24 57:1
finished 34:8 43:9 44:13 78:15,16,17
fire 21:16,17,20 61:22 88:10,10 89:5
firearm 24:2 42:15
firearms 4:18 18:17 18:19 19:3,10,20 19:25 20:12 22:16 24:3,7,10,16 38:23 41:5 44:14 54:24
fired 21:21 48:5
firewood 61:15,16
firing 24:3 26:13 41:24 42:7
firm 15:4,5 17:11 19:9
first 5:8 9:21,23

Jon Luer
4/26/2018

10:16,18 12:1,3,6
18:3 36:7 40:1,14
40:22 42:24 43:16
45:19 49:17 50:18
57:16 69:11 70:11
71:6,19 79:16
80:13,18,21 82:9
83:9 84:14 98:3
**fit** 55:24
**fitting** 33:2
**five** 10:5 18:6 49:9
86:23 95:14
**flags** 74:8
**flashlight** 42:5
**flashlights** 40:24
41:1 42:13,17
43:3,10
**flies** 65:9
**flight** 34:3
**Floor** 3:9
**flooring** 83:21
**focus** 23:18 88:3
90:14
**foggy** 9:2
**folded** 62:11 86:6
**folding** 61:19
**foliage** 58:13
**foliaged** 58:9
**follow** 49:6 56:25
**follow-up** 83:5
**following** 96:15
100:5
**follows** 5:10
**foot** 79:13,13,13,17
86:9,21 87:3
**forced** 52:7
**foregoing** 101:6
**form** 18:11 20:6
25:21 33:18 53:9
73:5,15
**formal** 24:6
**format** 47:1,4
**formation** 41:11
**forth** 6:21,22 24:18

**forward** 11:3 25:25
42:12,12 59:13
80:9 99:12
**forwarded** 102:12
**found** 19:9 47:13
68:13 70:8,15
74:22 76:7
**Foundation** 2:15
3:3 99:3
**four** 13:18 40:3
93:2
**frame** 10:1 82:20
**free** 7:12
**frequencies** 25:16
**frequency** 26:17
93:15
**frequently** 24:22
25:1
**fresh** 8:23 94:24
**friend** 34:20 76:5
**friendly** 87:18
**friends** 34:1,1
76:20
**frog** 61:1,4 84:25
**front** 7:12 30:24
31:18 32:8,9,22
35:17 41:17 49:3
49:10,11 51:5
56:2 58:4 59:13
60:12 61:21 63:8
65:20 69:19 71:9
79:14 84:6 88:4
90:25 96:18,19
**frontal** 32:6
**frozen** 43:20
**frustrated** 97:2
**full** 15:25 24:8
**fully** 16:18 44:22
78:17
**functional** 89:20,20
89:24
**functioning** 93:8,9
**fund** 10:12
**fundamentals**

13:14
**furniture** 71:9
83:22
**further** 42:22 43:12
55:7 60:23 83:4
98:18,20

_____

## G

**garage** 30:24 32:11
38:5 49:11,12,13
49:24 50:9,13,16
50:18 52:4,4,5
58:7,11 59:8 60:2
62:9,21 64:2,4,9
66:8,9,17,18
78:12 85:20 86:17
88:6,6,18 90:10
90:16 91:18
**general** 20:1
**generally** 35:5
**genuine** 70:16
**German** 19:15
24:11
**Germany** 72:20
**getting** 22:14 23:2
70:23 75:6 76:17
**give** 56:12 76:25
77:14
**given** 6:13 55:17
99:9
**glancing** 91:3
**glass** 63:10 64:11
**glasses** 26:7,14
31:12
**go** 12:22 13:19
15:24 17:1 18:19
20:6 22:11 23:1,3
23:4 25:1 26:13
33:25 34:21 41:12
49:8 52:15 53:7
53:19,21 55:20
56:13 63:7,12,14
64:1,6 71:20 74:7
75:25 76:8 81:17

84:3 85:4 86:12
87:17 89:2,9 92:9
**goes** 12:18 22:16
65:25 85:6
**going** 6:25 9:14
12:21 17:3 18:20
19:9 23:15 24:6
29:15 32:19,22,23
41:12 46:16 48:18
55:15 63:2 69:16
70:25 73:14 74:8
79:13 80:6 82:23
83:1,2,9 84:24
91:13,21 93:5,19
95:14 96:24
**good** 5:13 7:7 10:9
10:13 68:17 76:6
77:22
**gotten** 14:8,11
23:16 70:12
**government** 14:12
15:6,9
**grab** 39:8 69:7
**grade** 25:5
**graduate** 13:12
**graduated** 12:23
13:2
**graduation** 17:9
**grants** 14:16,18
**grasses** 60:25 61:4
**grassy** 86:9
**gray** 29:12
**greater** 26:25
**green** 73:9 82:23
**greenery** 87:19
**ground** 6:20,24
**groups** 52:1
**grow** 71:12
**growing** 61:4
**guardrail** 14:23
**guess** 10:24 11:14
11:16 31:7 34:3
93:5
**guessed** 31:3

**guessing** 91:12
**guide** 4:10
**guilty** 56:15
**gun** 18:18 19:14
55:7,9 70:20
**guns** 20:3 21:4,6,13
43:2 54:7 98:4
**guy** 56:12
**guys** 68:8

_____

## H

**H** 4:6
**hair** 29:4 31:10
**half** 8:13,17 18:5
23:12,13,15 30:23
50:22 79:14,17
93:2
**hall** 69:22 81:19,19
81:20
**hallway** 40:4,4,5,17
40:18,19 41:13
45:15 49:9 79:3,7
79:12,13,25 80:10
80:23,24 81:2,15
81:16 91:24 92:8
**Hamil** 5:15
**hand** 18:19,19 41:2
41:3,6,8,8,24 42:6
42:7,7 98:6
**handed** 18:23
46:22
**handgun** 39:4,11
41:23 69:7
**handing** 66:5 67:2
78:5
**handle** 65:21,23
66:20
**hands** 41:5 43:21
44:6 72:7
**hang** 60:4 85:17
**happened** 8:21
10:2,23 23:18
27:21 36:3 45:13
47:20 48:19,24

49:14 51:11,25 54:15 55:10,13 56:13 68:23 69:1 76:22
**happening** 29:14 36:19
**happy** 7:13 47:20
**hard** 29:14 31:7 38:9
**hardest** 23:1
**hardware** 89:19
**hardy** 58:15
**hat** 52:11 53:12 56:5 77:16,20,24
**he'll** 73:10,17
**head** 7:1 48:9 70:11
**headboard** 92:14 92:15 93:4
**heading** 61:2
**headquarter** 74:4
**hear** 6:20 25:15 26:21 27:2,3,13 32:19 35:13,17,25 37:13,16,19,24 38:1,3,7 94:7,11
**heard** 30:19 35:19 36:8,9,11,24 37:21 38:11 48:19 69:12 94:3
**hearing** 26:16,20 27:4,6,9,11 93:12 93:21 94:15
**heavily** 58:9 59:6 84:10
**heavy** 35:4,7,9 58:12
**hedge** 86:16 87:9,9
**height** 11:14 31:1,8 42:13
**helping** 42:22
**hereinbefore** 102:6
**hereunto** 102:14
**herewith** 102:12

**hertz** 26:19 27:13 93:13,17,20
**hesitate** 35:20 99:14
**hi** 34:17
**hide** 70:24
**hiding** 52:17
**high** 12:22,23 22:15 25:3,5,16 26:17,21 68:11 76:3,5,12 82:16
**Higher** 42:15
**highest** 71:22
**highway** 15:4,13 16:8,21 17:21 75:18,19
**highways** 14:24 18:8
**hired** 17:21
**historical** 21:8,12
**history** 18:14,15
**hit** 48:6
**hobbies** 18:10
**hobby** 20:9
**hold** 18:1 70:20
**holding** 41:1 42:5 71:21
**holes** 48:20
**hollow** 48:7
**holstered** 43:3
**home** 15:20,24 23:10 27:19 28:11 28:17 31:18 32:4 32:5,12 33:22 34:4,7,12,19 37:21 38:1 46:14 56:6 60:10 63:21 64:3,5 69:19,25 72:7 95:16
**hood** 91:2
**hope** 72:1
**hostered** 44:14
**hour** 8:13,17 23:12 23:15 46:17 72:24

**hours** 14:4 15:25 23:13
**house** 15:25 16:1 19:16 27:23 28:8 28:13,19 29:2,8 32:7,21,22 36:9 37:14,18 38:5 39:5,15,21 40:12 42:21 43:9,24,25 44:4 49:23 52:3,8 53:8,19 54:11,13 54:17 55:21 58:5 58:24 59:7,7,14 60:1 63:3 65:8,12 68:5,7,10,17,21 69:9 70:17,19 71:10 72:18 73:25 82:14 83:14,18,18 84:6,16 86:18,25 87:23 88:4,6,12 89:6 90:5,16,25 92:18 94:16 95:16 95:17 96:9,16,17 96:19 97:1,1 98:10
**houses** 85:15
**huge** 17:11
**huh-uh** 7:2
**hunt** 24:20,22,25 26:13
**hunting** 24:24
**hydraulic** 89:1,14 89:15

_____

**I**

**idea** 34:17 51:10
**identical** 81:13
**identification** 18:22 46:20 57:10 57:19 58:1 59:2 59:19 60:19 62:5 66:4,25 78:4,24 80:2 81:10 82:11
**identified** 51:12

55:25 56:2 95:16
**identify** 5:16 35:20 36:15 42:22,25 58:3 59:4,21 60:21 62:7 66:6 79:2 82:12
**identifying** 43:1
**IL** 1:19
**Illinois** 15:7,8,19
**immediate** 61:3 96:5
**immediately** 32:8 32:10 39:3 58:6 58:11 59:7 61:14 62:10,13 77:1 78:22 82:20 92:9 92:16,21
**inability** 25:15
**inches** 66:21
**incident** 8:21 10:2 12:7 23:18 25:19 26:1 27:17 29:19 30:16 65:11 83:19 93:8 94:22
**include** 15:8
**including** 24:9
**incorporated** 19:9
**increased** 27:1
**Indian** 31:4
**indicated** 74:11 100:5
**indicates** 19:4,20
**individual** 20:5,25 71:19
**inform** 47:22
**information** 30:11 95:6 97:3,10,17 97:22
**informed** 43:22
**informing** 47:19
**inhibit** 7:17 8:1 25:25
**inhibiting** 87:20
**initial** 45:22

**initially** 17:20 23:24 55:25
**inquire** 27:10
**inside** 36:9 38:19 53:3 54:18,20 65:5,8 83:18 88:10 89:6
**inspection** 16:23
**inspector** 18:4
**instances** 76:2 77:4
**Instant** 20:8
**intense** 22:11
**intent** 85:9,10
**interaction** 72:9
**interest** 53:12 77:17
**interested** 72:11 88:5
**interesting** 74:23
**interior** 62:18,21 64:9 66:16 90:10
**internal** 34:3
**international** 17:13
**internet** 47:13
**interrupting** 23:15
**intersection** 81:16
**intoxicated** 78:1
**intruder** 54:11,12 54:17 69:12
**intruders** 39:5 68:21
**investigate** 32:20 38:14
**issue** 88:3
**issued** 19:25
**issues** 26:3 58:13
**item** 61:17,22

_____

**J**

**Jack** 76:12
**January** 21:22 22:3
**Jesse** 3:4 58:19
**Jessie** 8:12
**jet** 34:3

Jon Luer
4/26/2018

jittery 71:8
job 13:22 18:7 74:3
jobs 15:11
Johnson 30:5
join 49:16 71:21
joined 49:15 55:11
joining 55:18
Jon 1:4,14 2:3,13
    2:20 5:7,15 99:6,8
    100:1,3 101:6,11
Jonathan 12:2
jotting 95:1
July 10:2 11:20
    21:5 27:4,18 28:3
    58:13 63:20 64:8
    64:19 67:5 75:12
    75:23 77:10 83:18
jumped 51:18
Junior 82:16
jurisdiction 76:3
    97:21
justified 48:18
justify 70:19
justifying 68:14,15

K
Karen 1:18 2:16
    5:4,17 99:17
    102:2,20
keep 18:20 25:17
    29:3,14 39:4,15
    65:5,9
keeping 23:2 72:11
kept 13:23 54:7
    64:8
Kevin 6:10
key 72:11
keyhole 64:25 65:2
killed 69:2
kind 31:11 51:15
    87:21
kinds 68:12 71:20
    76:9
kiosks 74:9

Kirsten 12:1
kitchen 64:2 66:9
    78:11 80:11 81:7
    83:21 91:2,8,18
    91:24
knew 8:13 44:25
    70:15
knocked 44:20
knocking 35:17
    37:13,25 38:18,21
know 9:22 10:11
    11:22 17:23 19:11
    20:17 27:22 30:7
    30:8,18 32:20
    33:1,11 35:22
    36:9,16,25 38:13
    44:25 52:25 53:3
    53:12 57:4 59:15
    63:15 67:13 68:25
    70:25 71:4,5,6,23
    72:3 76:23 78:1,3
    90:24 93:9 96:9
    97:19
knowing 68:22
    89:3
knowledge 98:13
    101:7 102:7
known 68:21

L
L 5:1
lady 70:14
lagged 34:3
laid 38:11
lamp 81:3,6,6
larceny 56:15
large 15:12 20:22
    54:5 58:8 60:25
larger 59:12
late 9:25 67:13
laundry 60:4 85:17
    85:18
law 71:18
lawful 5:8

laws 22:18
Lawson 3:13 6:10
    30:2
lawyer 8:12 9:21,23
    10:6
lawyers 11:8,8,10
layers 63:25
laying 44:22 77:21
leading 38:5 59:13
leaf 59:12
leafed 58:8
leaned 61:19
learned 13:21 97:9
    97:22
leave 77:1
left 6:4 32:10 34:1
    40:6 41:2,3,8 42:1
    42:6,7,12 52:6
    54:15 58:8 59:12
    60:1,6 66:21
    69:25 72:6,16
    77:5 78:22,23
    80:15 81:19,20
    82:7,8 87:9 88:23
    90:11 91:4 92:3,4
    92:9
legal 24:9
lend 56:14
length 93:16
lengths 14:23 50:25
let's 17:1 28:20
    33:19 48:21 97:24
letting 76:8
level 26:23,24
    42:14,15 65:6
    71:11
lever 65:25
license 4:18 14:2
    18:18 19:3,19,25
    20:18,25 22:2,6
    22:14,19 23:22,24
    24:1
licensed 13:18
licenses 22:4

life 75:16
light 35:8 39:17
    51:4,5 66:16,17
    66:18 68:19 69:4
    78:19,23 81:7
    91:2,8
lighting 39:14,19
lights 39:16,20
    42:21 76:18 90:24
likes 29:12
Lindbergh 12:23
Lindell 15:14,15
line 44:1,13 59:16
    60:3,9,14 62:11
    64:16 82:15,23
    85:2,12 86:7,10
    86:12,15,21 87:2
    100:7,9,11,13,15
    100:17,19
linens 81:24
lines 95:14
link 47:13 87:15
lit 39:15,19
literally 92:12
little 10:15 11:5,17
    19:13 42:7 43:24
    47:12 54:23,25
    58:16 61:1 81:14
    81:15 84:23,25
    86:14 87:8 88:14
lived 11:12 84:16
lives 30:12
living 28:7 29:13
    29:16 32:3,9 34:5
    64:4 82:6 91:24
LLC 1:21 19:8
loaded 39:4
local 22:18
located 28:11 62:14
    66:21
location 31:17
    36:15 38:13 79:20
    80:12,17
lock 63:10,11 64:23

65:3,21,22,24
    90:22
locked 36:21 38:17
    52:17 54:14 63:8
    65:5 66:2 91:1
locking 91:6
locks 65:20 66:14
logged 23:6,7,8,8
logical 89:23
long 8:16 11:12
    16:24 23:10,13,21
    43:5,7,13,15
    50:24 51:22 67:12
    79:25
longer 55:19 56:20
    64:15
look 32:6,23 36:18
    39:9 52:12 66:20
    77:15
looked 39:1,13
    72:18 82:17
looking 25:25 32:8
    52:10 53:12 55:9
    64:22 66:10 77:16
    77:23 78:11 79:6
    80:9 88:4 90:16
    91:9
looks 60:5 62:11
    78:21
Loon 11:12 96:11
loops 61:1
loss 26:20 93:12
lot 10:11,12,24 15:8
    18:15 23:1 39:19
    52:19 68:9 71:19
    75:19 82:16 84:24
    85:5
loud 7:1 27:2,12
louder 27:12
loudness 26:25
Louis 1:7,22 2:7,16
    2:21 3:5,10 12:21
    22:19 36:1 37:16
    37:23 38:3 40:25

43:4,20 47:14 74:15 76:13,14 95:17 99:5,6 100:3
**love** 18:14
**low** 41:19,22,23 72:11
**lowered** 43:11 44:10,12
**Luca** 11:22 27:24 33:21 34:12 35:9 45:2,4,12 46:1,4,6 46:10 48:3,7,21 49:5 51:17 52:2 56:17,22,25 57:7 69:17 70:3 72:20 73:23 78:1 94:3
**Luca's** 28:17,24 31:22 46:2 52:9 53:13 77:15 81:22 81:25
**Luer** 1:4,14 2:3,13 2:20 5:7,15,16 6:1 12:1,3,17,18 46:22 75:11 83:9 99:6 100:1,3 101:6,11
**Luer's** 99:9
**Luxury** 73:23

**M**

**M** 1:18 2:16 5:4 99:17 102:2,20
**M-C-D-O-N-N-E...** 17:5
**machine** 20:3
**magazine** 20:22
**magnitude** 93:17
**magnolia** 58:9 59:12 85:16
**mail** 20:2,18
**main** 18:3 49:12 63:6
**major** 73:20

**majority** 21:15,21
**making** 4:10 27:14 36:17 69:4 90:25
**male** 30:25 31:2
**malls** 74:9
**man** 62:9
**manage** 14:12 16:15
**management** 16:17 16:23
**manager** 16:2,9,9 16:10,16,19 17:23 17:25
**managers** 16:13
**managing** 17:23,24
**manually** 89:24 90:1
**manufacturer** 51:9
**Marie** 12:17
**marked** 4:15,16,17 18:22,24 46:19,23 57:9,12,18,20,25 58:2 59:1,3,18,20 60:18,20 62:4,6 66:3,6,24 67:1 78:4,24 80:2 81:10 82:11 83:11 94:19
**marriage** 12:2,3,6
**married** 12:11,14
**martial** 25:7
**master** 28:10 81:18 98:15
**mastered** 13:14
**materials** 18:4
**math** 13:15
**matter** 27:2,12 85:2 99:9,14 102:8
**McDonnell** 17:4,11 17:17
**mean** 19:23 32:25 33:9 36:4 44:7 48:1 49:22 51:16 55:2 63:13 73:7

**mechanism** 92:18 93:1,7,17,18
**Media** 73:22
**medications** 7:25
**meet** 9:21
**meeting** 15:22
**meetings** 75:21
**member** 24:11
**memory** 25:20 26:1 26:3
**mentally** 68:12
**mentioned** 25:9 26:16 89:6,14 92:11 102:6
**merit** 11:1
**met** 9:23 30:2,6 36:6
**MHTD** 17:8
**Michael** 1:8 2:7,21 3:13 6:7 99:6 100:4
**middle** 60:16 79:12
**military** 24:6 25:14 71:21 72:4
**mind** 8:24 23:14 29:15 74:24 94:20 94:25
**mine** 11:1 76:5
**Ming** 77:11
**mingle** 18:16
**minimally** 39:15
**minimum** 14:4
**minor** 75:17
**minutes** 67:15
**mirror** 79:8,11,14 79:17 80:25
**mischaracterizes** 53:10
**misidentified** 96:10
**Missouri** 1:1,7,22 2:1,7,15,16,17,19 2:21 3:3,5,10 13:1 13:1 14:11 15:19 17:6 19:18 22:22

99:3,6 100:4 102:3
**mistakes** 71:25 72:2
**MO** 1:19 99:5
**modern** 64:16
**modify** 9:13
**MoDOT** 17:7 18:2
**moment** 24:17
**money** 14:19 96:24
**Monsanto** 15:10
**month** 25:4 73:10
**months** 10:5,17 11:6 73:10
**morning** 5:13 7:23 8:3 27:17,18,20 27:24 28:14 30:15 30:21 32:14 35:12 35:18 83:25
**mosquitos** 65:9
**mounds** 77:21
**move** 33:19
**moved** 18:7 44:2
**movement** 87:20
**movie** 34:5,8,10 89:6 91:12
**moving** 72:11
**multi-chime** 93:18
**multiple** 24:5 44:1
**Munich** 72:23,24
**muzzle** 41:25

**N**

**N** 4:1 5:1 102:1
**name** 5:14 11:25 12:16 13:1 17:8,8 19:4,7,14,17,18 22:25,25 30:7,9 30:18 76:22 102:15
**names** 76:25
**National** 20:7
**nature** 87:18
**near** 44:2 49:24

72:23
**necessary** 14:15 95:5 99:11
**need** 7:11 14:23 26:24
**needed** 64:15
**negative** 75:23 76:11 77:4
**neighbor** 60:8,10
**neighbor's** 59:15 60:1
**neighbors** 36:19 69:15
**neither** 8:13 94:2 98:14
**never** 15:25 21:21 25:3 29:25 50:21 56:13 57:13 74:22 77:8
**new** 89:18,19
**NICS** 20:7
**night** 7:20 27:17 29:1,5,21 37:7 39:16 47:22 48:1 48:10,15 50:10 52:6 63:2,15 64:1 65:11 66:15 67:14 80:13 88:2,8 89:2 89:22 90:2,6,19 91:17 93:10 94:11 97:11
**nights** 71:6
**nine** 66:21
**nodded** 91:15
**noise** 35:21,22 36:20 44:23
**noises** 32:19,20 35:6,19 36:8,11 38:11 69:8,12
**normal** 25:20 32:19 90:22
**normally** 65:6 90:18 93:22
**north** 28:20,24

Jon Luer
4/26/2018

29:16 31:18
**northeast** 32:3
**northern** 32:6
98:17
**northward** 58:4
**notary** 99:12
101:17
**notes** 9:6,9 93:13
95:2
**notice/agreement**
102:4
**November** 58:21,23
**number** 14:8,9
22:22 26:25 30:12
30:18

**O**

**O** 5:1 102:1
**oath** 8:6
**object** 18:11 25:21
33:18 53:9,13
73:5,15
**objecting** 23:17
**objection** 94:4,12
**obnoxious** 85:12
**obscured** 66:19
85:15
**observer** 80:10
**obtain** 22:6,8
**obvious** 52:13
**Obviously** 48:19
53:3 83:24
**occasions** 94:2
**offered** 53:7
**office** 3:8 15:14,21
18:7 67:14 74:4
**officer** 6:7,15,17,18
41:16 52:1,3,9,22
53:4,16,23 54:20
55:2,4,7 67:23,23
71:24 72:6,6,7
75:13,15 76:13,23
77:11,14 94:1
97:4,4

**officer's** 53:19 57:1
**officers** 35:25 37:13
37:16,22 38:3
40:1,9,14 41:1,11
42:4,20,25 43:2,4
43:17 45:20 46:13
49:3,6 53:1,6,7
55:21 56:9,16
68:16 70:3,14,16
72:13 75:17 76:15
76:21 79:6,7,16
79:20 80:13,17
94:10 95:25 97:10
97:23 98:2,4,8,9
**offices** 2:14 15:17
**offset** 41:10
**oh** 54:24
**okay** 7:6 52:21
74:25 84:20 86:2
91:23 94:24
**Olive** 99:4
**Olve** 2:15 3:4
**Olympic** 25:5
**Omri** 3:3 5:18 99:3
**once** 12:11 13:12
16:11 25:4 26:19
26:24 27:3 43:2,9
54:23 72:6 89:4
**ones** 10:25 11:1
14:13 15:11
**open** 36:16 37:7
43:22 45:25 52:6
54:9 62:24 63:9
64:3,3,12 69:14
88:24 90:1,4,11
**opened** 44:21 52:4
52:16 77:19 88:21
88:22,24 90:12
**opening** 54:3
**openness** 87:17
**operable** 21:14,15
35:15,16
**operate** 93:19
**operating** 93:7

**operations** 73:25
**opportunity** 77:22
**opposite** 81:1
**order** 69:22 71:18
**ordered** 70:6
**oriented** 92:14
**origin** 38:13
**original** 8:20,22
99:12
**origins** 19:15
**outcome** 47:25
**outdoors** 36:18
**outside** 29:14 36:10
36:17,24 39:17
45:17,18 52:2,18
52:22 53:2 55:12
62:10 63:7,9
69:13 70:7 83:17
84:1 88:13,14
89:13 95:24 97:10
**outwards** 50:6
**overflow** 39:19
**oversee** 16:10,14,20
**overseeing** 16:20
17:25

**P**

**P** 5:1
**packages** 73:24
**page** 4:2,7 95:13
99:12 100:7,9,11
100:13,15,17,19
**pair** 33:1
**Pakistani-style**
31:4
**palms** 43:21 44:7
**panel** 65:4
**paperwork** 23:1
**parallel** 65:4
**park** 50:15
**parked** 50:1,3,9
51:3 84:8 96:18
96:19
**parking** 82:16

**Parkway** 60:16
82:16
**part** 6:15 13:19
22:15 37:5 48:19
68:18 84:12 90:21
92:20 94:5 95:12
**part-time** 74:3
**partial** 24:9,9
**particular** 47:17
63:3
**parties** 5:3 102:4
**parts** 40:9 45:15
**pass** 56:5
**Passau** 72:20 73:21
**passenger** 56:1
**passing** 96:16
**paste** 9:15
**pasted** 47:7
**path** 56:24 60:24
61:1 84:24
**pathway** 84:11,20
84:22,22,23 85:6
85:10,11 86:3,4,8
86:17,20,25 87:2
87:10
**patrol** 75:20
**patron** 76:17
**paying** 51:19
**payroll** 77:8
**PE** 13:6
**pedestrian** 38:4
**pending** 2:18
**people** 16:10,20
19:11 22:13 27:10
27:23 68:4,11
71:25 74:7 77:7
85:14,17 94:14
**percent** 9:9 21:11
42:10 95:10 97:16
**Perfect** 87:4
**period** 14:3,3 43:13
**permission** 77:14
**permit** 20:18,21
24:8

**perpetrator** 52:11
55:20
**person** 29:22,25
51:18 52:5 55:3
56:8 64:15 72:19
76:19 77:17,23
79:4,10,14 82:19
86:10 96:25
**person's** 70:19
**personal** 18:10
**petite** 31:2,5
**pets** 65:7
**phone** 8:12,16
10:19 29:24 30:1
30:12,18 67:7,10
**photo** 82:13,25
**photograph** 4:12
4:13,14,15,16,17
4:19,20,21,22,23
58:18 59:4,9,10
59:16,21 60:6,15
60:22 61:10,25
62:8,15,25 65:1
66:7,11 78:6,7
79:1,2,5,10,19,21
79:22 80:3,5,14
80:18 81:12 82:1
82:3,22 86:13
92:19
**photographing**
22:13
**photographs** 62:2
83:10
**phrased** 53:11,18
**physical** 7:17 25:15
**pick** 25:24
**picked** 33:23 34:2
34:20
**pickup** 50:3
**picture** 32:7 66:19
79:15,23 80:8,23
81:4,6,13 82:18
82:19 90:13 92:12
**pictures** 83:14,16

84:3
**piece** 61:23
**pile** 61:12 82:17,21 94:21
**pit** 61:22 88:10 89:5
**pitched** 26:21
**place** 1:22 39:10 48:3 53:14 54:2 73:18 79:4 83:19 83:25 91:10 102:6
**places** 18:16 29:11 44:1
**plain** 76:23
**Plaintiff's** 59:20 60:20 62:7 83:12 84:7,21 85:19,22 85:25 86:4,5 87:4 88:19 89:11 90:15 91:10,18,23 94:19 95:6
**Plaintiffs** 1:5 2:5,21 3:2
**planning** 32:22
**plans** 17:21
**plant** 58:8 59:11
**plants** 58:10,14,15
**plausible** 94:1
**Pleasantville** 34:11
**please** 5:13 7:1,5 24:14 33:19 36:12 59:21 60:21 62:8 75:5 82:13 99:8 99:12,14
**plenty** 39:17
**point** 27:1 40:20 43:10 44:11,25 48:14 55:19 56:16 70:21 71:20 76:24 78:14 80:6 86:5
**pointed** 40:24 41:25 96:16 98:5 98:7
**pointing** 41:7 51:23

**police** 6:7 9:7,10,11 36:1,1 37:17,17 37:22,23 38:4,4 40:25 42:25 43:2 43:4,17,20 45:20 47:18,19 67:5 68:16 70:13,16 71:11,16,24 74:14 75:13,15,17,24 76:13,15,18,23 77:12 95:15,25 96:8 97:2,10,23 98:2
**polite** 67:20,24 68:1
**pond** 61:1,4 84:25
**portal** 59:5
**portion** 14:14 28:11
**position** 16:7 41:10 41:14,19,22,23 42:2,5,21,23 44:9 45:15 66:1,2,2 68:6 79:5 88:23 90:13
**positioned** 48:8
**positively** 51:12 52:25 56:3 98:14
**possess** 20:18,21
**possession** 23:5,6,9
**possible** 72:12 94:10,16
**Possibly** 72:8
**postgraduate** 13:4
**power** 25:3
**practice** 64:6
**practices** 13:20
**Praiss** 3:3 4:4 18:11 23:14 25:21 33:18 53:9 73:5,15 75:3 83:5,8 94:8,18 98:18 99:3,7
**Praiss,is** 5:18
**preceding** 6:22

**precise** 79:24
**precisely** 36:15
**predominantly** 15:6,12
**premises** 77:1 89:4
**prep** 9:19
**preparation** 8:9
**prepare** 8:18
**prepared** 9:1 17:25 94:21
**presence** 99:12
**present** 3:11 12:5,6 27:19 99:19
**presented** 54:10 57:14
**president** 24:11
**pretend** 56:13
**pretty** 14:25 16:21 26:2 32:16 56:7 80:8
**prevent** 64:12
**previous** 17:1,2,8 60:25 62:13
**previously** 4:15,16 4:17 32:7 46:19 46:23 47:6 57:9 57:11,18,20,25 58:2 59:1,3,18,20 60:18,20 62:4,6 66:3,6,24 67:1 82:17 88:15 94:19 97:25
**primarily** 15:4 20:15,16
**primary** 50:11
**principles** 13:20
**printer** 83:3
**printing** 5:5 22:12 102:10
**prior** 10:23 17:3,6 29:18 30:3 36:8 53:10 63:2 75:12 75:23
**privacy** 84:13 87:9

87:15,16,19
**private** 15:9 20:5 20:25
**privy** 55:15,22
**probably** 10:1 11:16 18:13 33:4 36:23 66:21 69:20 76:15 77:9 82:19
**problem** 13:22 93:21 94:15
**problems** 22:17 39:22
**procedure** 4:11 90:22
**procedures** 4:8
**proceed** 11:2 59:22
**process** 19:10 30:19 41:20 71:2
**processor** 95:3
**produce** 17:21
**produced** 2:13 9:5 45:1 78:6 79:1 80:4
**professional** 1:20 13:8,18
**proficiency** 24:10
**profit** 20:9,11
**project** 16:9,9,13
**projects** 14:13,14 16:14,15,21 17:23 17:24
**pronouns** 51:14 52:19
**prop** 90:3
**properly** 14:19
**property** 39:18 59:15 60:9,11,14 60:24 61:6 82:15 85:1,2 86:10,12 86:16,21 87:2,5
**propped** 89:24 90:1
**protect** 68:8
**protection** 41:15
**proud** 71:23

**provide** 65:6 87:16 97:17
**providing** 85:16
**proximity** 30:23 96:5
**public** 71:22 99:12 101:17
**pulled** 75:17 76:4
**purely** 36:20 37:4
**purpose** 87:13
**pursuant** 102:4
**pushing** 71:9
**put** 8:21 9:16 22:16 32:21 39:7 45:16 45:17 69:9 70:7 71:10 84:15,22 85:11 87:1

---

**Q**

**quality** 25:6 83:3
**quantity** 54:24
**question** 7:5,8 22:1 25:22 35:11 65:17 73:6,16 84:14 88:2 89:22 90:6 90:19 91:17 94:8 94:22 95:5
**questioning** 43:8 44:2
**questions** 8:2 23:19 83:4,6 84:4 97:24 98:18,20 99:14
**quickly** 56:4
**quite** 9:24

---

**R**

**R** 102:1
**race** 31:1
**rag** 78:21,23
**raised** 41:9
**rang** 94:1,9,10
**range** 25:2 26:13 91:2,2,9
**ranges** 24:18

Jon Luer
4/26/2018

**ranks** 16:8 17:20 71:21
**rapidly** 56:7
**rarely** 15:21 65:5
**reaction** 54:23
**read** 18:15,17 95:4 95:15 97:3 99:10 100:7,9,11,13,15 100:17,19
**reading** 26:7 100:5
**ready** 41:19,22,23 69:21
**real** 54:25 70:13
**realize** 39:6 48:12 48:14 69:8 71:24
**really** 48:10 69:3 70:23
**rear** 31:20 80:10
**reason** 89:17,21,25 90:3 91:16 93:6 100:7,9,11,13,15 100:17,19
**recall** 9:13 31:11,13 33:15,20 44:5 46:8 55:8 65:12 68:7 70:2 87:23 88:7 95:19,22 97:7,20
**receive** 74:16 77:5 77:7
**received** 74:11
**recognize** 18:24 46:23 51:2 57:12 57:21
**recollection** 42:10
**record** 23:7,8 31:16 46:21 67:15 75:8 75:10,11 83:11 84:5 95:15
**recording** 30:19 67:17
**reduced** 102:10
**referring** 9:6 63:20 88:17

**refresh** 8:25 9:3
**refuge** 54:13
**regard** 24:4 63:3 70:3
**regarding** 27:9 99:14
**registered** 1:20 19:17
**rejoined** 49:9
**related** 18:15
**relations** 75:20
**released** 55:20
**relevance** 18:11 23:17 33:18
**relief** 72:18
**rely** 65:6
**remain** 64:2
**remained** 52:2,22 53:1 69:19 89:16
**remaining** 15:24
**remedy** 47:17
**remember** 9:25 26:1 34:10 39:2 41:16 45:10 46:25 47:1 51:21 53:11 53:15,20 54:22,23 55:4 56:11,19 58:25 72:8,17,17 91:11
**remembered** 9:3
**renew** 21:23
**renewal** 14:2
**renewed** 21:24
**repeat** 6:24 7:6
**replaced** 64:14
**report** 16:11 47:22 70:8
**reported** 1:18 52:11,16
**reportedly** 77:17
**reporter** 1:19,19,20 2:17 5:17 8:6 24:13 102:2
**REPORTING** 1:21

**represent** 5:25 10:11 83:17,20
**reprint** 82:25
**request** 53:19
**requesting** 53:18
**required** 14:4 24:8
**Resecured** 55:11
**residence** 23:4
**residential** 22:20
**Resort** 73:23
**resources** 10:12 75:19
**respect** 6:21 19:13 24:2 71:12,19 84:6 85:5 88:2 93:12 98:1
**respond** 10:16
**responded** 68:11
**responders** 71:19
**responsible** 15:24
**rest** 47:22 57:8
**restaurant** 76:13
**rested** 7:22
**restraint** 64:17
**restriction** 21:1,2
**restrictions** 20:24
**retail** 20:1 22:24
**retire** 64:7
**retired** 64:18
**retrieve** 70:5
**return** 92:20
**returned** 34:12 48:25 49:1 52:18 96:6
**Revenue** 22:23
**review** 4:11 14:18
**reviewed** 8:20,25 99:11
**Richard** 3:13
**ride** 95:17
**rifle** 20:21
**right** 7:12,16 10:2 10:21 11:17 17:12 21:4 28:1 32:9

34:24 40:7,16,21 41:5,6,8,13 44:19 48:9 49:11 51:25 53:25 56:1 59:10 59:11,23 60:2 61:14,17,21 62:10 62:13 68:16 72:21 72:24 78:9,14 79:18 80:24 81:21 82:3 92:2,8,23 97:22 98:6
**rigid** 64:17
**ring** 35:13 67:19 94:7
**ringer** 92:17 93:1,7 93:17
**risk** 22:15
**Road** 76:14
**roam** 29:1,2,5
**Rolla** 13:1 25:10,12
**room** 6:4 29:13,16 32:3,9,10 34:5 38:17,22 39:14 40:17,18 44:20 45:12 46:2,7 48:22,25 49:1 52:9,13,16 53:13 54:5,5,5,6,6,14,18 54:21 55:7,9,11 63:11 70:5 77:15 78:16,17,18 80:7 80:9 82:6 83:21 91:25 98:9
**rooms** 98:12
**ROTC** 24:7 25:9,9 25:11 26:17 72:3 77:5
**rough** 55:24
**roughly** 18:6 21:6 40:2 50:24 61:10 62:24 79:5
**round** 43:8 58:15 79:8
**rounds** 20:23 65:16

**route** 47:23
**routine** 63:3 87:22 87:9,9
**row** 28:19 60:12 87:9,9
**RPR** 5:4 99:17
**RPRs** 102:20
**rules** 6:20,24
**run** 29:8 76:9
**runs** 60:14
**Russo** 1:18,21 2:16 5:4,17 99:17 102:2,20

---
### S

**S** 4:6 5:1
**S-C-H-U-E-T-Z-...** 24:15
**S-U-L** 42:4
**sales** 22:22,24 64:14
**sat** 6:15 63:16 95:2
**saw** 40:1,14,22,23 42:24 47:1 51:2 54:24 56:23 57:2 57:6,14 70:6 76:24 79:16 80:13 80:18,21,25 97:1 98:3
**saying** 46:8 56:11 60:11 68:7 69:4 96:17
**says** 5:10
**scareful** 68:5
**scattered** 77:19
**scheduled** 73:18
**school** 12:22,23 13:22 39:18,20,23 60:16 61:3,5 64:5 76:3,5,12 82:16
**Schuetzenverein** 24:12 25:4
**science** 13:2,15
**scope** 70:17
**scrutiny** 22:11

Jon Luer
4/26/2018

**search** 4:8 47:12
  52:10,13 53:13,14
**searched** 76:7
**season** 24:23
**second** 34:12,19
  52:3 65:6 89:3
  94:21 95:13
**seconds** 43:15
**secure** 63:21 64:1,6
  65:23 88:7 89:3
  90:20 98:10
**secured** 38:22 54:4
  63:15,17 65:17,22
  88:12,15 89:4
**securing** 63:3 65:12
  87:23
**security** 63:25 64:6
  64:16 65:7 76:15
**see** 21:22 26:8
  32:23 36:18 42:20
  49:17 50:18 51:1
  52:6,13 59:11,24
  59:25 61:5 63:9
  65:2 68:12 77:18
  78:10 79:19 80:10
  81:16 82:23 85:14
  85:22,25 86:5,7
  87:8 91:4,4 96:25
**seeing** 85:17
**seeking** 71:3
**seen** 45:24 47:3
  57:13,16,23 62:2
  67:2
**seizure** 4:8
**selected** 11:1
**self** 10:7
**sell** 20:2,5,11,12
  22:23 74:7
**selling** 19:10 73:23
**Selz** 1:8 2:8,22 3:12
  6:1,4 29:20 67:23
  72:6 97:4 99:6
  100:4
**Selz's** 6:15

**sense** 68:10,13
**sentences** 51:22
  95:14 96:15
**separate** 63:21
**separated** 57:8
**sequence** 18:21
**Sergeant** 29:22
  30:5 67:7,10,20
  68:3 77:11
**serpentine** 84:23
**serve** 87:13
**service** 20:13 25:14
  72:4
**session** 73:19
**set** 6:21
**severe** 70:19
**shake** 7:1
**shared** 11:6 75:19
**sheet** 99:11,13
  100:2
**shined** 42:17,18,19
**shirt** 33:13,14
**shock** 54:25
**shook** 72:7
**shoot** 24:18 25:3,4
**shooting** 24:11 25:6
**shopping** 74:9
**short** 23:12 31:7
  40:4 43:8 46:17
  46:18 50:21 51:22
  75:7,9,11
**short-leafed** 58:10
**shorten** 9:13
**shorter** 31:8
**shorthand** 1:19
  2:17 5:4 102:2,10
**shortly** 8:21 48:15
**shorts** 33:1 45:6
**shots** 48:5
**shoulder** 42:14
**show** 13:14,21 83:9
  91:23
**showed** 76:18
**shown** 32:7 84:20

86:4,14 87:4
  88:19,23 89:11
  90:14 91:9,18
  92:19
**shrubbery** 83:22
  86:15
**shut** 90:8
**sic** 68:5
**side** 32:11 37:14,18
  37:21,25 41:14,14
  43:21 44:7 48:8
  50:5,16 59:10,11
  60:6,14 61:3 66:9
  66:10 78:10 80:16
  81:1 82:5,9 87:9
  91:4 92:2,16
**sides** 14:24
**sign** 25:14 99:10,12
**signature** 5:5 99:12
  100:22 102:11
**significantly** 11:19
**signs** 52:6,7
**silencers** 20:3
**silhouette** 42:20
**similar** 17:17,19
  45:5 83:23
**Sincerely** 99:15
**single** 54:4,5 65:24
  78:17 93:19
**sir** 32:16 57:24
**sirens** 76:19
**sit** 7:16 73:13 88:13
  96:7
**sits** 59:13
**sitting** 76:20 95:5
**situation** 68:19
  69:4
**six** 23:25 73:10
  74:8
**six-month** 73:11
**skin** 31:14
**skittish** 71:8
**sleep** 7:20 29:9,9,12
  35:10 63:2 69:17

69:24 93:3
**sleeper** 35:4,7,8,9
**sleeping** 32:18
  36:16 44:19 46:4
  48:4,8 69:14 71:5
**sleeps** 93:1
**slender** 31:9
**slept** 94:16
**slides** 65:3
**sliding** 63:10 64:11
  64:12,13 65:24
  81:23 88:5
**slightly** 41:10 51:3
  85:3
**small** 20:13 35:5
  61:1,11 73:1
**smoked** 88:11
**sobriety** 55:16 56:5
  56:21 57:5
**socks** 33:12
**sofa** 29:13
**sold** 64:15
**solid** 62:18 92:15
**solving** 13:22
**somebody** 13:17
  38:19 54:11,13
  70:14,16,20,24
  71:22 86:8
**son** 12:2 25:24
  44:18 45:1,2
  51:12,17 52:23
  55:17,19,23 56:10
  56:14,18 64:3
  68:25 70:4 93:1
  94:3 95:23
**son's** 92:6,11
**soon** 40:23
**sorry** 45:8 58:24
**sort** 9:1 54:23 65:4
  68:7 85:14
**Sound** 35:5
**sounds** 26:22
**south** 3:9 28:20,22
  28:23 31:20 37:21

37:25 58:11 60:16
  61:2,5 82:15,16
**southerly** 59:24
**southern** 31:25
**southern-looking**
  59:25
**southwestern** 28:12
**spare** 98:16
**speak** 29:22
**specialized** 14:25
**specific** 32:24
  75:14 84:4
**specifically** 29:12
  65:12,18 70:2
  71:17 85:12 88:3
**specifications**
  17:22
**specify** 71:4
**speculate** 35:21
**speculating** 95:10
**speculation** 36:13
  36:20 37:4 38:16
  94:5,13
**speeding** 74:12
**spell** 24:13
**spend** 33:25
**spent** 14:19
**split** 52:1
**spoke** 31:2 43:16
  67:10
**spouse** 10:8
**square** 61:19 82:18
  82:20
**St** 1:7,22 2:7,15,21
  3:5,10 12:21
  22:19 36:1 37:16
  37:22 38:3 40:25
  43:4,20 47:14
  74:15 76:13,14
  95:17 99:5,6
  100:3
**staggered** 41:11
**stairs** 78:11,20
**stance** 42:23

**standard** 20:4 33:9
**standards** 71:22
**standing** 30:24
    40:15,16 43:21
    45:14 48:5 62:24
    78:8,14 79:6,7,9
    79:11,17,24 80:12
    80:20,22,24 81:1
    82:14,19 86:2,3,8
    86:10 91:1 97:10
    98:1
**stands** 13:9
**start** 23:17 26:20
    67:15
**started** 56:6
**starts** 56:4
**state** 2:17 5:13 15:7
    19:18 22:17,22
    75:19 101:2,6
    102:3
**stated** 56:17 96:8
**statement** 10:22
    55:6 95:19 96:13
**statements** 101:7
**States** 1:1 2:1,18
**Station** 74:5,6
**stay** 65:8
**stayed** 19:16
**Steffan** 3:4 6:21
    8:12 58:19 83:15
**Steinebach** 1:4 2:4
    2:20 3:14 5:22
    99:6 100:3
**stem** 40:7
**stepping** 49:20
**steps** 78:13 88:7
    90:18,19 91:7,13
**stepson** 11:22
    27:24
**STIPULATED** 5:2
**stone** 60:24
**stones** 60:12,14
**stop** 49:4,17 67:15
    88:16 96:17

**stopped** 76:7
**stops** 26:23 50:21
**storage** 78:17
**store** 20:1
**stored** 38:23 81:24
**storm** 62:15 64:22
    85:19,22 89:13
    90:1,7
**straight** 69:21
    81:17,17
**strangers** 68:6
**street** 2:15 3:4
    15:12 49:22 50:20
    51:4,5 85:16
    96:10 99:4
**strictly** 20:9
**strike** 21:5 46:1
    53:7 66:16 86:3
    90:18 93:25 98:8
**structure** 61:11
    82:18
**studies** 73:8 74:3
**stuff** 14:24 35:6
    36:9 39:16 52:7
**stuttered** 43:24
**style** 57:3
**subject** 23:16
**submission** 10:22
**submitted** 47:14
    95:7
**subscribed** 101:13
    102:14
**subscribing** 100:5
**sudden** 26:24
**suitcase** 77:19
**suite** 2:15 3:5 74:6
    99:4
**sul** 42:2
**summer** 73:24 74:1
    74:2
**Sunday** 8:11
**supervise** 14:13
**sure** 14:14 22:13,17
    22:20 23:5 31:15

32:16 34:7,22
    47:5 51:24 52:17
    54:12,16 63:8
    65:2,8 74:5 75:1
    76:16 77:20 87:25
    90:22,25 95:9,11
    96:6 97:16,18
**survey** 16:22
**suspect** 55:23 56:10
    56:15,18,20
**swings** 62:21
**switch** 66:16,17
    78:19,23
**sworn** 2:13 5:8 8:5
    101:13 102:6
**system** 20:8 64:17
    64:18 71:10 92:21

---

### T

**T** 4:6 5:1,1 40:6,7,9
    40:10 45:15 79:7
    79:18 81:16 92:9
    102:1,1
**T-shaped** 40:5
**table** 6:11 57:15
    61:20
**take** 7:11,13 10:15
    13:13,19,25,25
    43:5 46:17 68:10
    72:12 73:18 75:7
    78:13 83:14 90:18
    90:19 91:10 95:4
    98:9
**taken** 1:15 5:3 7:25
    10:13 18:7 39:5
    46:18 47:17 54:13
    58:18,21,22 61:25
    62:3 75:9 102:10
**takes** 13:11 84:24
**talk** 10:5 27:21
**talked** 78:13
**talking** 20:17
**tall** 58:10 61:4,24
**taller** 86:14

**tape** 14:16
**tax** 22:22,24
**taxi** 49:15 51:17
    55:22 68:10 96:25
**taxicab** 96:3
**technical** 14:21
**technicians** 16:13
**Technology** 13:2
**teenage** 75:25
**Telegraph** 76:14
**telephone** 68:2
**television** 69:20
**tell** 5:8 8:6 11:25
    12:20 13:11 34:13
    34:15 41:18 42:15
    44:17 45:8 51:6
    56:9 68:3 102:7
**telling** 8:14 96:16
**ten** 67:14
**ten-minute** 46:22
**tend** 29:1
**tends** 14:24
**tension** 43:10 44:14
**terms** 87:22 88:1
    91:8
**test** 55:16 56:5,21
    57:3,5
**tested** 93:9
**testified** 47:7,24
    63:19 69:17 72:3
    94:6
**testify** 7:18 73:4
**testifying** 44:12
**testimony** 8:7
    53:10 85:4 87:21
    87:25 93:11 99:9
**testing** 26:17
**tests** 57:6
**Thank** 9:18 12:20
    33:21 66:23 75:2
    80:1 81:9 98:18
**thanked** 72:16
**thanking** 72:17
**Thanksgiving** 10:1

**thereof** 33:5
**thereon** 100:5
**thicket** 58:12 59:6
**thin** 31:9 82:23
**thing** 14:17 24:25
    55:17
**things** 9:1 47:20
    68:9,13 70:10
    75:22 76:9
**think** 9:4 19:12
    24:17 26:1 33:7
    56:7 68:24 69:17
    70:9 71:14 73:18
    74:1,2 75:7 83:3
    84:18 89:2 93:24
    93:25 94:9 97:24
    97:25
**thinking** 69:11
    70:11
**third** 17:10 81:20
**thought** 10:10 39:4
    48:2,16 51:17
    54:13 56:9 69:15
    76:6 88:11
**threatened** 76:25
**three** 18:5,14 23:3
    23:24 25:11 28:18
    40:3,12 49:2 63:6
    63:6,17,20 65:17
    65:18 72:5 73:10
**three-year** 22:4,7
**thumb** 82:22
**tight** 33:2
**tighter** 81:15
**tighties** 33:4
**tighty** 33:8
**time** 9:2 10:1,15,16
    13:19 17:16 21:25
    27:23 33:21,25
    34:6,6,8,12,19,21
    35:15 36:7 37:1
    38:8,10,16 39:14
    42:12 43:13,21
    45:18,19 49:2,12

Jon Luer
4/26/2018

52:4,9 56:6 57:16
61:25 63:6,16,19
64:8 65:14 67:15
69:11,24 70:11,13
72:3 84:16 87:19
89:3 90:21 92:13
95:2,4,12,22,24
96:1,4 98:2,3,5,9
102:5
**times** 36:23 39:16
58:9 76:3 92:11
**title** 16:3,16
**today** 7:16,18 8:19
26:7 73:13 74:24
83:12 95:6
**told** 46:11 56:19
64:14 68:20 70:4
95:15
**toll** 15:8
**tones** 27:12
**top** 29:12 78:19
92:23
**touching** 102:8
**town** 73:1
**Toyota** 50:11
**trace** 56:24
**traffic** 75:17
**training** 14:6,20,21
24:2,3,5,7,9,9,10
24:16 25:7
**transaction** 20:14
**transcribed** 5:5
**transcript** 99:8,10
99:11
**translate** 19:16
**transmitted** 9:10
**transpired** 88:1
**transportation**
14:12 16:2,16,17
16:19 17:7
**travel** 18:14,16
**traveling** 73:24
**treated** 19:13
**treatment** 27:8

**tree** 58:7,9 59:12
61:23 85:16
**trespass** 39:19
**trespassers** 39:22
**trial** 73:3,14,17
**troubles** 71:5
**truck** 50:3 96:18,19
96:21
**true** 101:7
**trunk** 61:23
**truth** 5:8,9,9 8:6
102:7
**truthful** 7:23 95:7
**truthfully** 7:18 8:2
**try** 18:16 71:14
**trying** 43:24 48:20
69:12 70:24 76:9
**tucked** 85:14
**Tuesday** 6:16 29:18
29:21 30:3 31:17
57:14
**turn** 58:16 66:17
84:10 92:8
**turned** 40:23 47:20
67:18 98:2
**turning** 90:24 91:3
91:8
**turns** 59:23
**twice** 70:11 73:8
**two** 11:18 12:5
13:19 14:1 18:3
18:13,16 23:13
28:2,3 33:23 40:8
41:11 42:20 45:15
48:3,10 49:2
50:25 52:1 53:1
56:3 65:20 75:14
76:2 77:3 78:13
79:5,7 81:19
86:21 88:20 94:2
94:5,23 95:3
96:15 98:3
**two-car** 50:13
**two-year** 14:3,3

**type** 19:19,24 24:2
58:7 71:18 83:1
**typically** 21:17
29:5,10

---

**U**

**U** 5:1
**uh-huh** 5:19 7:2
89:12 95:18
**umbrella** 62:12
**understand** 6:1,25
7:5,9 14:14 36:14
42:2 52:20 99:9
**understanding**
10:25 41:22 89:10
90:6 91:20 93:16
**underwear** 32:18
32:25 33:2 45:6
**unfinished** 78:18
**unhappy** 47:21,25
**unholstered** 41:24
**uniformed** 43:4
76:21
**uniforms** 43:1
**uninvited** 68:5
**union** 74:4,6 75:21
**unit** 60:7,13 89:14
93:7
**United** 1:1 2:1,18
**University** 12:25
13:1
**unlit** 78:11
**unlock** 54:16
**unlocked** 54:4,15
64:9 88:15,22
90:12
**unoccupied** 54:6
**up-close** 59:5
**upgraded** 64:14
**upper** 92:19
**upside** 62:12
**upward** 66:1
**use** 51:14 64:16
84:12 87:15 97:25

**uses** 60:3

---

**V**

**Van** 11:12 96:10
**variety** 14:8,8
29:11 74:9
**various** 75:21
**vast** 21:21
**Vaughn** 29:23 67:7
67:10,20 68:3
77:11
**vegetated** 84:10
**vegetation** 58:6
84:12 85:5 86:14
86:14 87:13
**vehicle** 50:7,8,11
51:2,8 84:8
**vehicles** 50:1,9
**vent** 92:20,23
**verbal** 74:17
**version** 33:5
**versus** 6:1 19:13
70:16
**vicinity** 11:18 74:4
**victim** 72:1
**view** 59:5,25,25
60:2 61:3 66:9
80:6 81:15 85:13
85:15 86:15 90:15
**viewpoint** 79:4
**viewpoints** 9:1
**violated** 22:18
**violations** 75:18
**Virtually** 21:10
**visible** 62:12 78:9
**vision** 26:9,12
**visit** 18:16
**voices** 36:13,14
38:7,9,11
**volunteer** 76:21
**vs** 1:6 2:6,21 99:6
100:3

---

**W**

**W** 1:15 3:8
**W-A-F-F-E-N-H...**
19:5
**Waffen** 19:15
**Waffenhaus** 19:4
22:25
**waist** 44:7
**wait** 10:5 44:21
**waived** 5:6 102:11
**waivers** 22:18
**wake** 35:2 38:12,24
**waking** 70:3
**walk** 39:8 60:23
84:8 86:3
**walked** 49:10 52:5
76:21
**walkway** 59:22,23
84:9,15
**wall** 48:7,9 58:11
81:18 82:3,4,5,7,8
92:16 93:4
**want** 5:16 9:22
10:8 22:13 23:17
33:25 52:19,24
65:8 75:3 85:13
87:16,18,25 88:2
90:14 94:18 95:4
98:4
**wanted** 33:25 71:20
76:24 88:13
**warning** 74:11,16
74:17,18 77:11
**wasn't** 36:15 43:15
55:17 70:6,21
95:11 98:10
**watch** 63:16
**watched** 89:6
**watching** 34:5
**wave** 93:16
**way** 9:13 15:8
30:23 34:15 36:18
40:16 47:20 50:22
50:22 51:8 53:11
54:10,16 61:21

Jon Luer
4/26/2018

64:4 79:25 85:13
**we'll** 7:13 56:13
  89:13
**we're** 9:14 31:16
  45:14 75:11
**we've** 23:15 46:16
  83:20
**weapon** 20:5,22
  41:24
**weapons** 19:16
  20:2,19 21:8,17
  25:3 40:24 43:9
  43:11,23 44:2,4
  44:12,15 70:20
**wear** 26:7 27:6
**wearing** 32:17,25
  45:4 52:11 77:20
**website** 9:11 47:14
**wedged** 78:22
**week** 29:21
**weekend** 24:23
**weeks** 73:10
**Weigh** 11:18
**weight** 11:14,19
  31:1
**Welk** 73:23
**went** 8:24 11:2
  25:24 34:7,9,17
  43:3,7 44:20,21
  45:18 46:5 47:23
  49:5,5,11 52:3,8,9
  53:3 54:2 55:11
  55:21 65:22 69:17
  69:21,22 70:10
  71:1 88:21,25
  89:1 90:23,24,24
  91:11,17
**weren't** 42:19
**west** 28:22,25
  37:14,18 59:8
  62:13 80:25 81:5
  81:6
**western** 28:19,21
  31:23

**WHEREOF**
  102:14
**white** 33:9,15 50:3
  52:11 53:12 56:5
  77:16,20,24 96:18
  96:19,21
**whitey** 33:4
**whities** 33:8
**wholesalers** 19:11
**wide** 15:17,18 50:4
  79:13
**width** 86:19,20
**wife** 5:22 8:11,20
  27:24 28:14 34:4
  35:7 38:12 39:1
  39:13 45:20 47:13
  49:1 52:2,23
  56:17 60:3 63:17
  65:15 71:7 84:17
  85:9 88:8,10,21
  89:10 90:1,10
  93:3 94:3 95:23
**wife's** 50:8
**window** 28:22,24
  29:13,16 31:23,25
  32:8,10,23 36:18
  37:9,10 39:9
  62:19
**windows** 36:16
  37:7 69:14
**winter** 58:16
**wire** 83:1,2
**wise** 56:1
**wither** 58:14
**witness** 5:5 6:21
  45:22 76:22 91:15
  94:6 102:5,9,11
  102:14
**witness's** 102:7
**witnessed** 55:16
  56:6
**witnesses** 94:5
**woke** 27:23 32:14
  35:21,22 38:15

46:1
**woken** 35:5
**wondered** 70:18
**wondering** 67:20
  70:13,23
**wood** 61:23
**wooded** 59:6
**wooden** 61:11
  82:18,20
**word** 95:3
**words** 39:3 41:21
  44:19 46:11 54:22
**work** 13:4,17 15:14
  15:20,24,25
**worked** 16:7 17:6
  17:20,22 75:18
**working** 13:16 74:8
  76:15
**workshops** 14:8
**world** 13:16 15:17
  15:17
**worn** 77:17
**wouldn't** 36:24
  85:12
**wow** 54:24
**wrap** 75:8
**writing** 10:19 95:10
**written** 67:8 74:16
  74:18
**wrong** 39:2 56:8
**wrote** 8:23 9:6,9
**www.RussoRepo...**
  1:23

**X**

**X** 4:1,6

**Y**

**yard** 39:21 63:11
  82:15 87:18
**yeah** 9:2 17:7 22:5
  23:20 26:19 33:10
  44:9 70:14 93:15
**year** 10:1 12:15

13:3,25 14:1
  24:23 58:10,15
  73:8
**years** 8:24 12:13
  13:18 14:1 17:20
  18:4,6,7 23:3,25
  25:11 72:5 75:25
  76:12

**Z**

**zoning** 22:21

**0**

**01** 23:25
**01-dealer** 19:20
**084.004526** 1:19

**1**

**1** 21:22 22:3
**1:00** 27:21
**10** 4:10 10:2 11:20
  21:5 27:4,18 28:3
  57:9,11 63:20
  64:8,19 75:12,23
  77:10
**10:00** 34:4 69:18,19
  69:24
**100** 9:9 42:10 95:10
  97:16
**11** 4:11 57:18,21
**11:00** 34:23 35:1
  91:12
**1130** 2:15 3:5 99:4
**12** 4:12 57:25 58:2
  83:12 84:7
**12:00** 34:23 35:1
  91:12
**13** 4:13 59:1,3,23
  83:12 84:4,21
  85:5,23
**14** 4:14 59:18,21
  83:12 84:19,21
  85:25 86:4
**1400** 93:20
**15** 4:15 20:22 43:15

60:18,21 61:11
  83:12 84:21 87:6
  87:7
**150** 21:7,13
**16** 4:16 62:4,7
  64:22 83:12 85:19
  86:5 87:5 88:19
  89:11
**17** 4:17 17:20 66:3
  66:6 83:12 90:15
  91:10,18
**18** 4:18 93:5
**19** 21:12
**1945** 21:12
**1979** 12:23
**1981** 23:23
**1984** 12:14 13:3
  17:9
**1988** 12:2
**1991** 12:4
**1992** 17:5,9

**2**

**2-foot** 61:24
**2:00** 27:21
**2:30** 27:18 35:12
**20** 20:23 22:5 30:21
**20/20** 26:9,11
**20/40** 26:12
**2000** 12:15
**2001** 11:13
**2010** 16:25 17:5,15
**2013** 84:19
**2016** 10:1,3,21 11:4
  11:20 21:5 27:4
  27:18 28:3 63:20
  64:8,19 67:5
  75:12,23 77:10
  83:18
**2017** 21:23 58:21
  58:23 74:12
**2018** 1:16 2:14
  29:18 30:3 99:1,9
  101:14 102:15

Jon Luer
4/26/2018

**2020** 22:3
**21** 23:23
**214** 77:6
**23** 4:18 18:21,22,24
  21:22
**24** 4:19 29:18 30:3
  78:4,5 83:13
**25** 4:20 67:5 78:24
  78:25 79:21 80:7
  81:14 83:13 97:25
  98:1
**26** 1:16 2:14 4:21
  80:2,3 83:13 99:9
**27** 4:22 81:10,11
  83:13 91:23
**270** 11:18
**28** 4:23 82:11,12

_____ **3** _____
**3** 79:13
**3-foot** 86:20
**3,000** 17:16 26:19
  27:3 93:13
**3:00** 27:20,24 28:14
  32:14 35:2,12
  83:25
**30** 14:4 30:21
**314)346-0141** 1:23
  99:14
**314.615.7042** 3:10
**3141.652.3114** 3:6

_____ **4** _____
**4:00** 44:9
**4:17-CV-767-NAB**
  1:5 2:5
**40** 50:25
**41** 3:9
**4473** 20:6
**46** 4:9

_____ **5** _____
**5** 4:3 31:5
**5'** 31:5
**5-foot** 86:19

**5,000** 27:13
**5:00** 33:24
**55** 56:12 70:21
  76:13 96:23
**57** 4:10,11
**58** 4:12
**59** 4:13,14

_____ **6** _____
**6** 86:24
**6-foot** 11:17,17,17
**6:00** 34:1 67:14
**60** 4:15
**62** 4:16
**628** 1:19
**63101** 2:16 3:5 99:5
**63105** 3:10
**63119** 1:22
**645** 1:22
**66** 4:8,17

_____ **7** _____
**7** 4:8 66:24 67:1
**7:00** 44:9
**78** 4:19,20
**7th** 99:1 102:15

_____ **8** _____
**8** 86:24
**8-foot** 40:10,19
  79:25 87:1
**80** 4:21
**800** 93:20
**81** 4:22
**82** 4:23
**83** 4:4

_____ **9** _____
**9** 4:9 46:19,23
  47:16 94:20 95:7
**9:00** 65:15
**90** 21:10 22:7
**90-degree** 62:24
  84:10 88:24
**906** 2:15 3:4 99:4

**95** 21:11
**9th** 3:9